1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11  | ERIC TAN, Individually and on behalf of all others similarly situated, | Case No. 8:23-cv-01685-JWH-ADS |
12
13  |                    Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO APPOINT CO-LEAD PLAINTIFFS AND CO-LEAD COUNSEL** |
14          v.
15  PACWEST BANCORP, MATTHEW P. WAGNER, PAUL W. TAYLOR, BART R. OLSON, and KEVIN LEWIS THOMPSON,
16
17                    Defendants.

18
19
20
21
22
23
24
25
26
27
28

Pursuant to the Joint Stipulation Appointing Lead Plaintiffs and Approving Co-Lead Counsel, and good cause appearing, it is hereby **ORDERED** as follows:

1.      Aleen Hosdaghian and Onurcan Atak are **APPOINTED** as Co-Lead Plaintiffs for the above-captioned action, pursuant to 15 U.S.C. § 78u-4(a)(3)(B).

2.      Aleen Hosdaghian and Onurcan Atak's selection of counsel is **APPROVED**, and The Rosen Law Firm, P.A. and Pomerantz LLP are **APPOINTED** as Co-Lead Counsel.

**IT IS SO ORDERED.**

Dated: _November 28, 2023_

John W. Holcomb
UNITED STATES DISTRICT JUDGE