UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC TAN, Individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>       v.<br><br>PACWEST BANCORP, MATTHEW P. WAGNER, PAUL W. TAYLOR, BART R. OLSON, and KEVIN LEWIS THOMPSON,<br><br>           Defendants. | Case No. 8:23-cv-01685-JWH-ADS<br><br>ORDER GRANTING JOINT STIPULATION REGARDING SCHEDULING |

ORDER ON JOINT STIPULATION REGARDING SCHEDULING

Upon consideration of the parties' stipulation, and good cause appearing therefore, it is hereby **ORDERED** as follows:

1. Defendants shall have no obligation to move, answer, or otherwise respond to the original complaint.

2. Lead Plaintiffs will file their amended complaint on or before February 19, 2024.

3. Defendants will file any motion(s) to dismiss on or before April 19, 2024.

4. In the event that Defendants move to dismiss the amended complaint, Lead Plaintiffs will file any opposition to Defendants' motion(s) to dismiss on or before June 19, 2024.

5. Defendants will file their reply in support of any motion to dismiss on or before July 23, 2024.

6. Any motion to dismiss shall be set for hearing on August 9, 2023, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: December 20, 2023

Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE

-1-

ORDER ON JOINT STIPULATION REGARDING SCHEDULING