# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC TAN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PACWEST BANCORP, MATTHEW P. WAGNER, PAUL W. TAYLOR, BART R. OLSON, WILLIAM J. BLACK, and KEVIN LEWIS THOMPSON,<br><br>Defendants. | Case No. 8:23-cv-01685-JWH-ADS<br>**ORDER GRANTINGJOINT STIPULATION REGARDING ENLARGEMENT OF PAGE LIMITATIONS FOR CONSOLIDATED BRIEFING ON MOTION TO DISMISS** |

Upon consideration of the parties' stipulation and good cause appearing therefore, it is hereby **ORDERED** as follows:

1.    The page limitation for Defendants' consolidated motion to dismiss the Amended Complaint is **ENLARGED** to 35 pages, excluding the caption, tables, signature block and certificate of service.

2.    The page limitation for Lead Plaintiffs' opposition to Defendants' consolidated motion to dismiss the Amended Complaint is **ENLARGED** to 35 pages, excluding the caption, tables, signature block, and certificate of service.

3.    The page limitation for Defendants' consolidated reply is **ENLARGED** to 15 pages, excluding the caption, tables, signature block, and certificate of service.

**IT IS SO ORDERED.**

Dated:    April 9, 2024

Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-