Adam S. Paris (SBN 190693)
parisa@sullcrom.com
Diane L. McGimsey (SBN 234953)
mcgimseyd@sullcrom.com
Brenna H. Scully (SBN 341590)
scullyb@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone:   (310) 712-6600
Facsimile:   (310) 712-8800

*Attorneys for Defendants PacWest Bancorp,*
*Matthew P. Wagner, Paul W. Taylor, Bart R.*
*Olson, William J. Black and Kevin Lewis Thompson*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC TAN, Individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>        v.<br><br>PACWEST BANCORP, MATTHEW P. WAGNER, PAUL W. TAYLOR, BART R. OLSON, WILLIAM J. BLACK, and KEVIN LEWIS THOMPSON,<br><br>               Defendants. | Case No. 8:23-cv-01685-JWH-ADS<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS THE AMENDED COMPLAINT**<br><br>**[Memorandum of Points and Authorities; Declaration of Diane L. McGimsey; Notice of Incorporation by Reference and Request for Judicial Notice; and [Proposed] Order Filed Concurrently]**<br><br>Judge:  Hon. John W. Holcomb<br>Hearing Date:  August 9, 2024<br>Hearing Time:  9:00 a.m. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 9, 2024 at 9:00 a.m., or as soon thereafter as counsel may be heard in the United States Courthouse, 411 W. 4th Street, 9th Floor, Courtroom 9D, Santa Ana, CA 92701, Defendants PacWest Bancorp, Matthew P. Wagner, Paul W. Taylor, Bart R. Olson, William J. Black, and Kevin Lewis Thompson will and hereby do move this Court to dismiss Plaintiffs' Amended Complaint for violations of federal securities laws.  This motion is made pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and is based on this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, all pleadings and papers filed herein, oral argument of counsel, and any matter that may be submitted at the hearing.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on April 9, 2024.

Dated:        April 19, 2024

/s/ *Adam S. Paris*
Adam S. Paris (SBN 190693)
parisa@sullcrom.com
Diane L. McGimsey (SBN 234953)
mcgimseyd@sullcrom.com
Brenna H. Scully (SBN 341590)
scullyb@sullcrom.com
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone:   (310) 712-6600
Facsimile:    (310) 712-8800

*Attorneys for Defendants PacWest Bancorp, Matthew P. Wagner, Paul W. Taylor, Bart R. Olson, William J. Black and Kevin Lewis Thompson*

-1-

## CERTIFICATE OF SERVICE

I hereby certify that on this 19 day of April 2024, I electronically filed a true and correct copy of the foregoing NOTICE OF MOTION AND MOTION TO DISMISS THE AMENDED COMPLAINT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties via the CM/ECF system.

/s/ *Adam S. Paris*
Adam S. Paris (SBN 190693)

-2-

DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS THE AMENDED COMPLAINT