Adam S. Paris (SBN 190693)
parisa@sullcrom.com
Diane L. McGimsey (SBN 234953)
mcgimseyd@sullcrom.com
Brenna H. Scully (SBN 341590)
scullyb@sullcrom.com
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone:   (310) 712-6600
Facsimile:   (310) 712-8800

*Attorneys for Defendants PacWest Bancorp,
Matthew P. Wagner, Paul W. Taylor, Bart R.
Olson, William J. Black, and Kevin Lewis Thompson*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC TAN, Individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>                    v.<br><br>PACWEST BANCORP, MATTHEW P. WAGNER, PAUL W. TAYLOR, BART R. OLSON, WILLIAM J. BLACK, and KEVIN LEWIS THOMPSON,<br><br>                              Defendants. | Case No. 8:23-cv-01685-JWH-ADS<br><br>**DECLARATION OF DIANE L. MCGIMSEY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**<br><br>**[Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities; Notice of Incorporation by Reference and Request for Judicial Notice; and [Proposed] Order Filed Concurrently]**<br><br>Judge:  Hon. John W. Holcomb<br><br>Hearing Date:  August 9, 2024<br><br>Hearing Time:  9:00 a.m. |

I, Diane L. McGimsey, declare as follows:

1.      I am an attorney duly licensed by the State of California and am admitted to practice before this Court.  I am a partner of Sullivan & Cromwell LLP and counsel to Defendants PacWest Bancorp ("PacWest"), Matthew P. Wagner, Paul W. Taylor, Bart R. Olson, William J. Black, and Kevin Lewis Thompson ("Defendants") in the above-captioned action.

2.      I provide this declaration in support of Defendants' Motion to Dismiss the Amended Complaint, submitted concurrently herewith.  I am aware of the facts stated below based on my personal knowledge.

3.      Attached hereto as Exhibit 1 is a true and correct copy of excerpts from PacWest's 2021 Form 10-K, filed with the Securities and Exchange Commission ("SEC") on February 28, 2022, which was downloaded at my direction from the SEC's EDGAR website, https://www.sec.gov/edgar/search. PacWest's 2021 Form 10-K is quoted from and referred to in the Amended Complaint, including at paragraphs 121, 125, 131, 138, 147, 152, 154, 165, and 171.

4.      Attached hereto as Exhibit 2 is a true and correct copy of excerpts from PacWest's Q1 2022 Form 10-Q, filed with the SEC on May 6, 2022, which was downloaded at my direction from the SEC's EDGAR website, https://www.sec.gov/edgar/search.  PacWest's Q1 2022 Form 10-Q is quoted from and referred to in the Amended Complaint, including at paragraphs 147, 152, 154, 165, and 171.

5.      Attached hereto as Exhibit 3 is a true and correct copy of excerpts from PacWest's Form 8-K and associated earnings release presentation, filed with the SEC on July 20, 2022, which was downloaded at my direction from the SEC's EDGAR website, https://www.sec.gov/edgar/search.  PacWest's earnings release

-1-

SULLIVAN & CROMWELL LLP

presentation is quoted from and referred to in the Amended Complaint, including at paragraph 141.

6.    Attached hereto as Exhibit 4 is a true and correct copy of excerpts from a transcript of PacWest's Q2 2022 Earnings Call held on July 21, 2022, which was downloaded from FactSet Research Systems at my direction. Statements made during the call are quoted and referred to in the Amended Complaint, including at paragraphs 142–43.

7.    Attached hereto as Exhibit 5 is a true and correct copy of excerpts from PacWest's Q2 2022 Form 10-Q, filed with the SEC on August 8, 2022, which was downloaded at my direction from the SEC's EDGAR website, https://www.sec.gov/edgar/search.  PacWest's Q2 2022 Form 10-Q is quoted from and referred to in the Amended Complaint, including at paragraphs 147, 152, 154, 165, and 171.

8.    Attached hereto as Exhibit 6 is a true and correct copy of excerpts from a transcript of PacWest's Q3 2022 Earnings Call held on October 20, 2023, which was downloaded from FactSet Research Systems at my direction. Statements made during the call are quoted and referred to in the Amended Complaint, including at paragraph 145.

9.    Attached hereto as Exhibit 7 is a true and correct copy of excerpts from PacWest's Q3 2022 Form 10-Q, filed with the SEC on November 8, 2022, which was downloaded at my direction from the SEC's EDGAR website, https://www.sec.gov/edgar/search.  PacWest's Q3 2022 Form 10-Q is quoted from and referred to in the Amended Complaint, including at paragraphs 147, 152, 154, 165, and 171.

10.    Attached hereto as Exhibit 8 is a true and correct copy of excerpts from a transcript of PacWest's Q4 2022 Earnings Call held on January 27, 2023,

-2-

which was downloaded from FactSet Research Systems at my direction. Statements made during the call are quoted in and referred to in the Amended Complaint, including at paragraph 129.

11.     Attached hereto as Exhibit 9 is a true and correct copy of excerpts from PacWest's 2022 Form 10-K, filed with the SEC on February 27, 2023, which was downloaded at my direction from the SEC's EDGAR website, https://www.sec.gov/edgar/search.  PacWest's 2022 Form 10-K is quoted from and referred to in the Amended Complaint, including at paragraphs 123, 127, 133, 139, 147, 152, 154, 165, and 171.

12.     Attached hereto as Exhibit 10 is a true and correct copy of PacWest's Form 8-K and associated press release, filed with the SEC on March 13, 2023, which was downloaded at my direction from the SEC's EDGAR website, https://www.sec.gov/edgar/search.  PacWest's Form 8-K and associated press release, filed with the SEC on March 13, 2023, are quoted from and referred to in the Amended Complaint, including at paragraphs 135 and 171.

13.     Attached hereto as Exhibit 11 is a true and correct copy of PacWest's Form 8-K and associated press release, filed with the SEC on March 20, 2023, which was downloaded at my direction from the SEC's EDGAR website, https://www.sec.gov/edgar/search.  PacWest's Form 8-K and associated press release, filed with the SEC on March 20, 2023, are quoted from and referred to in the Amended Complaint, including at paragraphs 135 and 171.

14.     Attached hereto as Exhibit 12 is a true and correct copy of PacWest's Form 8-K and associated press release, filed with the SEC on March 22, 2023, which was downloaded at my direction from the SEC's EDGAR website, https://www.sec.gov/edgar/search.  PacWest's Form 8-K and associated press

-3-

SULLIVAN & CROMWELL LLP

release, filed with the SEC on March 22, 2023, are characterized and referred to in the Amended Complaint, including at paragraphs 12, 102, and 166.

15.    Attached hereto as Exhibit 13 is a true and correct copy of a *Bloomberg* article dated May 3, 2023, which was obtained from Bloomberg Terminal at my direction.  The *Bloomberg* article is quoted from and referred to in the Amended Complaint, including at paragraphs 13, 107, and 167–68.

16.    Attached hereto as Exhibit 14 is a true and correct copy of excerpts from PacWest's Q1 2023 Form 10-Q, filed with the SEC on May 11, 2023, which was downloaded at my direction from the SEC's EDGAR website, https://www.sec.gov/edgar/search.  PacWest's Q1 2023 10-Q is quoted from and referred to in the Amended Complaint, including at paragraphs 147, 152, 154, 165, and 169–71.

17.    Attached hereto as Exhibit 15 is a true and correct copy of PacWest's closing stock prices for the period March 1, 2023 through May 10, 2023, which were obtained from Bloomberg Terminal at my direction.

18.    Attached hereto as Exhibit 16 is a true and correct copy of First Republic Bank's closing stock prices for the period March 1, 2023 through May 10, 2023, which were obtained from Bloomberg Terminal at my direction.

19.    Attached hereto as Exhibit 17 is a true and correct copy of Western Alliance Bancorporation's closing stock prices for the period March 1, 2023 through May 10, 2023, which were obtained from Bloomberg Terminal at my direction.

20.    Attached hereto as Exhibit 18 is a true and correct copy of Zions Bancorporation, N.A.'s closing stock prices for the period March 1, 2023 through May 10, 2023, which were obtained from Bloomberg Terminal at my direction.

-4-

SULLIVAN & CROMWELL LLP

21.     Attached hereto as Exhibit 19 is a true and correct copy of a press release issued by the Federal Deposit Insurance Corporation ("FDIC") on March 12, 2023, which was downloaded from the FDIC's website, https://www.fdic.gov/resources/resolutions/bank-failures/failed-bank-list/, at my direction.

22.     Attached hereto as Exhibit 20 is a true and correct copy of a press release issued by the FDIC on March 13, 2023, which was downloaded from the FDIC's website, https://www.fdic.gov/resources/resolutions/bank-failures/failed-bank-list/, at my direction.

23.     Attached hereto as Exhibit 21 is a true and correct copy of a press release issued by the FDIC on May 1, 2023, which was downloaded from the FDIC's website, https://www.fdic.gov/resources/resolutions/bank-failures/failed-bank-list/, at my direction.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this April 19, 2024 in Los Angeles, California.

-5-

DECLARATION OF DIANE L. MCGIMSEY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

SULLIVAN & CROMWELL LLP

Dated:     April 19, 2024

*/s/ Diane L. McGimsey*
Diane L. McGimsey (SBN 234953)
mcgimseyd@sullcrom.com

**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone:  (310) 712-6600
Facsimile:   (310) 712-8800

*Attorney for Defendants PacWest Bancorp, Matthew P. Wagner, Paul W. Taylor, Bart R. Olson, William J. Black and Kevin Lewis Thompson*

-6-

## CERTIFICATE OF SERVICE

I hereby certify that on this 19 day of April 2024, I electronically filed a true and correct copy of the foregoing DECLARATION OF DIANE L. MCGIMSEY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties via the CM/ECF system.

*/s/ Diane L. McGimsey*
Diane L. McGimsey (SBN 234953)

-7-

DECLARATION OF DIANE L. MCGIMSEY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

SULLIVAN & CROMWELL LLP