# EXHIBIT 1

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549
### Form 10-K

☑ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d)**
**OF THE SECURITIES EXCHANGE ACT OF 1934**

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d)**
**OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended December 31, 2021

Commission File No. 001-36408

# PACWEST BANCORP

*(Exact name of registrant as specified in its charter)*

| **Delaware** | **33-0885320** |
|---|---|
| *(State or other jurisdiction of incorporation or organization)* | *(I.R.S. Employer Identification No.)* |

**9701 Wilshire Blvd., Suite 700**
**Beverly Hills, CA 90212**
*(Address of Principal Executive Offices, Including Zip Code)*

**(310) 887-8500**
*(Registrant's Telephone Number, Including Area Code)*
Securities registered pursuant to Section 12(b) of the Act:

| **Common Stock, par value $0.01 per share** | **PACW** | **The Nasdaq Stock Market, LLC** |
|---|---|---|
| *(Title of Each Class)* | *(Trading Symbol)* | *(Name of Exchange on Which Registered)* |

Securities Registered Pursuant to Section 12(g) of the Act: **None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.   ☑ Yes   ☐ No

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.   ☐ Yes   ☑ No

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   ☑ Yes   ☐ No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).   ☑ Yes   ☐ No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act. (Check one):

| ☑ Large accelerated filer | ☐ Accelerated filer | ☐ Non-accelerated filer |
|---|---|---|
| ☐ Smaller reporting company | ☐ Emerging growth company | |

☐ If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☑

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act).   ☐ Yes   ☑ No

As of June 30, 2021, the aggregate market value of the voting common stock held by non-affiliates of the registrant, computed by reference to the average high and low sales prices on The Nasdaq Global Select Market as of the close of business on June 30, 2021, was approximately $4.8 billion. Registrant does not have any nonvoting common equities.

As of February 16, 2022, there were 117,319,693 shares of registrant's common stock outstanding, excluding 2,313,065 shares of unvested restricted stock.

### DOCUMENTS INCORPORATED BY REFERENCE

The information required by Items 10, 11, 12, 13 and 14 of Part III of this Annual Report on Form 10-K will be found in the Company's definitive proxy statement for its 2022 Annual Meeting of Stockholders, to be filed pursuant to Regulation 14A under the Securities Exchange Act of 1934, as amended, and such information is incorporated herein by this reference.

Exhibit 1

1

**PACWEST BANCORP**
**2021 ANNUAL REPORT ON FORM 10-K**
**TABLE OF CONTENTS**

**PART I**

| | | |
|---|---|---|
| | Forward-Looking Information | 3 |
| | Available Information | 5 |
| | Glossary of Acronyms, Abbreviations, and Terms | 5 |
| Item 1. | Business | 7 |
| Item 1A. | Risk Factors | 29 |
| Item 1B. | Unresolved Staff Comments | 44 |
| Item 2. | Properties | 44 |
| Item 3. | Legal Proceedings | 44 |
| Item 4. | Mine Safety Disclosure | 44 |

**PART II**

| | | |
|---|---|---|
| ITEM 5. | Market For Registrant's Common Equity, Related Shareholder Matters and Issuer Purchases of Equity Securities | 45 |
| ITEM 6. | Reserved | 47 |
| ITEM 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 48 |
| ITEM 7A. | Quantitative and Qualitative Disclosures About Market Risk | 91 |
| ITEM 8. | Financial Statements and Supplementary Data | 95 |
| ITEM 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 178 |
| ITEM 9A. | Controls and Procedures | 178 |
| ITEM 9B. | Other Information | 178 |
| ITEM 9C. | Disclosure Regarding Foreign Jurisdictions that Prevent Inspections | 178 |

**PART III**

| | | |
|---|---|---|
| ITEM 10. | Directors, Executive Officers and Corporate Governance | 179 |
| ITEM 11. | Executive Compensation | 179 |
| ITEM 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 179 |
| ITEM 13. | Certain Relationships and Related Transactions, and Director Independence | 179 |
| ITEM 14. | Principal Accountant Fees and Services | 179 |

**PART IV**

| | | |
|---|---|---|
| ITEM 15. | Exhibits and Financial Statement Schedules | 180 |
| ITEM 16. | Form 10-K Summary | 181 |
| SIGNATURES | | 182 |

Exhibit 1

2

**PART I**

**Forward-Looking Information**

This Form 10-K contains certain "forward-looking statements" about the Company and its subsidiaries within the meaning of the Private Securities Litigation Reform Act of 1995, including certain plans, strategies, goals, and projections and including statements about our expectations regarding our operating expenses, profitability, allowance for credit losses, net interest margin, net interest income, deposit growth, loan and lease portfolio growth and production, acquisitions, maintaining capital adequacy, liquidity, goodwill, and interest rate risk management. All statements contained in this Form 10-K that are not clearly historical in nature are forward-looking, and the words "anticipate," "assume," "intend," "believe," "forecast," "expect," "estimate," "plan," "continue," "will," "should," "look forward" and similar expressions are generally intended to identify forward-looking statements. You should not place undue reliance on these statements as they involve risks, uncertainties and contingencies, many of which are beyond our control, which may cause actual results, performance, or achievements to differ materially from those expressed in them. Actual results could differ materially from those anticipated in such forward-looking statements as a result of risks and uncertainties more fully described under "Item 1A. Risk Factors." Factors that might cause such differences include, but are not limited to:

- the ongoing COVID-19 pandemic continues to affect the Company, its employees, customers and third-party service providers, and the ultimate extent of the impacts of the pandemic and related government stimulus programs on its business, financial position, results of operations, liquidity and prospects is still uncertain, due in part to the new variants of COVID-19;
- weaker than expected general business and economic conditions could adversely affect the Company's revenues, the values of its assets and liabilities and negatively impact loan growth;
- our ability to compete effectively against other financial service providers in our markets;
- the impact of changes in interest rates or levels of market activity, especially on the fair value of our loan and investment portfolios;
- deterioration, weaker than expected improvement, or other changes in the state of the economy or the markets in which we conduct business (including the levels of initial public offerings and mergers and acquisitions), which may affect the ability of borrowers to repay their loans and the value of real property or other property held as collateral for such loans;
- changes in credit quality and the effect of credit quality and the current expected credit loss accounting standard on our provision for credit losses and allowance for credit losses;
- our ability to attract deposits and other sources of funding or liquidity;
- our ability to efficiently deploy excess liquidity;
- the need to retain capital for strategic or regulatory reasons;
- compression of the net interest margin due to changes in the interest rate environment, forward yield curves, loan products offered, spreads on newly originated loans and leases, changes in our asset or liability mix, and/or changes to the cost of deposits and borrowings;
- impact of the benchmark interest rate reform in the U.S. including the transition away from the U.S. dollar London Inter-bank Offering Rate ("LIBOR") to alternative reference rates;
- reduced demand for our services due to strategic or regulatory reasons or reduced demand for our products due to legislative changes such as new rent control laws;
- our ability to successfully execute on initiatives relating to enhancements of our technology infrastructure, including client-facing systems and applications;
- legislative or regulatory requirements or changes, including an increase of capital requirements, and increased political and regulatory uncertainty;
- the impact on our reputation and business from our interactions with business partners, counterparties, service providers and other third parties;
- the impact of climate change, public health issues, natural or man-made disasters such as wildfires, droughts and earthquakes, all of which are particularly common in California;

3

Exhibit 1

3

- higher than anticipated increases in operating expenses;
- lower than expected dividends paid from the Bank to the holding company;
- the amount and exact timing of any common stock repurchases will depend upon market conditions and other factors;
- a deterioration in the overall macroeconomic conditions or the state of the banking industry that could warrant further analysis of the carrying value of goodwill and could result in an adjustment to its carrying value resulting in a non-cash charge;
- the effectiveness of our risk management framework and quantitative models;
- the costs and effects of legal, compliance, and regulatory actions, changes and developments, including the impact of adverse judgments or settlements in litigation, the initiation and resolution of regulatory or other governmental inquiries or investigations, and/or the results of regulatory examinations or reviews;
- the impact of changes made to tax laws or regulations affecting our business, including the disallowance of tax benefits by tax authorities and/or changes in tax filing jurisdictions or entity classifications; and
- our success at managing risks involved in the foregoing items and all other risk factors described in our audited consolidated financial statements, and other risk factors described in this Form 10-K and other documents filed or furnished by PacWest with the SEC.

All forward-looking statements included in this Form 10-K are based on information available at the time the statement is made. We are under no obligation to (and expressly disclaim any such obligation to) update or alter our forward-looking statements, whether as a result of new information, future events or otherwise except as required by law.

Exhibit 1

4

**Available Information**

We maintain a website for the Company at *http://www.pacwest.com*. Via the "Investor Relations" link at the Company's website, our Annual Report on Form 10-K, quarterly reports on Form 10-Q, current reports on Form 8-K and amendments to such reports filed or furnished pursuant to Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended, are available, free of charge, as soon as reasonably practicable after such forms are electronically filed with, or furnished to, the SEC. The SEC maintains an Internet website at *http://www.sec.gov* that contains reports, proxy and information statements, and other information regarding issuers that file electronically with the SEC. You may obtain copies of the Company's filings on the SEC website. These documents may also be obtained in print upon request by our stockholders to our Investor Relations Department.

We have adopted a written Code of Business Conduct and Ethics that applies to all directors, officers and employees, including our principal executive officer and senior financial officers, in accordance with Section 406 of the Sarbanes-Oxley Act of 2002 and the rules of the SEC promulgated thereunder and it is available via the "Investor Relations" link at the Bank's website in the section titled "Corporate Governance." Any changes in, or waivers from, the provisions of this code of ethics that the SEC requires us to disclose are posted on our website in such section. In the Corporate Governance section of our website, we have also posted the charters for our Audit Committee, Compensation, Nominating and Governance Committee, Asset/Liability Management Committee, and Risk Committee, as well as our Corporate Governance Guidelines. In addition, information concerning purchases and sales of our equity securities by our executive officers and directors is posted on our website.

Documents available on the website are available in print to any stockholder who requests them in writing to our Investor Relations Department at PacWest Bancorp, 9701 Wilshire Blvd., Suite 700, Beverly Hills, CA 90212, Attention: Investor Relations, or via e-mail to *investor-relations@pacwest.com.*

All website addresses given in this document are for information only and are not intended to be an active link or to incorporate any website information into this document.

Exhibit 1

5

**Glossary of Acronyms, Abbreviations, and Terms**

The acronyms, abbreviations, and terms listed below are used in various sections of this Form 10-K, including "Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations" and "Item 8. Financial Statements and Supplementary Data."

| | | | | |
|---|---|---|---|---|
| ACL | Allowance for Credit Losses | | FRBSF | Federal Reserve Bank of San Francisco |
| AFX | American Financial Exchange | | FSOC | Financial Stability Oversight Council |
| ALLL | Allowance for Loan and Lease Losses | | GDP | Gross Domestic Product |
| ALM | Asset Liability Management | | HOA Business | Homeowners Association Services Division of MUFG Union Bank, N.A. (a business acquired on October 8, 2021) |
| ASC | Accounting Standards Codification | | IRR | Interest Rate Risk |
| ASU | Accounting Standards Update | | LIBOR | London Inter-bank Offering Rate |
| ATM | Automated Teller Machine | | LIHTC | Low Income Housing Tax Credit |
| Basel III | A comprehensive capital framework and rules for U.S. banking organizations approved by the FRB and the FDIC in 2013 | | MBS | Mortgage-Backed Securities |
| BHCA | Bank Holding Company Act of 1956, as amended | | MVE | Market Value of Equity |
| BOLI | Bank Owned Life Insurance | | NAV | Net Asset Value |
| CARES Act | Coronavirus Aid, Relief, and Economic Security Act | | NII | Net Interest Income |
| CDI | Core Deposit Intangible Assets | | NIM | Net Interest Margin |
| CECL | Current Expected Credit Loss | | NSF | Non-Sufficient Funds |
| CET1 | Common Equity Tier 1 | | OCC | Office of the Comptroller of the Currency |
| CFPB | Consumer Financial Protection Bureau | | OFAC | U.S Treasury Department of Office of Foreign Assets Control |
| Civic | Civic Financial Services, LLC (a company acquired on February 1, 2021) | | OREO | Other Real Estate Owned |
| CMOs | Collateralized Mortgage Obligations | | PPP | Paycheck Protection Program |
| Core Deposits | Includes noninterest-bearing checking accounts, interest checking accounts, money market accounts, and savings accounts | | PRSUs | Performance-Based Restricted Stock Units |
| COVID-19 | Coronavirus Disease | | PWAM | Pacific Western Asset Management Inc. |
| CPI | Consumer Price Index | | ROU | Right-of-use |
| CRA | Community Reinvestment Act | | SBA | Small Business Administration |
| CRI | Customer Relationship Intangible Assets | | SBIC | Small Business Investment Company |
| DFPI | California Department of Financial Protection and Innovation | | SEC | Securities and Exchange Commission |
| DGCL | Delaware General Corporation Law | | SNCs | Shared National Credits |
| Dodd-Frank Act | Dodd-Frank Wall Street Reform and Consumer Protection Act | | SOFR | Secured Overnight Financing Rate |
| DTAs | Deferred Tax Assets | | Tax Equivalent Net Interest Income | Net interest income reflecting adjustments related to tax-exempt interest on certain loans and investment securities |
| Efficiency Ratio | Noninterest expense (less intangible asset amortization, net foreclosed assets expense (income), goodwill impairment, and acquisition, integration and reorganization costs) divided by net revenues (the sum of tax equivalent net interest income plus noninterest income, less gain/loss on sale of securities and gain/loss on sales of assets other than loans and leases) | | Tax Equivalent NIM | NIM reflecting adjustments related to tax-exempt interest on certain loans and investment securities |
| FASB | Financial Accounting Standards Board | | TDRs | Troubled Debt Restructurings |
| FDIA | Federal Deposit Insurance Act | | TRSAs | Time-Based Restricted Stock Awards |
| FDIC | Federal Deposit Insurance Corporation | | TruPS | Trust Preferred Securities |
| FDICIA | Federal Deposit Insurance Corporation Improvement Act | | U.S. GAAP | U.S. Generally Accepted Accounting Principles |
| FHLB | Federal Home Loan Bank of San Francisco | | VIE | Variable Interest Entity |
| FRB | Board of Governors of the Federal Reserve System | | | |

Exhibit 1

**6**

**ITEM 1. BUSINESS**

**General**

PacWest Bancorp, a Delaware corporation, is a bank holding company registered under the BHCA with our corporate headquarters located in Beverly Hills, California. Our principal business is to serve as the holding company for our wholly-owned subsidiary, Pacific Western Bank. References to "Pacific Western" or the "Bank" refer to Pacific Western Bank together with its wholly-owned subsidiaries. References to "we," "us," or the "Company" refer to PacWest Bancorp together with its subsidiaries on a consolidated basis. When we refer to "PacWest" or to the "holding company," we are referring to PacWest Bancorp, the parent company, on a stand-alone basis.

The Bank is focused on relationship-based business banking to small, middle-market, and venture-backed businesses nationwide. The Bank offers a broad range of loan and lease and deposit products and services through 69 full-service branches located in California, one branch located in Durham, North Carolina, one branch located in Denver, Colorado, and numerous loan production offices across the country. The Bank provides community banking products including lending and comprehensive deposit and treasury management services to small and medium-sized businesses conducted primarily through our California-based branch offices and Denver, Colorado branch office. The Bank offers national lending products including asset-based, equipment, and real estate loans and treasury management services to established middle-market businesses on a national basis. The Bank also provides venture banking products including a comprehensive suite of financial services focused on entrepreneurial and venture-backed businesses and their venture capital and private equity investors, with offices located in key innovative hubs across the United States. The Bank also offers financing of business-purpose non-owner-occupied investor properties through Civic, a wholly-owned subsidiary. The Bank also provides a specialized suite of services for the HOA industry. In addition, we provide investment advisory and asset management services to select clients through Pacific Western Asset Management Inc., a wholly-owned subsidiary of the Bank and an SEC-registered investment adviser.

PacWest Bancorp was established in October 1999 and has achieved strong market positions by developing and maintaining extensive local relationships in the communities we serve. By leveraging our business model, service-driven focus, and presence in attractive markets, as well as maintaining a highly efficient operating model and robust approach to risk management, we have achieved significant and profitable growth, both organically and through disciplined acquisitions. We have successfully completed 31 acquisitions since 2000, including the Civic acquisition on February 1, 2021 and the HOA Business acquisition on October 8, 2021, which have contributed to our growth and expanded our market presence throughout the United States. For more information regarding the Civic and HOA Business acquisitions, see "Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations - *Recent Events*."

As of December 31, 2021, the Company had total assets of $40.4 billion, total loans and leases, net of deferred fees, of $22.9 billion, total deposits of $35.0 billion, and stockholders' equity of $4.0 billion.

**Our Business Strategy**

Our business strategy is to operate a client-focused, well-capitalized and profitable nationwide bank dedicated to providing personal service to our business and individual customers. We believe that stable, long-term growth and profitability are the result of building strong customer relationships while maintaining disciplined credit underwriting standards. We continue to focus on originating high-quality loans and leases and growing our low-cost deposit base through our relationship-based business lending. These principles enable us to maintain operational efficiency, increase profitability, increase core deposits, and grow loans and leases in a sound manner.

Our loan and lease portfolio consists primarily of real estate mortgage loans, real estate construction and land loans, and commercial loans and leases. We pursue attractive growth opportunities to expand and enter new markets aligned with our business model and strategic plans. Additionally, we focus on cultivating strong relationships with venture capital and private equity firms nationwide, many of which are also our clients and/or may invest in our clients.

Our reputation, expertise, and relationship-based business banking model enable us to deepen our relationships with our customers. We leverage our relationships with existing customers by providing access to an array of our products and services, including attracting deposits from and offering cash management solutions to our loan and lease customers. We competitively price our deposit products to meet the needs of our customers with a view to maximizing our share of each customer's financial services business and prudently managing our cost of funds.

Exhibit 1

**7**

Focusing on operational efficiency is critical to our profitability and future growth. We carefully manage our cost structure and continuously refine and implement internal processes and systems to create further efficiencies to enhance our earnings.

Our management team has extensive expertise and a successful track record in evaluating, executing and integrating attractive, franchise-enhancing acquisitions. We have successfully completed 31 acquisitions since 2000, including the Civic acquisition on February 1, 2021 and the HOA Business acquisition on October 8, 2021. We will continue to consider acquisitions that are consistent with our business strategy and financial model as opportunities arise.

**Depository Products and Services**

Deposits are our primary source of funds to support our interest-earning assets and provide a source of stable low-cost funds and deposit-related fee income. We offer traditional deposit products to businesses and other customers with a variety of rates and terms, including demand, money market, and time deposits. We also provide international banking services, multi-state deposit services, and asset management services. The Bank's deposits are insured by the FDIC up to statutory limits.

Our branch network allows us to gather deposits, expand our brand presence and service our customers' banking and cash management needs. We also serve our customers through a wide range of non-branch channels, including online, mobile, remote deposit, and telephone banking platforms, all of which allows us to expand our service area to attract new depositors without a commensurate increase in branch locations or branch traffic.

At December 31, 2021, we had ATMs at 53 of our branches located in California and one ATM at our branch in Denver, Colorado. We are a member of the MoneyPass network that enables our customers to withdraw cash surcharge-free and service charge-free at over 37,000 ATM locations across the country. We provide access to customer accounts via a 24 hour seven-day-a-week, toll-free, automated telephone customer service and secure online banking services.

At December 31, 2021, our total deposits consisted of $32.7 billion in core deposits, $1.4 billion in time deposits, and $890.0 million in non-core non-maturity deposits. Core deposits represented 93% of total deposits at December 31, 2021, and were comprised of $14.5 billion in noninterest-bearing deposits, $10.2 billion in money market accounts, $7.3 billion in interest-bearing checking accounts, and $630.7 million in savings accounts. Our deposit base is also diversified by client type. As of December 31, 2021, no individual depositor represented more than 1.7% of our total deposits, and our top ten depositors represented 11.2% of our total deposits.

We face strong competition in gathering deposits from nationwide, regional, and community banks, credit unions, money market funds, brokerage firms and other non-bank financial services companies that target the same customers as we do. We actively compete for deposits and emphasize solicitation of noninterest-bearing deposits. We seek to provide a higher level of personal service than our larger competitors, many of whom have more assets, capital and resources than we do and who may be able to conduct more intensive and broader based promotional efforts to reach potential customers. Our cost of funds fluctuates with market interest rates and may be affected by higher rates being offered by other financial institutions. In certain interest rate environments, additional significant competition for deposits may be expected to arise from corporate and government debt securities and money market mutual funds. Competition for deposits is also affected by the ease with which customers can transfer deposits from one institution to another.

**Client Investment Funds**

In addition to deposit products, we also offer select clients non-depository cash investment options through PWAM, our SEC registered investment adviser subsidiary, and third-party money market sweep products. PWAM provides customized investment advisory and asset management solutions. At December 31, 2021, total off-balance sheet client investment funds were $1.4 billion, of which $0.9 billion was managed by PWAM. At December 31, 2020, total off-balance sheet client investment funds were $1.3 billion, of which $1.0 billion was managed by PWAM.

Exhibit 1

8

We maintain an information technology strategic plan. This plan defines the overall innovation and technology agenda and vision, tracks information technology and information security trends and priorities, and provides details on information technology initiatives over the next several years. Through our annual information technology budgeting process, we analyze our infrastructure for capacity planning, detail migration plans to replace aging hardware and software, and resource plan for internal and external information technology staffing needs against planned initiatives.

Protecting our systems to ensure the safety of customer information is critical to our business. We use multiple layers of protection to control access, detect unusual activity and reduce risk. We regularly conduct a variety of audits and vulnerability and penetration tests on our platforms, systems and applications and maintain comprehensive incident response plans to minimize potential risks, including cyber-attacks. To protect our business operations against disasters, we have a backup off-site core processing system and comprehensive recovery plans.

**Risk Oversight and Management**

We believe risk management is another core competency of our business. We have a comprehensive risk management process that measures, monitors, evaluates, and manages the risks we assume in conducting our activities. Our oversight of this risk management process is conducted by the Company's Board of Directors (the "Board") and its standing committees. The committees each report to the Board and the Board has overall oversight responsibility for risk management.

Our risk framework is structured to guide decisions regarding the appropriate balance between risk and return considerations in our business. Our risk framework is based upon our business strategy, risk appetite, and financial plans approved by our Board. Our risk framework is supported by an enterprise risk management program. Our enterprise risk management program integrates all risk efforts under one common framework. This framework includes risk policies, procedures, measured and reported limits and targets, and reporting. Our Board approves our risk appetite statement, which sets forth the amount and type of risks we are willing to accept in pursuit of achieving our strategic, business, and financial objectives. Our risk appetite statement provides the context for our risk management tools, including, among others, risk policies, delegated authorities, limits, portfolio composition, underwriting standards, and operational processes.

**Competition**

The banking business is highly competitive. We compete nationwide with other commercial banks and financial services institutions for loans and leases, deposits, and employees. Some of these competitors are larger in total assets and capitalization, with more offices over a wider geographic area and offer a broader range of financial services than our operations. Our most direct competition for loans comes from larger regional and national banks, diversified finance companies, venture debt funds, and community banks that target the same customers as we do. In recent years, competition has increased from institutions not subject to the same regulatory restrictions as domestic banks and bank holding companies. Those competitors include non-bank specialty lenders, insurance companies, private investment funds, investment banks, financial technology companies, and other financial and non-financial institutions.

Competition is based on a number of factors, including interest rates charged on loans and leases and paid on deposits, underwriting standards, loan covenants, required guarantees, the scope and type of banking and financial services offered, convenience of our branch locations, customer service, technological changes, and regulatory constraints. Many of our competitors are large companies that have substantial capital, technological, and marketing resources. Some of our competitors have substantial market positions and have access to a lower cost of capital or a less expensive source of funds. Because of economies of scale, our larger, nationwide competitors may offer loan pricing that is more attractive than what we are willing to offer.

Economic factors, along with legislative and technological changes, will have an ongoing impact on the competitive environment within the financial services industry. We work to anticipate and adapt to dynamic competitive conditions whether it is by developing and marketing innovative products and services, adopting or developing new technologies that differentiate our products and services, cross marketing, or providing highly personalized banking services. We strive to distinguish ourselves from other banks and financial services providers in our marketplace by providing an extremely high level of service to enhance customer loyalty and to attract and retain business.

Exhibit 1

9

Exhibit 1
10

**ITEM 1A. RISK FACTORS**

In the course of conducting our business operations, we are exposed to a variety of risks, some of which are inherent in the financial services industry and others of which are more specific to our own businesses. The COVID-19 pandemic has heightened, and in some cases manifested, certain of the risks we normally face in operating our business. The discussion below addresses the most significant factors, of which we are currently aware, that could affect our businesses, results of operations and financial condition. Additional factors that could affect our businesses, results of operations and financial condition are discussed in "Item 1. Business - Forward-Looking Information." However, other factors not discussed below or elsewhere in this Annual Report on Form 10-K could adversely affect our businesses, results of operations and financial condition. Therefore, the Risk Factors below should not be considered a complete list of potential risks we may face.

Any Risk Factor described in this Annual Report on Form 10-K or in any of our other SEC filings could by itself, or together with other factors, materially adversely affect our liquidity, cash flows, competitive position, business, reputation, results of operations, capital position or financial condition, including materially increasing our expenses or decreasing our revenues, which could result in material losses.

**General Economic and Market Conditions Risk**

***The ongoing COVID-19 pandemic and resulting substantial disruption to global and domestic economies could adversely impact our business operations, asset valuations, and financial results.***

The ongoing COVID-19 pandemic has created global and domestic economic and financial disruptions that adversely affected our business operations, asset valuations and financial results in 2020 and could adversely affect our business operations, asset valuations, and financial results in the future. The pandemic has negatively impacted the global and domestic economies, disrupted supply chains, lowered some equity market valuations, and created significant volatility and disruption in financial markets. Certain industries have been particularly hard hit by the pandemic, including the travel and hospitality industry, the restaurant industry and the retail industry.

As the pandemic unfolded in March 2020, the credit status of some of our borrowers was adversely affected. We immediately enhanced the monitoring of our loan and lease portfolio with particular emphasis on certain loan and lease portfolios that we expected to be most impacted by the pandemic, such as the hotel, retail, commercial aviation, restaurant, and oil services loan and lease portfolios. We responded by constructively working with affected borrowers, allowing for the deferral of loan payments and the extension of maturity dates, and amending our agreements with them when appropriate and warranted. We continue to closely monitor all of our portfolios, although with the increase in oil prices, the credit risk in the oil services portfolio has diminished. During 2021, we heightened our monitoring of real estate loans secured by office properties because of the risk tenants' may reduce the office space they lease as some portion of the workforce continues to work remotely. Even with our actions to assist our borrowers coping with the pandemic, we may not collect all amounts contractually owed to us as noted under "*Credit Risk*" below.

In addition, the pandemic has resulted in remote working environments, travel restrictions, business entry requirements, and proposed return-to-office vaccination and testing requirements. Should economic impacts of COVID-19 persist or further deteriorate, this macroeconomic environment could have an adverse impact on our business, financial condition, and results of operations.

The pandemic could also influence the recognition of the provision for credit losses in our loan portfolios and could increase our allowance for credit losses, depending on the duration of the pandemic, the ongoing impact of government stimulus and the ongoing impact on the overall economy. The provision for credit losses reflects estimates of future credit losses, however the actual credit losses that our loan portfolio may experience remains uncertain since the economic cycle is not complete, particularly as businesses remain closed and as more customers may draw on their lines of credit or seek additional loans to help finance their businesses.

Similarly, because of changing economic and market conditions affecting issuers, the securities we hold may lose value. The volatility in the equity markets, particularly early in the pandemic, has impacted our asset valuations, as evidenced by our goodwill impairment charge in the first quarter of 2020, and asset valuations of goodwill or other assets could be further impacted depending on future developments caused by COVID-19.

29

Exhibit 1

11

As an essential service, our business operations have continued during the pandemic, however they may be disrupted if significant portions of our workforce are unable to work effectively, including because of illness, quarantines, government actions, or other restrictions in connection with the pandemic. To protect the health and safety of our employees and communities, most of our employees in non-client facing roles continue to work remotely. Employees who enter Company branches and offices comply with indoor mask mandates as applicable under state and local guidance. Our branch locations are also prepared to respond to evolving pandemic risks through various actions depending on the circumstances, such as closing lobbies if a drive thru is available, temporarily closing if located within close proximity to another branch or at certain times reducing hours of operation. We may also experience operational difficulties, including increased cybersecurity risk, due to the remote working environments of our employees. We may also experience additional operational risk due to difficulties experienced by our third-party service providers.

Because there have been no comparable recent global pandemics that resulted in a similar global impact, the full extent to which the COVID-19 pandemic will impact our business operations, asset valuations and financial results will depend on future developments which remain uncertain and cannot be predicted. These include the scope and duration of the pandemic, including new strains of the virus, the efficacy and distribution of, and participation in, vaccination programs, the continued effectiveness of our business continuity plan, the direct and indirect impact of the pandemic on our employees, customers and third-party service providers, as well as other market participants, and the effectiveness of actions taken by governmental authorities and other third parties in response to the pandemic. If the pandemic continues to spread, morph or otherwise results in a continuation or worsening of the current economic and commercial environments, our business, financial condition, results of operations, cash flows, and ability to pay dividends, as well as our regulatory capital and liquidity ratios could be materially adversely affected.

***Our business is adversely affected by unfavorable economic, market, and political conditions.***

In the event of an economic recession, our operating results could be adversely affected because we could experience higher loan and lease charge-offs and higher operating costs. Global economic conditions also affect our operating results because global economic conditions directly influence the U.S. economic conditions. Sources of global economic and market instability include, but are not limited to, the potential economic slowdown in United Kingdom, Europe and the United States, the impact of trade negotiations, economic conditions in China, including the global economic impacts of the Chinese economy, China's regulation of commerce, escalating military tensions in Europe as a result of Russia's invasion of Ukraine, and the effects of the pandemic or other health crises. Various market conditions also affect our operating results. Certain changes in interest rates, inflation, or the financial markets could affect demand for our products. Real estate market conditions directly affect performance of our loans secured by real estate. Debt markets affect the availability of credit which impacts the rates and terms at which we offer loans and leases. Stock market downturns often signal broader economic deterioration and/or a downward trend in business earnings which may adversely affect businesses' ability to raise capital and/or service their debts. Political and electoral changes, developments, conflicts, and conditions have in the past introduced, and may in the future introduce, additional uncertainty which may also affect our operating results.

An economic recession or a downturn in various markets could have one or more of the following adverse effects on our business:

- a decrease in the demand for our loans and leases and other products and services offered by us;
- a decrease in our deposit balances due to overall reductions in the accounts of customers;
- a decrease in the value of collateral securing our loans and leases;
- an increase in the level of nonperforming and classified loans and leases;
- an increase in provisions for credit losses and loan and lease charge-offs;
- a decrease in net interest income derived from our lending and deposit gathering activities;
- a decrease in the Company's stock price;
- a decrease in our ability to access the capital markets; or
- an increase in our operating expenses associated with attending to the effects of certain circumstances listed above.

Exhibit 1

12

**Credit Risk**

**Credit Risk is the Risk of Loss Arising from the Inability or Failure of a Borrower or Counterparty to Meet Its Obligation.**

*We may not collect all amounts that are contractually owed to us by our borrowers.*

We are dependent on the collection of loan and lease principal, interest, and fees to partially fund our operations. A shortfall in collections and proceeds may impair our ability to fund our operations or to repay our existing debt.

When we loan money, commit to loan money or enter into a letter of credit or other contract with a counterparty, we incur credit risk. The credit quality of our portfolio can have a significant impact on our earnings. We expect to experience charge-offs and delinquencies on our loans and leases in the future. Many borrowers have been negatively impacted by the COVID-19 pandemic and related economic consequences, and may continue to be similarly or more severely affected in the future. Our borrowers' actual operating results may be worse than our underwriting indicated when we originated the loans and leases, and in these circumstances, if timely corrective actions are not taken, we could incur substantial impairment or loss of the value on these loans and leases. We may fail to identify problems because our borrower did not report them in a timely manner or, even if the borrower did report the problem, we may fail to address it quickly enough or at all. Even if borrowers provide us with full and accurate disclosure of all material information concerning their businesses, we may misinterpret or incorrectly analyze this information. Mistakes may cause us to make loans and leases that we otherwise would not have made or to fund advances that we otherwise would not have funded, either of which could result in losses on loans and leases, or necessitate that we significantly increase our allowance for loan and lease losses. As a result, we could suffer loan losses and have nonperforming loans and leases, which could have a material adverse effect on our net earnings and results of operations and financial condition, to the extent the losses exceed our allowance for loan and lease losses.

Some of our loans and leases are secured by a lien on specified collateral of the borrower and we may not obtain or properly perfect our liens or the value of the collateral securing any particular loan may not protect us from suffering a partial or complete loss if the loan becomes nonperforming and we proceed to foreclose on or repossess the collateral. In such event, we could suffer loan losses, which could have a material adverse effect on our net earnings, allowance for loan and lease losses, financial condition, and results of operations.

Additionally, loans to venture-backed companies support the borrowers' operations, including operating losses, working capital requirements and fixed asset acquisitions. Venture-backed borrowers are at various stages in their development and are, generally, reporting operating losses. The primary sources of repayment are future additional venture capital equity investments or the sale of the company or its assets. Our venture-backed borrowers' business plans may fail, increasing the likelihood for credit losses related to loans to venture-backed companies.

In accordance with U.S. GAAP, we maintain an allowance for loan and lease losses to provide for loan defaults and non-performance. Our allowance for loan and lease losses allocable to loans to venture-backed borrowers may not be adequate to absorb actual credit losses arising from these loans, and future provisions for credit losses could materially and adversely affect our operating results.

*Our allowance for credit losses may not be adequate to cover actual losses.*

Effective January 1, 2020, we adopted the Financial Accounting Standards Board ("FASB") Accounting Standards Update 2016-13, "*Financial Instruments-Credit Losses (Topic 326), Measurement of Credit Losses on Financial Instruments,*" commonly referred to as the "Current Expected Credit Losses" standard, or "CECL." CECL changed the allowance for credit losses methodology from an incurred loss concept to an expected loss concept, which is more dependent on future economic forecasts, assumptions, and models than the previous accounting standards and could result in increases and add volatility to our allowance for credit losses and future provisions for loan losses. These forecasts, assumptions, and models are inherently uncertain and are based upon management's reasonable judgment in light of information currently available. Our allowance for credit losses may not be adequate to absorb actual credit losses, and future provisions for credit losses could materially and adversely affect our operating results.

31

Exhibit 1

13

Our federal and state regulators, as an integral part of their examination process, review our loans and leases and allowance for credit losses. While we believe our allowance for credit losses is appropriate for the risk identified in our loan and lease portfolio, we cannot provide assurance that we will not further increase the allowance for credit losses, that it will be sufficient to address losses, or that regulators will not require us to increase this allowance. We also cannot be certain that actual results will be consistent with forecasts and assumptions used in our CECL modeling. Any of these occurrences could materially and adversely affect our financial condition and results of operations. For more information, see Note 1(i). *Nature of Operations and Summary of Significant Accounting Policies - Allowance for Credit Losses on Loans and Leases Held for Investment* of the Notes to Consolidated Financial Statements contained in "Item 8. Financial Statements and Supplementary Data."

***Our loans and leases are concentrated by location, collateral value, and borrower type which could exacerbate credit losses if certain markets or industries were to experience economic difficulties or operating issues.***

Real estate mortgage loans and real estate construction and land loans comprised 64% of our total loans and leases at December 31, 2021. Of total loans and leases, 39% are secured by real estate collateral located in California, 25% are secured by multi-family properties, and 4% are secured by commercial real estate construction projects.

For real estate mortgage loans, the respective primary and secondary sources of loan repayments are the net operating incomes of the properties and the proceeds from the sales or refinancing of the properties. For real estate construction and land loans, the primary source of loan repayments is the proceeds from the sales or refinancing of the properties following the completion of construction and the stabilization/attainment of sufficient debt service coverage. As such, our commercial real estate borrowers generally are required to refinance the loans with us or another lender or sell the properties to repay our loans. A portion of our real estate loans are secured by residential properties. Decreases in residential property values could lead to increased credit losses for these loans.

***We have a number of large credit relationships and individual commitments.***

At December 31, 2021, there were 13 individual real estate construction and land commitments greater than or equal to $100 million with the largest commitment being $181 million. At December 31, 2021, these 13 individual commitments totaled $1.6 billion and had an aggregate outstanding balance of $587 million. The projects financed by these commitments are nine multi-family projects, one condominium project, one mixed use property, one life science office property, and one industrial project. For these 13 commitments, the average commitment to budgeted project cost ratio was 56.4%.

At December 31, 2021, we had 13 individual loan commitments greater than or equal to $150 million that ranged in size from $150 million to $500 million and totaled $3.3 billion and had an aggregate outstanding balance of $1.5 billion. Six of these commitments totaling $1.9 billion were equity fund loans, four of these commitments totaling $854 million were lender finance loans, one of these commitments totaling $181 million was a residential construction loan, one of these commitments totaling $175 million was a loan secured by a multi-family property, and one of these commitments totaling $150 million was a loan secured by a studio office complex.

A significant loss related to one of our large lending relationships or individual commitments could have a material adverse effect on our financial condition and results of operations.

32

Exhibit 1
14

*A slowdown in venture capital investment levels may reduce the market for venture capital investment for our venture banking clients, which could adversely affect our business, results of operations, or financial condition.*

Part of our strategy is focused on providing banking products and credit to entrepreneurial and venture-backed businesses, including companies that receive financial support from sophisticated investors, including venture capital or private equity firms, and corporate investors. We derive a significant portion of deposits, including large deposits, from these companies and provide them with loans as well as other banking products and services. In many cases, our credit decisions are based on our analysis of the likelihood that our venture capital-backed clients will receive additional rounds of equity capital from investors. If the amount of capital available to such companies decreases, we could suffer loan losses, which could have a material adverse effect on our deposit balances, net earnings, allowance for loan and lease losses, financial condition, and results of operations.

## Market Risk

**Market Risk Is the Risk That Market Conditions May Adversely Impact the Value of Assets or Liabilities or Otherwise Negatively Impact Earnings. Market Risk Is Inherent To the Financial Instruments Associated with Our Operations, Including Loans, Deposits, Securities, Short-term Borrowings, Long-term Debt, and Derivatives.**

*Our business is subject to interest rate risk, and variations in interest rates may materially and adversely affect our financial performance.*

Changes in the interest rate environment may reduce our profits. It is expected that we will continue to realize income from the differential or "spread" between the interest earned on loans, securities and other interest-earning assets, and interest paid on deposits, borrowings and other interest-bearing liabilities. Net interest spreads are affected by the difference between the maturities and repricing characteristics of interest-earning assets and interest-bearing liabilities. Changes in market interest rates generally affect loan volume, loan yields, funding sources and funding costs. Our net interest spread depends on many factors that are partly or completely out of our control, including competition, general economic conditions, and federal economic monetary and fiscal policies, and in particular, the Federal Reserve Board. After steadily increasing the target federal funds rate in 2017 and 2018, the Federal Reserve Board in 2019 decreased the target federal funds rate by 75 basis points, and in response to the COVID-19 pandemic in March 2020, an additional 150 basis point decrease to a range of 0.00% to 0.25% as of March 31, 2020 where it has remained. A prolonged low interest rate environment could negatively impact our net interest margin as assets reprice that are not subject to interest rate floors. The Federal Reserve Board has signaled that an increase in rates is coming but the exact timing and extent remain unknown and are largely subject to economic conditions.

While an increase in interest rates may increase our loan yield, it may adversely affect the ability of certain borrowers with variable-rate loans to pay the contractual interest and principal due to us. Following an increase in interest rates, our ability to maintain a positive net interest spread is dependent on our ability to increase our loan offering rates, replace loans that mature and repay or that prepay before maturity with new originations, minimize increases on our deposit rates, and maintain an acceptable level and composition of funding. We cannot provide assurances that we will be able to increase our loan offering rates and continue to originate loans due to the competitive landscape in which we operate. Additionally, we cannot provide assurances that we can minimize the increases in our deposit rates while maintaining an acceptable level of deposits. Finally, we cannot provide any assurances that we can maintain our current levels of noninterest-bearing deposits as customers may seek higher-yielding products when interest rates increase.

Accordingly, changes in levels of interest rates could materially and adversely affect our net interest margin, asset quality, loan origination volume, average loan portfolio balance, deposit balances, liquidity, and overall profitability.

Exhibit 1

15

***We may be adversely impacted by the transition from LIBOR as a reference rate.***

In 2017, the Financial Conduct Authority announced that after 2021 it will no longer compel banks to submit the rates required to calculate LIBOR. In November 2020, the administrator of LIBOR announced it will consult on its intention to extend the retirement date of certain offered rates whereby the publication of the one week and two month LIBOR offered rates will cease after December 31, 2021; but, the publication of the remaining LIBOR offered rates will continue until June 30, 2023. Given consumer protection, litigation, and reputation risks, the bank regulatory agencies have indicated that entering into new contracts that use LIBOR as a reference rate after December 31, 2021 would create safety and soundness risks and that they will examine bank practices accordingly. Therefore, the agencies encouraged banks to cease entering into new contracts that use LIBOR as a reference rate as soon as practicable and in any event by December 31, 2021.

To identify a successor rate for LIBOR in the United States, the Alternative Reference Rates Committee ("ARRC"), a U.S.-based group convened by the Federal Reserve Board and the Federal Reserve Bank of New York, was formed. The ARRC has identified SOFR as its preferred alternative rate for LIBOR. SOFR is a measure of the cost of borrowing cash overnight, collateralized by U.S. Treasury securities, and is based on directly observable U.S. Treasury-backed repurchase transactions. On July 29, 2021, the ARCC formally recommended SOFR as its preferred alternative replacement rate for LIBOR.

Starting in August 2019, we began including fallback language in our new loan agreements that would allow us to substitute an alternative reference rate in the event LIBOR became unavailable as a published reference rate. As of December 31, 2021, we permanently ceased originating any new loans or entering into any transaction that would increase our LIBOR based exposure. For all variable-rate loans, the Company primarily offers Prime and SOFR as the variable rate index, but may consider alternative rates such as the American Interbank Offered Rate ("Ameribor") and others based on market condition and/or the type of loan or financial instrument. Nonetheless, we have significant legacy portfolios of loans, securities, and TruPS borrowings that are either directly or indirectly dependent on LIBOR. As of December 31, 2021, we had $7.6 billion of outstanding loans for which the repricing index rate was tied to LIBOR, of which $5.6 billion had maturity dates after June 30, 2023.

The transition from LIBOR could create considerable costs and additional risk. Although the administrator of LIBOR has announced its intention to extend the publication of most tenors of LIBOR for U.S. dollars through June 30, 2023, we cannot predict whether or when LIBOR will actually cease to be available, whether SOFR will become the widely-accepted market benchmark in its place or what impact such a transition may have on our business, financial condition and results of operations. The uncertainty as to the nature and effect of the discontinuance of LIBOR may adversely affect the value of, the return on or the expenses associated with our financial assets and liabilities that are based on or are linked to LIBOR, may require extensive changes to the contracts that govern these LIBOR-based products as well as our systems and processes, and could impact our pricing and interest rate risk models, our loan product structures, our funding costs, our valuation tools and result in increased compliance and operational costs. In addition, the market transition away from LIBOR to an alternative reference rate could prompt inquiries or other actions from regulators in respect of our preparation and readiness for the replacement of LIBOR with an alternative reference rate, and result in disputes, litigation or other actions with counterparties regarding the interpretation and enforceability of certain fallback language in LIBOR-based financial instruments. Furthermore, failure to adequately manage this transition process with our customers could adversely impact our reputation.

Although we are currently unable to assess the ultimate impact of the transition from LIBOR, the failure to adequately manage the transition could have a material adverse effect on our business, financial condition and results of operations.

Exhibit 1

16

***The value of our securities in our investment portfolio may decline in the future.***

The fair market value of our investment securities may be adversely affected by general economic and market conditions, including changes in interest rates, credit spreads, and the occurrence of any events adversely affecting the issuer of particular securities in our investments portfolio or any given market segment or industry in which we are invested. We analyze our securities, all of which are classified as available-for-sale, on a quarterly basis to measure currently expected credit losses. The process for determining currently expected credit losses usually requires complex, subjective judgments about the future financial performance of the issuer in order to assess the probability of receiving principal and interest payments sufficient to recover our amortized cost of the security. Because of changing economic and market conditions affecting issuers, we may be required to recognize credit losses in future periods, which could have a material adverse effect on our business, financial condition, or results of operations.

**Capital and Liquidity Risk**

**Capital and Liquidity Risk Is the Risk of Loss Resulting from Insufficient Capital Levels or Inadequate Liquid Assets That Could Impair Our Ability to Operate Free of Regulatory Enforcement Actions and to Meet Our Contractual and Contingent Financial Obligations, On- or Off-Balance Sheet, as They Become Due.**

***We are subject to capital adequacy standards and liquidity rules, and a failure to meet these standards could adversely affect our financial condition.***

The Company and the Bank are each subject to capital adequacy and liquidity rules and other regulatory requirements specifying minimum amounts and types of capital that must be maintained. From time to time, the regulators implement changes to these regulatory capital adequacy and liquidity guidelines. If we fail to meet these minimum capital and liquidity guidelines and other regulatory requirements, we may be restricted in the types of activities we may conduct and may be prohibited from taking certain capital actions, such as making TruPS payments or paying executive bonuses or dividends, and repurchasing or redeeming capital securities.

***We may need to raise additional capital in the future and such capital may not be available when needed or at all.***

We are required by federal and state regulators to maintain adequate levels of capital. We may need to raise additional capital in the future to meet regulatory or other internal requirements. As a publicly traded company, a likely source of additional funds is the capital markets, accomplished generally through the issuance of equity, both common and preferred stock, and the issuance of subordinated debt. Our ability to raise additional capital, if needed, will depend on, among other things, conditions in the capital markets at that time, which are outside of our control, and our financial performance.

We cannot provide any assurance that access to such capital will be available to us on acceptable terms or at all. Any occurrence that may limit our access to the capital markets, such as a decline in the confidence of debt purchasers or counter-parties participating in the capital markets, may materially and adversely affect our capital costs and our ability to raise capital and, in turn, our liquidity. Further, if we need to raise capital in the future, we may have to do so when many other financial institutions are also seeking to raise capital and would then have to compete with those institutions for investors. The inability to raise additional capital on acceptable terms when needed could have a materially adverse effect on our business, financial condition, or results of operations.

Exhibit 1

17

***We are subject to liquidity risk, which could adversely affect our financial condition and results of operations.***

Effective liquidity management is essential for the operation of our business. Although we have implemented strategies to maintain sufficient and diverse sources of funding to accommodate planned, as well as unanticipated, changes in assets, liabilities, and off-balance sheet commitments under various economic conditions, an inability to raise funds through deposits, borrowings, the sale of investment securities and other sources could have a material adverse effect on our liquidity. Our access to funding sources in amounts adequate to finance our activities could be impaired by factors that affect us specifically or the financial services industry in general. Factors that could detrimentally impact our access to liquidity sources include a decrease in the level of our business activity due to a market disruption, a decrease in the borrowing capacity assigned to our pledged assets by our secured creditors, or adverse regulatory action against us. Deterioration in economic conditions and the loss of confidence in financial institutions may increase our cost of funding and limit our access to some of our customary sources of liquidity, including, but not limited to, inter-bank borrowings and borrowings from the FRBSF and FHLB. Our ability to acquire deposits or borrow could also be impaired by factors that are not specific to us, such as a severe disruption of the financial markets or negative views and expectations about the prospects for the financial services industry generally as a result of conditions faced by banking organizations in the domestic and international credit markets.

### Regulatory, Compliance and Legal Risk

**Regulatory, Compliance and Legal Risk Is the Risk of Loss Related to Violations of Laws, Rules, or Regulations, or from Non-Conformance with Prescribed Practices, Internal Policies and Procedures, Contractual Obligations and Other Legal and Ethical Standards.**

***Our participation in the SBA PPP loan program exposes us to risks related to noncompliance with the PPP, as well as litigation risk related to our administration of the PPP loan program, which could have a material adverse impact on our business, financial condition, and results of operations.***

The Company is a participating lender in the PPP, a loan program administered through the SBA, that was created to help eligible businesses, organizations and self-employed persons fund their operational costs during the COVID-19 pandemic. Under this program, the SBA guarantees 100% of the amounts loaned under the PPP.

The PPP opened on April 3, 2020; however, because of the short window between the passing of the CARES Act and the opening of the PPP, there was some ambiguity in the laws, rules and guidance regarding the operation of the PPP. Subsequent rounds of legislation and associated agency guidance have not provided necessary clarity and have created potential additional inconsistencies and ambiguities. Accordingly, the Company is exposed to risks relating to noncompliance with the PPP.

Additionally, since the launch of the PPP, several larger banks have been subject to litigation regarding the process and procedures that such banks used in processing applications for the PPP, as well as litigation regarding the alleged nonpayment of fees that may be due to certain agents who facilitated PPP loan applications. The Company may be exposed to the risk of litigation, from both customers and non-customers that approached the Bank regarding PPP loans, regarding its process and procedures used in processing applications for the PPP. If any such litigation is filed against the Company and is not resolved in a manner favorable to the Company, it may result in significant financial liability or adversely affect the Company's reputation. Regardless of outcome, litigation can be costly and distracting. Any financial liability, litigation costs or reputational damage caused by PPP-related litigation could have a material adverse impact on our business, financial condition and results of operations.

PPP loans are fixed, low interest rate loans that are guaranteed by the SBA and subject to numerous other regulatory requirements, and a borrower may apply to have all or a portion of the loan forgiven. If PPP borrowers fail to qualify for loan forgiveness, we face a heightened risk of holding these loans at unfavorable interest rates for an extended period of time. While the PPP loans are guaranteed by the SBA, various regulatory requirements will apply to our ability to seek recourse under the guarantees, and related procedures are currently subject to uncertainty.

Exhibit 1

18

In addition, the Company may be exposed to credit risk on PPP loans if a determination is made by the SBA that there is a deficiency in the manner in which the loan was originated, funded, or serviced, such as an issue with the eligibility of borrower to receive a PPP loan, which may or may not be related to the ambiguity in the laws, rules and guidance regarding the operations of the PPP. If a deficiency is identified, the SBA may deny its liability under the guaranty, reduce the amount of the guaranty, or, if it has already paid under the guaranty, seek recovery of any loss related to the deficiency from the Company.

***We are subject to extensive regulation, which could materially and adversely affect our business.***

The banking industry is extensively regulated and supervised under both federal and state laws and regulations that are intended primarily for the protection of depositors, customers, federal deposit insurance funds and the banking system as a whole, not for the protection of our stockholders and creditors. The Company is subject to regulation and supervision by the FRB, and the Bank is subject to regulation and supervision by the FDIC, DFPI and CFPB. The laws and regulations applicable to us govern a variety of matters, including, but not limited to, permissible types, amounts and terms of loans and investments we make, the maximum interest rate that may be charged, consumer disclosures on the products and services we offer, the amount of reserves we must hold against our customers' deposits, the types of deposits we may accept and the rates we may pay on such deposits, the establishment of new branch offices by the Bank, maintenance of adequate capital and liquidity, restrictions on dividends, and stock repurchases. We must obtain approval from our regulators before engaging in certain activities, including certain acquisitions, and there can be no assurance that any regulatory approvals we may require will be obtained, or obtained without conditions, either in a timely manner or at all. Our regulators have the ability to compel us to, or restrict us from, taking certain actions entirely, such as actions that our regulators deem to constitute unsafe or unsound banking practice. While we have policies and procedures designed to prevent violations of the extensive federal and state regulations, any failure to comply with any applicable laws or regulations, or regulatory policies and interpretations of such laws and regulations, could result in regulatory enforcement actions, civil monetary penalties, or damage to our reputation, all of which could have a material adverse effect on our business, financial condition, or results of operation.

Regulations affecting banks and other financial institutions are undergoing continuous review and frequently change. The ultimate effect of such changes cannot be predicted. Because our business is highly regulated, compliance with such regulations and laws may increase our costs and limit our ability to pursue business opportunities. There can be no assurance that laws, rules, and regulations, including any future government stabilization program, will not be proposed or adopted in the future, which could (i) subject us to additional restrictions, (ii) make compliance much more difficult or expensive, (iii) restrict our ability to originate, broker, or sell loans or accept certain deposits, (iv) further limit or restrict the amount of commissions, interest, or other charges earned on loans originated or sold, or (v) otherwise materially and adversely affect our business or prospects for business. While new legislation in 2018 scaled back portions of the Dodd-Frank Act, the new administration in the United States may adopt, enhance or modify bank regulation, and any such new, enhanced or modified regulations could adversely affect our financial condition or results of operations.

Though the Company and Bank are no longer required to prepare annual stress tests pursuant to the Dodd-Frank Act, we continue to prepare an annual internal capital stress test under adverse economic and market conditions. Our stress test results are considered by the FRB and FDIC in evaluating our capital adequacy and could have a negative impact on our ability to make capital distributions in the form of dividends or share repurchases.

***The Company and its subsidiaries are subject to changes in federal and state tax laws, interpretation of existing laws, and examinations and challenges by taxing authorities.***

Our financial performance is impacted by federal and state tax laws. Given the current economic and political environment, and ongoing budgetary pressures, the enactment of new federal or state tax legislation or new interpretations of existing tax laws could occur. The enactment of such legislation, or changes in the interpretation of existing law, including provisions impacting income tax rates, apportionment, consolidation or combination, income, expenses, and credits, may have a material adverse effect on our financial condition, results of operations, and liquidity.

Exhibit 1

19

In the normal course of business, we are routinely subjected to examinations and audits from federal, state, and local taxing authorities regarding tax positions taken by us and the determination of the amount of taxes due. These examinations may relate to income, franchise, gross receipts, payroll, property, sales and use, or other tax returns. The challenges made by taxing authorities may result in adjustments to the amount of taxes due, and may result in the imposition of penalties and interest. If any such challenges are not resolved in our favor, they could have a material adverse effect on our financial condition, results of operations, and liquidity.

***We are subject to claims and litigation which could adversely affect our cash flows, financial condition, and results of operations, or cause us significant reputational harm.***

We and certain of our directors, officers, and subsidiaries may be involved, from time to time, in reviews, investigations, litigation, and other proceedings pertaining to our business activities. If claims or legal actions, whether founded or unfounded, are not resolved in a favorable manner to us, they may result in significant financial liability. Although we establish accruals for legal matters when and as required by U.S. GAAP and certain expenses and liabilities in connection with such matters may be covered by insurance, the amount of loss ultimately incurred in relation to those matters may be substantially higher than the amounts accrued and/or insured. Substantial legal liability could adversely affect our business, financial condition, results of operations, and reputation.

***Regulations relating to privacy, information security, and data protection could increase our costs, affect or limit how we collect and use personal information, and adversely affect our business opportunities.***

We are subject to various privacy, information security and data protection laws, such as the Gramm-Leach-Bliley Act, which among other things requires privacy disclosures, and maintenance of a robust security program that are increasingly subject to change which could have a significant impact on our current and planned privacy, data protection and information security-related practices, our collection, use, sharing, retention and safeguarding of consumer or employee information, and some of our current or planned business activities.

Additionally, many states have implemented or modified their data breach notification and data privacy requirements, and California and Colorado, which are two states in which we have branch offices, have enacted comprehensive data privacy legislation. The California legislature passed the California Consumer Privacy Act of 2018 ("CCPA"), which came into effect on January 1, 2020, and the California Privacy Rights Act of 2020, which takes effect on January 1, 2023. Together, these California acts, which cover businesses that obtain or access personal information on California resident consumers, grant consumers enhanced privacy rights and control over their personal information and imposes significant requirements on covered companies with respect to consumer data privacy rights. Additionally, Colorado became the third state – behind California and Virginia – to enact comprehensive data privacy legislation, commonly referred to as the Colorado Privacy Act, which is set to take effect on July 1, 2023. The Colorado Privacy Act is modeled in part off of the CCPA. Our regulators also hold us responsible for privacy and data protection obligations performed by our third-party service providers while providing services to us.

New or changes to existing laws could increase our costs of compliance and business operations and could reduce income from certain business initiatives, including increased privacy-related enforcement activity, higher compliance and technology costs and could restrict our ability to provide certain products and services. Our failure to comply with privacy, data protection and information security laws could result in potentially significant regulatory or governmental investigations or actions, litigation, fines, sanctions and damage to our reputation, which could have a material adverse effect on our business, financial condition or results of operations.

Exhibit 1

20

**Risk of the Competitive Environment in which We Operate**

***Our ability to attract and retain qualified employees is critical to our success.***

Our employees are our most important resource, and in many areas of the financial services industry, competition for qualified personnel is intense. We endeavor to attract talented and diverse new employees and retain and motivate our existing employees to assist in executing our growth, acquisition, and business strategies. We also seek to retain proven, experienced senior employees with superior talent, augmented from time to time by external hires, to provide continuity of succession of our executive management team. In addition, the Company's Board oversees succession planning, including review of the succession plans for the Chief Executive Officer and other members of executive management. Losses of or changes in our current executive officers or other key personnel, or the inability to recruit and retain qualified personnel in the future could materially and adversely affect our financial condition and results of operations.

***We face strong competition from financial services companies and other companies that offer banking services, which could materially and adversely affect our business.***

The financial services industry has become even more competitive as a result of legislative, regulatory and technological changes and continued banking consolidation, which may increase in connection with current economic, market and political conditions. We face substantial competition in all phases of our operations from a variety of competitors, including national banks, regional banks, community banks and, more recently, financial technology (or "fintech") companies. Many of our competitors offer the same banking services that we offer and our success depends on our ability to adapt our products and services to evolving industry standards. Increased competition in our market may result in reduced new loan and lease production and/or decreased deposit balances or less favorable terms on loans and leases and/or deposit accounts. We also face competition from many other types of financial institutions, including without limitation, non-bank specialty lenders, insurance companies, private investment funds, investment banks, and other financial intermediaries. While there are a limited number of direct competitors in the venture banking market, some of our competitors have long-standing relationships with venture firms and the companies that are funded by such firms. Many of our competitors have significantly greater resources, established customer bases, more locations, and longer operating histories.

Should competition in the financial services industry intensify, our ability to market our products and services may be adversely affected. If we are unable to attract and retain banking customers, we may be unable to grow or maintain the levels of our loans and deposits and our results of operations and financial condition may be adversely affected as a result. Ultimately, we may not be able to compete successfully against current and future competitors.

***Failure to keep pace with technological change could adversely affect our business.***

The financial services industry experiences continuous technological change with frequent introductions of new technology-driven products and services. The effective use of technology increases efficiency and enables financial institutions to better serve customers and to reduce costs. Our future success depends, in part, upon our ability to address the needs of our customers by using technology to provide products and services that will satisfy customer demands, as well as to create additional efficiencies in our operations. Many of our competitors, however, have substantially greater resources to invest in technological improvements or are technology focused start-ups with internally developed cloud-native systems that offer improved user interfaces and experiences. We may not be able to effectively implement new technology-driven products and services or be successful in marketing these products and services to our customers. In addition, we depend on internal and outsourced technology to support all aspects of our business operations. Interruption or failure of these systems creates a risk of business loss as a result of adverse customer experiences and possible diminishing of our reputation, damage claims or civil fines. Failure to successfully keep pace with technological change affecting the financial services industry or to successfully implement core processing strategies could have a material adverse impact on our business and, in turn, our financial condition and results of operations.

Exhibit 1

21

***Our ability to maintain, attract and retain customer relationships and investors is highly dependent on our reputation.***

Damage to our reputation could undermine the confidence of our current and potential customers and investors in our ability to provide high-quality financial services. Such damage could also impair the confidence of our counterparties and vendors and ultimately affect our ability to effect transactions. Maintenance of our reputation depends not only on our success in maintaining our service-focused culture and controlling and mitigating the various risks described herein, but also on our success in identifying and appropriately addressing issues that may arise in areas such as potential conflicts of interest, anti-money laundering, client personal information and privacy issues, customer and other third-party fraud, record-keeping, technology-related issues including but not limited to cyber fraud, regulatory investigations and any litigation that may arise from the failure or perceived failure to comply with legal and regulatory requirements. Defense of our reputation, trademarks, and other intellectual property, including through litigation, also could result in costs that could have a material adverse effect on our business, financial condition, or results of operations.

## Risks Related to Risk Management

**Risks Related to Risk Management Is the Risk of Loss Resulting from Unknown Risks and Our Inability to Timely and Adequately Identify, Monitor and Manage Key Risks That May Affect Our Business.**

***Our acquisitions may subject us to unknown risks.***

As an active acquirer having successfully completed 31 acquisitions since 2000, including two acquisitions in 2021, certain events may arise after the date of an acquisition, or we may learn of certain facts, events or circumstances after the closing of an acquisition, that may affect our financial condition or performance or subject us to risk of loss. These events include, but are not limited to: litigation resulting from circumstances occurring at the acquired entity prior to the date of acquisition; loan downgrades and credit loss provisions resulting from deterioration in the credit quality of the acquired loans; personnel changes that cause instability within a department; delays in implementing new policies or procedures or the failure to apply new policies or procedures; and other events relating to the performance of our business. Acquisitions involve inherent uncertainty and we cannot determine all potential events, facts and circumstances that could result in loss or increased costs or give assurances that our due diligence or mitigation efforts will be sufficient to protect against any such loss or increased costs.

Our ability to execute our strategic initiatives successfully will depend on a variety of factors. These factors likely will vary based on the nature of the initiative but may include our success in integrating the operations, services, products, personnel and systems of an acquired company into our business, operating effectively with any partner with whom we elect to do business, retaining key employees, achieving anticipated synergies, meeting expectations and otherwise realizing the undertaking's anticipated benefits. Our ability to address these matters successfully cannot be assured. In addition, our strategic initiatives may divert resources or management's attention from ongoing business operations and may subject us to additional regulatory scrutiny. If we do not successfully execute a strategic undertaking, it could adversely affect our business, financial condition, results of operations, reputation, regulatory relationships and growth prospects. To the extent we issue capital stock in connection with future acquisitions, these transactions may be dilutive to tangible book value and will dilute share ownership.

***A failure, interruption, or breach in the security of our systems, or those of contracted vendors, could disrupt our business, result in the disclosure of confidential information, damage our reputation, and create significant financial and legal exposure.***

Although we devote significant resources to maintain and regularly update our systems and processes that are designed to protect the security of our computer systems, software, networks and other technology assets, as well as the confidentiality, integrity and availability of information belonging to us and our customers, there is no assurance that all of our security measures will provide absolute security.

Exhibit 1

22

Many financial institutions, including the Company, have been subjected to attempts to infiltrate the security of their websites or other systems, some involving sophisticated and targeted attacks intended to obtain unauthorized access to confidential information, destroy data, disrupt or degrade service, sabotage systems or cause other damage, including through the introduction of computer viruses or malware, cyber-attacks and other means. We have been targeted by individuals and groups using phishing campaigns, pretext calling, malicious code and viruses, and have experienced distributed denial-of-service attacks with the objective of disrupting on-line banking services and expect to be subject to such attacks in the future.

Despite efforts to ensure the integrity of our systems, it is possible that we may not be able to anticipate, detect or recognize threats to our systems or to implement effective preventive measures against all security breaches of these types inside or outside our business, especially because the techniques used change frequently or are not recognized until launched, and because cyber-attacks can originate from a wide variety of sources, including individuals or groups who are associated with external service providers or who are or may be involved in organized crime or linked to terrorist organizations or hostile foreign governments. Those parties may also attempt to fraudulently induce employees, customers, third-party service providers or other users of our systems to disclose sensitive information in order to gain access to our data or that of our customers or clients. Similar to other companies, risks and exposures related to cybersecurity attacks have increased as a result of the COVID-19 pandemic, the related increased reliance on remote working and increase in digital operations in efforts to comply with state and local mandates. Such risks and exposures are expected to remain high for the foreseeable future due to the rapidly evolving nature and sophistication of these threats and the expanding use of technology, as our web-based product offerings grow or we expand internal usage of web-based applications.

A successful penetration or circumvention of the security of our systems, including those of our third-party vendors, could cause serious negative consequences, including significant disruption of our operations, misappropriation of confidential information, or damage to computers or systems, and may result in violations of applicable privacy and other laws, financial loss, loss of confidence in our security measures, customer dissatisfaction, increased insurance premiums, significant litigation exposure and harm to our reputation, all of which could have a material adverse effect on our business, financial condition, results of operations, and future prospects.

### *We rely on other companies to provide key components of our business infrastructure.*

We rely on certain third parties to provide products and services necessary to maintain day-to-day operations, such as data processing and storage, recording and monitoring transactions, on-line banking interfaces and services, Internet connections, telecommunications, and network access. Even though we have a vendor management program to help us carefully select and monitor the performance of third parties, we do not control their actions. The failure of a third-party to perform in accordance with the contracted arrangements under service level agreements as a result of changes in the third party's organizational structure, financial condition, support for existing products and services, strategic focus, system interruption or breaches, or for any other reason, could be disruptive to our operations, which could have a material adverse effect on our business, financial condition and results of operations. Replacing these third parties could also create significant delays and expense. Accordingly, use of such third parties creates an inherent risk to our business operations.

### *Severe weather, natural disasters, acts of war or terrorism, new public health issues, or other adverse external events could harm the Company's business. Further, global concerns regarding climate risk may lead to new or heightened governmental regulations to mitigate those risks which could adversely affect our business*

Severe weather, natural disasters, acts of war or terrorism, new public health issues, and other adverse external events could have a significant impact on our ability to conduct business. The nature and level of severe weather and/or natural disasters cannot be predicted and may be exacerbated by global climate change. Severe weather and natural disasters could harm our operations through interference with communications, including the interruption or loss of our computer systems, which could prevent or impede us from gathering deposits, originating loans and processing and controlling the flow of business, as well as through the destruction of facilities and our operational, financial and management information systems. California, in which a substantial portion of our business and a substantial portion of our loan collateral is located, is susceptible to severe weather and natural disasters such as earthquakes, floods, droughts, and wildfires. Additionally, the United States remains a target for potential acts of war or terrorism. Moreover, a new public health issue, such as a major epidemic or another pandemic, could adversely affect economic conditions.

Exhibit 1

23

Severe weather, natural disasters, acts of war or terrorism, public health issues, or other adverse external events could each negatively impact our business operations or the stability of our deposit base, cause significant property damage, adversely impact the values of collateral securing our loans and/or interrupt our borrowers' abilities to conduct their business in a manner to support their debt obligations, which could result in losses and increased provisions for credit losses. There is no assurance that our business continuity and disaster recovery program can adequately mitigate the risks of such business disruptions and interruptions.

Concerns regarding climate risk may lead to further governmental efforts to mitigate those risks, as well as changes in behavior and preferences by consumers and businesses. Future governmental regulations or guidance relating to climate risk, as well as the perspectives of regulators, shareholders, employees and other stakeholders, may at some point in the future affect our product and service offerings. Federal and state banking regulators and supervisory authorities, shareholders and other stakeholders have increasingly viewed financial institutions such as us as playing an important role in helping to address risks related to climate change, both directly and with respect to our clients, which may result in increased pressure regarding the disclosure and management of climate risks and related lending and advisory activities. In the future, we may also become subject to new or heightened regulatory requirements related to climate change, such as requirements relating to operational resiliency or stress testing for various climate stress scenarios. Any new or heightened requirements could result in increased regulatory compliance or other costs or higher capital requirements. The risks associated with, and the perspective of regulators, shareholders, employees and other stakeholders regarding climate change are continuing to evolve rapidly, which can make it difficult to assess the ultimate impact on us of climate change-related risks and uncertainties, and we expect that climate change-related risks will increase over time. Currently, there are no existing regulations applicable to us related to climate risk as such we have not performed a climate risk impact assessment.

**Risk from Accounting and Other Estimates**

**Risk from Accounting and Other Estimates Is the Risk That the Estimates and Assumptions That We Use in Preparing Our Consolidated Financial Statements and In Models We Utilize to Make Business Decisions May Be Subject to Adjustment for Reasons Within or Beyond Our Control, Which Could Result in Unexpected Losses and Adverse Effects on Our Financial Condition.**

***The Company's consolidated financial statements are based in part on assumptions and estimates which, if incorrect, could cause unexpected losses in the future.***

We have made a number of estimates and assumptions relating to the reporting of assets and liabilities and the disclosure of contingent assets and liabilities at the date of the consolidated financial statements and the reported amounts of revenue and expenses during the reporting period to prepare these consolidated financial statements in conformity with U.S. GAAP. Actual results could differ from these estimates. Material estimates subject to change include, among other items, the allowance for credit losses, the carrying value of goodwill or other intangible assets; the fair value estimates of certain assets and liabilities; and the realization of deferred tax assets and liabilities. These estimates may be adjusted as more current information becomes available, and any adjustment may be significant.

42

Exhibit 1

24

***There are risks resulting from the extensive use of models in our business.***

We rely on quantitative models to measure risks and to estimate certain financial values. Models may be used in such processes as determining the pricing of various products, grading loans and extending credit, measuring interest rate and other market risks, predicting or estimating losses, assessing capital adequacy and calculating regulatory capital levels, as well as to estimate the value of financial instruments and balance sheet items. Poorly designed or implemented models present the risk that our business decisions based on information incorporating model output could be adversely affected due to the inaccuracy of that information. Models are often based on historical experience to predict future outcomes, as a result new experiences or events which are not part of historical experience can significantly increase model imprecision and impact model reliability. Model inputs can also include information provided by third parties, such as economic forecasts or macroeconomic variables (unemployment, Real GDP, CRE Price Index, BBB Spreads, CPI, etc.) upon which we rely. Some of the decisions that our regulators make, including those related to capital distributions, could be affected due to the perception that the quality of the models used to generate the relevant information is insufficient, which could have a negative impact on our ability to make capital distributions in the form of dividends or share repurchases. Our reliance on models continues to increase as rules, guidance and expectations change.

**Risks Related to Investments in Our Securities**

***The primary source of the holding company's liquidity from which we pay dividends, among other things, is the receipt of dividends from the Bank.***

The holding company, PacWest, is a legal entity separate and distinct from the Bank and our other subsidiaries. The availability of dividends from the Bank is limited by various statutes and regulations. It is possible, depending upon the financial condition of the Bank and other factors, that the FRB, the FDIC and/or the DFPI could assert that payment of dividends or other payments is an unsafe or unsound practice. In the event the Bank is unable to pay dividends to the holding company, it is likely that we, in turn, would have to discontinue capital distributions in the form of dividends or share repurchases and may have difficulty meeting our other financial obligations, including payments in respect of any outstanding indebtedness or subordinated debt. The Bank may declare a dividend without the approval of the DFPI and FDIC as long as the total dividends declared in a calendar year do not exceed either the retained earnings or the total of net earnings for the three previous fiscal years less any dividend paid during such period. The Bank had a cumulative net loss of $155.3 million during the three fiscal years of 2021, 2020, and 2019 due to the $1.47 billion goodwill impairment in the first quarter of 2020, compared to dividends of $776.0 million paid by the Bank during that same period. During 2021, PacWest received $182.0 million in dividends from the Bank. Since the Bank had an accumulated deficit of $1.5 billion at December 31, 2021, for the foreseeable future, any cash dividends from the Bank to the holding company will continue to require DFPI and FDIC approval. The inability of the Bank to pay dividends to the holding company could have a material adverse effect on our business, including the market price of our common stock.

***We may reduce or discontinue the payment of dividends on common stock.***

Our stockholders are only entitled to receive such dividends as our Board may declare out of funds legally available for such payments. Although we have historically declared cash dividends on our common stock, we are not required to do so and may reduce or eliminate our common stock dividend in the future. Our ability to pay dividends is subject to the restrictions set forth in Delaware law, by the FRB, and by certain covenants contained in our subordinated debt. Notification to the FRB is also required prior to our declaring and paying a cash dividend during any period in which our quarterly and/or cumulative twelve-month net earnings are insufficient to fund the dividend amount, among other requirements. Given the impact of the goodwill impairment charge on net earnings in the first quarter of 2020, we were required to receive approval from the FRB prior to declaring a dividend from March 31, 2020 through March 31, 2021, but are no longer required to obtain such approval. In addition, we may be restricted by applicable law or regulation or actions taken by our regulators, now or in the future, from paying dividends to our stockholders. We cannot provide assurance that we will continue paying dividends on our common stock at current levels or at all.

43

Exhibit 1

25

## ITEM 7. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

**Overview**

PacWest Bancorp, a Delaware corporation, is a bank holding company registered under the BHCA, with our corporate headquarters located in Beverly Hills, California. Our principal business is to serve as the holding company for our wholly-owned subsidiary, Pacific Western Bank. References to "Pacific Western" or the "Bank" refer to Pacific Western Bank together with its wholly-owned subsidiaries. References to "we," "us," or the "Company" refer to PacWest Bancorp together with its subsidiaries on a consolidated basis. When we refer to "PacWest" or to the "holding company," we are referring to PacWest Bancorp, the parent company, on a stand-alone basis.

The Bank is focused on relationship-based business banking to small, middle-market, and venture-backed businesses nationwide. The Bank offers a broad range of loan and lease and deposit products and services through 69 full-service branches located in California, one branch located in Durham, North Carolina, one branch located in Denver, Colorado, and numerous loan production offices across the country. The Bank provides community banking products including lending and comprehensive deposit and treasury management services to small and medium-sized businesses conducted primarily through our California-based branch offices and Denver, Colorado branch office. The Bank offers national lending products including asset-based, equipment, and real estate loans and treasury management services to established middle-market businesses on a national basis. The Bank also provides venture banking products including a comprehensive suite of financial services focused on entrepreneurial and venture-backed businesses and their venture capital and private equity investors, with offices located in key innovation hubs across the United States. The Bank also offers financing of business-purpose non-owner-occupied investor properties through Civic, a wholly-owned subsidiary. The Bank also provides a specialized suite of services for the HOA industry. In addition, we provide investment advisory and asset management services to select clients through Pacific Western Asset Management Inc., a wholly-owned subsidiary of the Bank and an SEC-registered investment adviser.

The following table presents balance sheet data as of the dates indicated:

| | December 31, | | |
| --- | --- | --- | --- |
| | **2021** | **2020** | **2019** |
| | *(In thousands)* | | |
| **Balance Sheet Data:** | | | |
| Total assets | $ 40,443,344 | $ 29,498,442 | $ 26,770,806 |
| Interest-earning deposits in financial institutions | 3,944,686 | 3,010,197 | 465,039 |
| Securities available-for-sale | 10,694,458 | 5,235,591 | 3,797,187 |
| Loans and leases held for investment, net of deferred fees | 22,941,548 | 19,083,377 | 18,846,872 |
| Goodwill | 1,405,736 | 1,078,670 | 2,548,670 |
| Core deposit and customer relationship intangibles | 44,957 | 23,641 | 38,394 |
| Noninterest-bearing deposits | 14,543,133 | 9,193,827 | 7,243,298 |
| Core deposits | 32,734,949 | 22,264,480 | 16,187,287 |
| Total deposits | 34,997,757 | 24,940,717 | 19,233,036 |
| Borrowings | — | 5,000 | 1,759,008 |
| Subordinated debt | 863,283 | 465,812 | 458,209 |
| Total liabilities | 36,443,714 | 25,903,491 | 21,816,109 |
| Stockholders' equity | 3,999,630 | 3,594,951 | 4,954,697 |

48

Exhibit 1

26

| | December 31, 2020 | | | | |
|---|---|---|---|---|---|
| Loan and Lease Portfolio | Classified | Special Mention | Pass | Total | % of Total Loans and Leases |
| | *(Dollars in thousands)* | | | | |
| Hotel | $ 82,509 | $ 269,970 | $ 798,049 | $ 1,150,528 | 6.0 % |
| Retail CRE | 24,478 | — | 444,670 | 469,148 | 2.5 % |
| Commercial aviation | 19,417 | 109,473 | 110,113 | 239,003 | 1.3 % |
| Restaurant | 6,781 | 19,636 | 124,598 | 151,015 | 0.8 % |
| Oil services | $ 4,274 | $ 5,124 | $ 70,223 | $ 79,621 | 0.4 % |
| Total | $ 137,459 | $ 404,203 | $ 1,547,653 | $ 2,089,315 | 10.9 % |

From a credit perspective, most of our credit metrics improved during 2021 as economic conditions and economic forecasts continued to improve. This improvement led to a provision for credit losses benefit of $162.0 million for 2021, compared to a provision for credit losses of $339.0 million for 2020. For further details on CECL and the impacts to our process, see "- Balance Sheet Analysis - *Allowance for Credit Losses on Loans and Leases Held for Investment*" contained herein.

On a Company-wide basis, our operations continue to run normally despite the ongoing pandemic. Our branches and offices are open to serve our customers, although most non-client facing roles continue to work remotely or under a hybrid model. We expect most employees will return to the office sometime in 2022, but remain pleased how employees have embraced new technologies to assist in performing their responsibilities to ensure our operations continue to run smoothly.

**Key Performance Indicators**

Among other factors, our operating results generally depend on the following key performance indicators:

*The Level of Net Interest Income*

Net interest income is the excess of interest earned on our interest-earning assets over the interest paid on our interest-bearing liabilities. Net interest margin is net interest income (annualized if related to a quarterly period) expressed as a percentage of average interest-earning assets. Tax equivalent net interest income is net interest income increased by an adjustment for tax-exempt interest on certain loans and investment securities based on a 21% federal statutory tax rate. Tax equivalent net interest margin is calculated as tax equivalent net interest income divided by average interest-earning assets.

Net interest income is affected by changes in both interest rates and the volume of average interest-earning assets and interest-bearing liabilities. Our primary interest-earning assets are loans and investment securities, and our primary interest-bearing liabilities are deposits and borrowings. Contributing to our strong net interest margin is our strong yield on loans and leases and competitive cost of deposits. While our deposit balances will fluctuate depending on deposit holders' perceptions of alternative yields available in the market, we seek to minimize the impact of these variances by attracting a high percentage of noninterest-bearing deposits.

*Loan and Lease Growth*

We actively seek new lending opportunities under an array of lending products. Our lending activities include real estate mortgage loans, real estate construction and land loans, commercial loans and leases, and a small amount of consumer lending. Our commercial real estate loans and real estate construction loans are secured by a range of property types. Our commercial loans and leases portfolio is diverse and generally includes various asset-secured loans, equipment-secured loans and leases, venture capital loans to support venture capital firms' operations and the operations of entrepreneurial and venture-backed companies during the various phases of their early life cycles, and secured business loans.

Exhibit 1

27

## Results of Operations

### *Earnings Performance*

The following table presents performance metrics for the years indicated:

| | Year Ended December 31, | | |
|---|---|---|---|
| | **2021** | **2020** | **2019** |
| | *(Dollars in thousands, except per share data)* | | |
| **Earnings Summary:** | | | |
| Interest income | $ 1,158,729 | $ 1,103,491 | $ 1,219,893 |
| Interest expense | (54,905) | (88,933) | (205,264) |
| Net interest income | 1,103,824 | 1,014,558 | 1,014,629 |
| Provision for credit losses | 162,000 | (339,000) | (22,000) |
| Noninterest income | 193,927 | 146,060 | 142,562 |
| Operating expense | (637,417) | (514,019) | (502,251) |
| Goodwill impairment | — | (1,470,000) | — |
| Earnings (loss) before income taxes | 822,334 | (1,162,401) | 632,940 |
| Income tax expense | (215,375) | (75,173) | (164,304) |
| Net earnings (loss) | $ 606,959 | $ (1,237,574) | $ 468,636 |
| | | | |
| **Per Common Share Data:** | | | |
| Diluted earnings (loss) per share | $ 5.10 | $ (10.61) | $ 3.90 |
| Book value per share | $ 33.45 | $ 30.36 | $ 41.36 |
| Tangible book value per share [1] | $ 21.31 | $ 21.05 | $ 19.77 |
| | | | |
| **Performance Ratios:** | | | |
| Return on average assets | 1.71 % | (4.46)% | 1.80 % |
| Return on average tangible equity [1] | 24.41 % | 10.36 % | 21.49 % |
| Net interest margin (tax equivalent) | 3.40 % | 4.05 % | 4.54 % |
| Yield on average loans and leases (tax equivalent) | 5.08 % | 5.18 % | 6.00 % |
| Cost of average total deposits | 0.09 % | 0.27 % | 0.77 % |
| Efficiency ratio | 46.9 % | 43.1 % | 42.7 % |
| | | | |
| **Capital Ratios (consolidated):** | | | |
| Common equity tier 1 capital ratio | 8.86 % | 10.53 % | 9.78 % |
| Tier 1 capital ratio | 9.32 % | 10.53 % | 9.78 % |
| Total capital ratio | 12.69 % | 13.76 % | 12.41 % |

---

(1)  See "- Non-GAAP Measurements."

Exhibit 1

28

*Net Interest Income*

The following table summarizes the distribution of average assets, liabilities, and stockholders' equity, as well as interest income and yields earned on average interest-earning assets and interest expense and rates paid on average interest-bearing liabilities, presented on a tax equivalent basis, for the years indicated:

| | Year Ended December 31, | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2021 | | | 2020 | | | 2019 | | |
| | Average Balance | Interest Income/ Expense | Yields and Rates | Average Balance | Interest Income/ Expense | Yields and Rates | Average Balance | Interest Income/ Expense | Yields and Rates |
| | *(Dollars in thousands)* | | | | | | | | |
| **ASSETS:** | | | | | | | | | |
| Loans and leases [1][2][3] | $ 19,762,220 | $ 1,003,027 | 5.08 % | $ 19,243,961 | $ 995,973 | 5.18 % | $ 18,330,137 | $ 1,099,118 | 6.00 % |
| Investment securities [2][4] | 7,486,009 | 162,102 | 2.17 % | 4,175,918 | 112,843 | 2.70 % | 3,844,328 | 121,757 | 3.17 % |
| Deposits in financial institutions | 5,692,338 | 8,804 | 0.15 % | 1,856,942 | 3,583 | 0.19 % | 322,366 | 6,479 | 2.01 % |
| Total interest-earning assets [2] | 32,940,567 | 1,173,933 | 3.56 % | 25,276,821 | 1,112,399 | 4.40 % | 22,496,831 | 1,227,354 | 5.46 % |
| Other assets | 2,577,921 | | | 2,475,591 | | | 3,608,777 | | |
| Total assets | $ 35,518,488 | | | $ 27,752,412 | | | $ 26,105,608 | | |
| | | | | | | | | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY:** | | | | | | | | | |
| Interest checking | $ 7,198,646 | 8,709 | 0.12 % | $ 4,394,742 | 12,791 | 0.29 % | $ 3,406,218 | 41,938 | 1.23 % |
| Money market | 8,843,122 | 12,993 | 0.15 % | 6,547,027 | 19,178 | 0.29 % | 5,139,623 | 56,382 | 1.10 % |
| Savings | 606,741 | 148 | 0.02 % | 538,985 | 263 | 0.05 % | 525,809 | 891 | 0.17 % |
| Time | 1,471,963 | 5,958 | 0.40 % | 2,169,324 | 27,431 | 1.26 % | 2,641,135 | 49,249 | 1.86 % |
| Total interest-bearing deposits | 18,120,472 | 27,808 | 0.15 % | 13,650,078 | 59,663 | 0.44 % | 11,712,785 | 148,460 | 1.27 % |
| Borrowings | 231,099 | 623 | 0.27 % | 825,681 | 8,161 | 0.99 % | 1,180,164 | 26,961 | 2.28 % |
| Subordinated debt | 733,163 | 26,474 | 3.61 % | 461,059 | 21,109 | 4.58 % | 455,537 | 29,843 | 6.55 % |
| Total interest-bearing liabilities | 19,084,734 | 54,905 | 0.29 % | 14,936,818 | 88,933 | 0.60 % | 13,348,486 | 205,264 | 1.54 % |
| Noninterest-bearing demand deposits | 12,110,193 | | | 8,517,281 | | | 7,537,172 | | |
| Other liabilities | 515,542 | | | 440,703 | | | 355,618 | | |
| Total liabilities | 31,710,469 | | | 23,894,802 | | | 21,241,276 | | |
| Stockholders' equity | 3,808,019 | | | 3,857,610 | | | 4,864,332 | | |
| Total liabilities and stockholders' equity | $ 35,518,488 | | | $ 27,752,412 | | | $ 26,105,608 | | |
| Net interest income [2] | | $ 1,119,028 | | | $ 1,023,466 | | | $ 1,022,090 | |
| Net interest rate spread [2] | | | 3.27 % | | | 3.80 % | | | 3.92 % |
| Net interest margin [2] | | | 3.40 % | | | 4.05 % | | | 4.54 % |
| | | | | | | | | | |
| Total deposits [5] | $ 30,230,665 | $ 27,808 | 0.09 % | $ 22,167,359 | $ 59,663 | 0.27 % | $ 19,249,957 | $ 148,460 | 0.77 % |

_____

(1)  Includes nonaccrual loans and leases and loan fees. Includes tax-equivalent adjustments related to tax-exempt interest on loans.
(2)  Tax equivalent.
(3)  Includes net loan premium amortization of $11.4 million for 2021 and net loan discount accretion of $5.6 million and $8.4 million for 2020 and 2019, respectively.
(4)  Includes tax-equivalent adjustments of $8.6 million, $6.1 million, and $6.2 million for 2021, 2020, and 2019, respectively, related to tax-exempt interest on investment securities. The federal statutory rate utilized was 21%.
(5)  Total deposits is the sum of interest-bearing deposits and noninterest-bearing demand deposits. The cost of total deposits is calculated as annualized interest expense on total deposits divided by average total deposits.

Exhibit 1

29

Net interest income is affected by changes in both interest rates and the amounts of average interest-earning assets and interest-bearing liabilities. The changes in the yields earned on average interest-earning assets and rates paid on average interest-bearing liabilities are referred to as changes in "rate." The changes in the amounts of average interest-earning assets and interest-bearing liabilities are referred to as changes in "volume." The change in interest income/expense attributable to rate reflects the change in rate multiplied by the prior year's volume. The change in interest income/expense attributable to volume reflects the change in volume multiplied by the prior year's rate. The change in interest income/expense not attributable specifically to either rate or volume is allocated ratably between the two categories.

The following table presents changes in interest income (tax equivalent) and interest expense and related changes in rate and volume for the years indicated:

| | 2021 Compared to 2020 | | | 2020 Compared to 2019 | | |
|---|---|---|---|---|---|---|
| | Total Increase (Decrease) | Increase (Decrease) Due to | | Total Increase (Decrease) | Increase (Decrease) Due to | |
| | | Rate | Volume | | Rate | Volume |
| | *(In thousands)* | | | | | |
| **Interest Income:** | | | | | | |
| Loans and leases [1] | $ 7,054 | $ (19,473) | $ 26,527 | $ (103,145) | $ (155,925) | $ 52,780 |
| Investment securities [1] | 49,259 | (25,701) | 74,960 | (8,914) | (18,926) | 10,012 |
| Deposits in financial institutions | 5,221 | (865) | 6,086 | (2,896) | (10,322) | 7,426 |
| Total interest income [1] | 61,534 | (46,039) | 107,573 | (114,955) | (185,173) | 70,218 |
| | | | | | | |
| **Interest Expense:** | | | | | | |
| Interest checking deposits | (4,082) | (9,742) | 5,660 | (29,147) | (38,750) | 9,603 |
| Money market deposits | (6,185) | (11,296) | 5,111 | (37,204) | (49,689) | 12,485 |
| Savings deposits | (115) | (151) | 36 | (628) | (650) | 22 |
| Time deposits | (21,473) | (14,598) | (6,875) | (21,818) | (14,042) | (7,776) |
| Total interest-bearing deposits | (31,855) | (35,787) | 3,932 | (88,797) | (103,131) | 14,334 |
| Borrowings | (7,538) | (3,788) | (3,750) | (18,800) | (12,280) | (6,520) |
| Subordinated debt | 5,365 | (5,166) | 10,531 | (8,734) | (9,091) | 357 |
| Total interest expense | (34,028) | (44,741) | 10,713 | (116,331) | (124,502) | 8,171 |
| | | | | | | |
| Net interest income [1] | $ 95,562 | $ (1,298) | $ 96,860 | $ 1,376 | $ (60,671) | $ 62,047 |

_____
(1)   Tax equivalent.

*2021 Compared to 2020*

Net interest income increased by $89.3 million to $1.1 billion for the year ended December 31, 2021 compared to $1.0 billion for the year ended December 31, 2020 due mainly to higher income on investment securities attributable to a higher average balance, offset partially by a lower yield combined with lower interest expense due to lower rates paid on deposits, borrowings, and subordinated debt in conjunction with decreased market rates, offset partially by higher average balances for interest-bearing deposits and subordinated debt. The tax equivalent yield on average loans and leases was 5.08% for the year ended December 31, 2021 compared to 5.18% for 2020 attributable mainly to decreased market rates and the purchases of lower yielding single-family residential mortgage loans primarily in the second half of 2021.

Exhibit 1

30

The tax equivalent NIM for the year ended December 31, 2021 was 3.40% compared to 4.05% for the year ended December 31, 2020. The decrease in the tax equivalent NIM was due mostly to the change in the mix of average interest-earning assets and the lower yields on average investment securities and loans and leases, offset partially by lower costs of deposits, borrowings, and subordinated debt. The change in the mix of average interest-earning assets was due to a $3.8 billion increase in average deposits in financial institutions, a $3.3 billion increase in average investment securities, and a $518.3 million increase in average loans and leases. Average loans and leases as a percentage of average interest-earning assets was 60% for the year ended December 31, 2021 compared to 76% for the year ended December 31, 2020. Average investment securities as a percentage of average interest-earning assets was 23% for the year ended December 31, 2021 compared to 17% for the year ended December 31, 2020. Average deposits in financial institutions as a percentage of average interest-earning assets was 17% for the year ended December 31, 2021 compared to 7% for the year ended December 31, 2020.

The cost of average total deposits decreased to 0.09% for the year ended December 31, 2021 from 0.27% for 2020 due to lower rates paid on deposits in conjunction with decreased market rates.

*2020 Compared to 2019*

Net interest income held steady at $1.01 billion for both the year ended December 31, 2020 and the year ended December 31, 2019 due mainly to a lower yield on average loans and leases, offset partially by a lower cost of average interest-bearing deposits and a higher balance of average loans and leases. The tax equivalent yield on average loans and leases was 5.18% for the year ended December 31, 2020 compared to 6.00% for 2019. The decrease in the yield on average loans and leases was due mainly to lower loan coupon interest from the repricing of variable-rate loans in conjunction with decreased market rates and a lower rate on loan production from the impact of the PPP loans. Excluding the PPP loans, which have a coupon rate of 1%, the tax equivalent yield on average loans and leases was 5.27% in 2020.

The tax equivalent NIM for the year ended December 31, 2020 was 4.05% compared to 4.54% for the year ended December 31, 2019. The decrease in the tax equivalent NIM was due mostly to the decrease in the yield on average loans and leases as described above, offset partially by the lower cost of average interest-bearing deposits. Excluding the PPP loans, the tax equivalent NIM was 4.08% for the year ended December 31, 2020.

The cost of average total deposits decreased to 0.27% for the year ended December 31, 2020 from 0.77% for 2019 due mainly to lower rates paid on deposits resulting from decreased market rates.

Exhibit 1
31

**Balance Sheet Analysis**

*Securities Available-for-Sale*

Our securities available-for sale portfolio consists primarily of U.S. government agency and government-sponsored enterprise ("agency") obligations and obligations of states and political subdivisions ("municipal securities").

The following table presents the composition and durations of our securities available-for-sale as of the dates indicated:

| | | | | December 31, | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **2021** | | | **2020** | | | **2019** | | |
| **Security Type** | **Fair Value** | **% of Total** | **Duration (in years)** | **Fair Value** | **% of Total** | **Duration (in years)** | **Fair Value** | **% of Total** | **Duration (in years)** |
| | *(Dollars in thousands)* | | | | | | | | |
| Agency residential MBS | $ 2,898,210 | 27 % | 2.9 | $ 341,074 | 7 % | 1.9 | $ 305,198 | 8 % | 3.3 |
| Municipal securities | 2,315,968 | 22 % | 7.7 | 1,531,617 | 29 % | 8.2 | 735,159 | 19 % | 7.6 |
| Agency commercial MBS | 1,688,967 | 16 % | 5.2 | 1,281,877 | 24 % | 3.2 | 1,108,224 | 29 % | 4.4 |
| Agency residential CMOs | 1,038,134 | 10 % | 3.2 | 1,219,880 | 23 % | 2.7 | 1,136,397 | 30 % | 3.7 |
| U.S. Treasury securities | 966,898 | 9 % | 6.6 | 5,302 | — % | 1.3 | 5,181 | — % | 3.2 |
| Corporate debt securities | 527,094 | 5 % | 4.2 | 311,889 | 6 % | 3.7 | 20,748 | 1 % | 11.3 |
| Private label commercial MBS | 450,217 | 4 % | 7.5 | 82,957 | 2 % | 1.8 | 72,304 | 2 % | 2.7 |
| Collateralized loan obligations | 385,362 | 4 % | 0.1 | 135,876 | 3 % | — | 123,756 | 3 % | 0.2 |
| Private label residential CMOs | 264,417 | 2 % | 3.9 | 116,946 | 2 % | 2.1 | 99,483 | 3 % | 3.2 |
| Asset-backed securities | 129,547 | 1 % | 0.1 | 166,546 | 3 % | 0.1 | 142,479 | 4 % | 0.3 |
| SBA securities | 29,644 | — % | 3.7 | 41,627 | 1 % | 3.2 | 48,258 | 1 % | 4.0 |
| Total securities available-for-sale | $ 10,694,458 | 100 % | 4.8 | $ 5,235,591 | 100 % | 4.3 | $ 3,797,187 | 100 % | 4.4 |

The following table presents the geographic composition of the majority of our municipal securities portfolio as of the date indicated:

| | **December 31, 2021** | |
|---|---|---|
| **Municipal Securities by State** | **Fair Value** | **% of Total** |
| | *(Dollars in thousands)* | |
| California | $ 569,288 | 25 % |
| Texas | 477,499 | 21 % |
| Washington | 357,536 | 15 % |
| Oregon | 143,838 | 6 % |
| Maryland | 74,334 | 3 % |
| Georgia | 68,662 | 3 % |
| New York | 65,831 | 3 % |
| Colorado | 58,503 | 3 % |
| Minnesota | 55,911 | 2 % |
| Florida | 41,629 | 2 % |
| Total of ten largest states | 1,913,031 | 83 % |
| All other states | 402,937 | 17 % |
| Total municipal securities | $ 2,315,968 | 100 % |

66

Exhibit 1
32

The following table presents a summary of contractual rates and contractual maturities of our securities available-for-sale as of the date indicated:

| December 31, 2021 | Due Within One Year | | Due After One Year Through Five Years | | Due After Five Years Through Ten Years | | Due After Ten Years | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Fair Value | Rate[1] | Fair Value | Rate[1] | Fair Value | Rate[1] | Fair Value | Rate[1] | Fair Value | Rate[1] |
| | *(Dollars in thousands)* | | | | | | | | | |
| Agency residential MBS | $ 31 | 4.85 % | $ 8,335 | 3.77 % | $ 6,909 | 3.93 % | $ 2,882,935 | 2.70 % | $ 2,898,210 | 2.71 % |
| Municipal securities | 28,542 | 4.23 % | 120,882 | 3.80 % | 720,580 | 2.29 % | 1,445,964 | 3.15 % | 2,315,968 | 2.93 % |
| Agency commercial MBS | 8,823 | 3.66 % | 463,242 | 2.66 % | 1,052,581 | 1.97 % | 164,321 | 2.38 % | 1,688,967 | 2.21 % |
| Agency residential CMOs | — | 0.00 % | 1,906 | 3.18 % | 220,885 | 2.54 % | 815,343 | 2.30 % | 1,038,134 | 2.35 % |
| U.S. Treasury securities | — | 0.00 % | 5,146 | 2.67 % | 961,751 | 1.17 % | — | 0.00 % | 966,897 | 1.18 % |
| Corporate debt securities | — | 0.00 % | 28,513 | 4.60 % | 410,030 | 4.29 % | 88,551 | 4.49 % | 527,094 | 4.34 % |
| Private label Commercial MBS | 4,961 | 4.05 % | 8,676 | 3.43 % | 41,510 | 2.63 % | 395,070 | 2.48 % | 450,217 | 2.53 % |
| Collateralized loan obligations | — | 0.00 % | — | 0.00 % | 121,093 | 2.00 % | 264,269 | 1.85 % | 385,362 | 1.89 % |
| Private label residential CMOs | — | 0.00 % | — | 0.00 % | — | 0.00 % | 264,417 | 2.68 % | 264,417 | 2.68 % |
| Asset-backed securities | 10,464 | 0.79 % | 25,248 | 1.52 % | 1,736 | 0.79 % | 92,099 | 1.11 % | 129,547 | 1.16 % |
| SBA securities | 1,864 | 4.07 % | 429 | 3.24 % | 7,612 | 2.76 % | 19,740 | 2.87 % | 29,645 | 2.93 % |
| Total securities available-for-sale | $ 54,685 | 3.46 % | $ 662,377 | 2.93 % | $ 3,544,687 | 2.14 % | $ 6,432,709 | 2.69 % | $ 10,694,458 | 2.53 % |

(1)  Rates presented are weighted average rates. Rates on tax-exempt securities are contractual rates and are not presented on a tax-equivalent basis.

67

Exhibit 1

33

*Deposits*

The following table presents a summary of our average deposit amounts and average rates paid during the years indicated:

| | Year Ended December 31, | | | | | | | | |
| | 2021 | | 2020 | | 2019 | | | | |
| Deposit Composition | Average Balance | Weighted Average Rate | Average Balance | Weighted Average Rate | Average Balance | Weighted Average Rate | | | |
| | | | *(Dollars in thousands)* | | | | | | |
| Interest checking | $ 7,198,646 | 0.12 % | $ 4,394,742 | 0.29 % | $ 3,406,218 | 1.23 % | | | |
| Money market | 8,843,122 | 0.15 % | 6,547,027 | 0.29 % | 5,139,623 | 1.10 % | | | |
| Savings | 606,741 | 0.02 % | 538,985 | 0.05 % | 525,809 | 0.17 % | | | |
| Time | 1,471,963 | 0.40 % | 2,169,324 | 1.26 % | 2,641,135 | 1.86 % | | | |
| Total interest-bearing deposits | 18,120,472 | 0.15 % | 13,650,078 | 0.44 % | 11,712,785 | 1.27 % | | | |
| Noninterest-bearing demand | 12,110,193 | — | 8,517,281 | — | 7,537,172 | — | | | |
| Total deposits | $ 30,230,665 | 0.09 % | $ 22,167,359 | 0.27 % | $ 19,249,957 | 0.77 % | | | |

The following table presents the balance of each major category of deposits as of the dates indicated:

| | December 31, | | | | | | | | |
| | 2021 | | 2020 | | 2019 | | | | |
| Deposit Composition | Balance | % of Total | Balance | % of Total | Balance | % of Total | | | |
| | | | *(Dollars in thousands)* | | | | | | |
| Noninterest-bearing demand | $ 14,543,133 | 41 % | $ 9,193,827 | 37 % | $ 7,243,298 | 38 % | | | |
| Interest checking | 7,319,898 | 21 % | 5,974,910 | 24 % | 3,753,978 | 19 % | | | |
| Money market | 10,241,265 | 29 % | 6,532,917 | 26 % | 4,690,420 | 24 % | | | |
| Savings | 630,653 | 2 % | 562,826 | 2 % | 499,591 | 3 % | | | |
| Total core deposits | 32,734,949 | 93 % | 22,264,480 | 89 % | 16,187,287 | 84 % | | | |
| Non-core non-maturity deposits | 889,976 | 3 % | 1,149,467 | 5 % | 496,407 | 3 % | | | |
| Total non-maturity deposits | 33,624,925 | 96 % | 23,413,947 | 94 % | 16,683,694 | 87 % | | | |
| Time deposits $250,000 and under | 885,938 | 3 % | 994,197 | 4 % | 2,065,733 | 11 % | | | |
| Time deposits over $250,000 | 486,894 | 1 % | 532,573 | 2 % | 483,609 | 2 % | | | |
| Total time deposits | 1,372,832 | 4 % | 1,526,770 | 6 % | 2,549,342 | 13 % | | | |
| Total deposits | $ 34,997,757 | 100 % | $ 24,940,717 | 100 % | $ 19,233,036 | 100 % | | | |
| | | | | | | | | | |
| Estimated uninsured deposits | $ 22,479,674 | | $ 15,241,530 | | $ 11,436,515 | | | | |

During 2021, total deposits increased by $10.1 billion, or 40%, to $35.0 billion at December 31, 2021, due primarily to an increase of $10.5 billion in core deposits, offset partially by decreases of $259.5 million in non-core non-maturity deposits and $153.9 million in time deposits. The increase in core deposits was due primarily to continued strong deposit growth from our venture banking and community banking clients and the acquisition of the HOA Business, which added $4.1 billion of core deposits. The increase in core deposits by component was due to increases of $5.3 billion in noninterest-bearing demand deposits, $1.3 billion in interest checking deposits, $3.7 billion in money market deposits, and $67.8 million in savings deposits. At December 31, 2021, core deposits totaled $32.7 billion, or 93% of total deposits, including $14.5 billion of noninterest-bearing demand deposits, or 41% of total deposits. Our deposit base is also diversified by client type. As of December 31, 2021, no individual depositor represented more than 1.7% of our total deposits, and our top ten depositors represented 11.2% of our total deposits.

79

Exhibit 1

34

| | | Minimum Required | | |
| | Actual | For Capital Adequacy Purposes | For Well Capitalized Classification | For Capital Conservation Buffer |
|---|---|---|---|---|
| **December 31, 2020** | | | | |
| *PacWest Bancorp Consolidated* | | | | |
| Tier 1 leverage capital ratio | 8.55% | 4.00% | N/A | N/A |
| CET1 capital ratio | 10.53% | 4.50% | N/A | 7.00% |
| Tier 1 capital ratio | 10.53% | 6.00% | N/A | 8.50% |
| Total capital ratio | 13.76% | 8.00% | N/A | 10.50% |
| | | | | |
| *Pacific Western Bank* | | | | |
| Tier 1 leverage capital ratio | 9.53% | 4.00% | 5.00% | N/A |
| CET1 capital ratio | 11.73% | 4.50% | 6.50% | 7.00% |
| Tier 1 capital ratio | 11.73% | 6.00% | 8.00% | 8.50% |
| Total capital ratio | 12.99% | 8.00% | 10.00% | 10.50% |

### Subordinated Debt

We issued or assumed through mergers subordinated debt to trusts that were established by us or entities we acquired, which, in turn, issued trust preferred securities. On April 30, 2021, the Bank completed the sale of $400 million aggregate principal amount of 3.25% Fixed-to-Floating Rate Subordinated Notes due May 1, 2031. For further information, see Note 12. *Borrowings and Subordinated Debt* in the Notes to Consolidated Financial Statements contained in "Item 8. Financial Statements and Supplementary Data."

The carrying value of subordinated debt totaled $863.3 million at December 31, 2021. At December 31, 2021, $131.0 million of the trust preferred securities were included in the Company's Tier I capital and $718.2 million were included in Tier II capital. For a more detailed discussion of our subordinated debt, see "Item 1: Business - Supervision and Regulation - *Capital Requirements*."

### Dividends on Common Stock and Interest on Subordinated Debt

As a bank holding company, PacWest is required to notify and receive approval from the FRB prior to declaring and paying a dividend to stockholders during any period in which quarterly and/or cumulative twelve-month net earnings are insufficient to fund the dividend amount, among other requirements. Interest payments made on subordinated debt are considered dividend payments under FRB regulations. We may not pay a dividend if the FRB objects or until such time as we receive approval from the FRB or we no longer need to provide notice under applicable regulations. Given the impact of the goodwill impairment charge on net earnings in the first quarter of 2020, we were required to receive approval from the FRB prior to declaring a dividend from March 31, 2020 through March 31, 2021, but are no longer required to obtain such approval.

## Liquidity

### Liquidity Management

The goals of our liquidity management are to ensure the ability of the Company to meet its financial commitments when contractually due and to respond to other demands for funds such as the ability to meet the cash flow requirements of customers who may be either depositors wanting to withdraw funds or borrowers who have unfunded commitments. We have an Executive Management Asset/Liability Management Committee ("Executive ALM Committee") that is comprised of members of senior management and is responsible for managing commitments to meet the needs of customers while achieving our financial objectives. Our Executive ALM Committee meets regularly to review funding capacities, current and forecasted loan demand, and investment opportunities.

Exhibit 1

35

We manage our liquidity by maintaining pools of liquid assets on-balance sheet, consisting of cash and due from banks, interest-earning deposits in other financial institutions, and unpledged securities available-for-sale, which we refer to as our primary liquidity. We also maintain available borrowing capacity under secured credit lines with the FHLB and the FRBSF, which we refer to as our secondary liquidity.

As a member of the FHLB, the Bank had secured borrowing capacity with the FHLB of $4.0 billion at December 31, 2021, of which all was available on that date. The FHLB secured credit line was collateralized by a blanket lien on $6.2 billion of certain qualifying loans. The Bank also had secured borrowing capacity with the FRBSF of $1.4 billion at December 31, 2021, all of which was available on that date. The FRBSF secured credit line was collateralized by liens on $1.8 billion of qualifying loans.

In addition to its secured lines of credit, the Bank also maintains unsecured lines of credit for the purpose of borrowing overnight funds, subject to availability, of $112.0 million with the FHLB and $180.0 million in the aggregate with several correspondent banks. As of December 31, 2021, there was no balance outstanding related to these unsecured lines of credit. The Bank is a member of the AFX, through which it may either borrow or lend funds on an overnight or short-term basis with a group of pre-approved commercial banks. The availability of funds changes daily. As of December 31, 2021, the Bank had borrowed nothing through the AFX.

The following tables provide a summary of the Bank's primary and secondary liquidity levels as of the dates indicated:

| | | December 31, | | | | |
|---|---|---|---|---|---|---|
| **Primary Liquidity - On-Balance Sheet** | | **2021** | | **2020** | | **2019** |
| | | *(Dollars in thousands)* | | | | |
| Cash and due from banks | $ | 112,548 | $ | 150,464 | $ | 172,585 |
| Interest-earning deposits in financial institutions | | 3,944,686 | | 3,010,197 | | 465,039 |
| Securities available-for-sale | | 10,694,458 | | 5,235,591 | | 3,797,187 |
| Less: pledged securities | | (532,418) | | (449,330) | | (486,200) |
| Total primary liquidity | $ | 14,219,274 | $ | 7,946,922 | $ | 3,948,611 |
| | | | | | | |
| Ratio of primary liquidity to total deposits | | 40.6 % | | 31.9 % | | 20.5 % |

| | | December 31, | | | | |
|---|---|---|---|---|---|---|
| **Secondary Liquidity - Off-Balance Sheet** | | | | | | |
| **Available Secured Borrowing Capacity** | | **2021** | | **2020** | | **2019** |
| | | *(In thousands)* | | | | |
| Total secured borrowing capacity with the FHLB | $ | 3,976,465 | $ | 3,330,715 | $ | 4,229,788 |
| Less: secured advances outstanding | | — | | (5,000) | | (1,318,000) |
| Available secured borrowing capacity with the FHLB | | 3,976,465 | | 3,325,715 | | 2,911,788 |
| Available secured borrowing capacity with the FRBSF | | 1,380,191 | | 1,409,452 | | 1,988,028 |
| Total secondary liquidity | $ | 5,356,656 | $ | 4,735,167 | $ | 4,899,816 |

During 2021, the Company's primary liquidity increased by $6.3 billion to $14.2 billion at December 31, 2021 due mainly to a $5.5 billion increase in securities available-for-sale and a $934.5 million increase in interest-earning deposits in financial institutions, offset partially by an $83.1 million increase in pledged securities. During 2021, the Company's secondary liquidity increased by $621.5 million to $5.4 billion at December 31, 2021 due mostly to a $650.8 million increase in available secured borrowing capacity with the FHLB, offset partially by a $29.3 million decrease in available borrowing capacity on the secured credit line with the FRBSF. The $650.8 million increase in available secured borrowing capacity with the FHLB resulted primarily from a $645.8 million increase in the borrowing capacity related to pledged loans and a $5.0 million decrease in the amount borrowed from the secured borrowing line with the FHLB.

Exhibit 1

36

In addition to our primary liquidity, we generate liquidity from cash flows from our loan and securities portfolios and from our large base of core deposits, defined as noninterest-bearing demand, interest checking, savings, and non-brokered money market accounts. At December 31, 2021, core deposits totaled $32.7 billion and represented 93% of the Company's total deposits. Core deposits are normally less volatile, often with customer relationships tied to other products offered by the Bank promoting long-standing relationships and stable funding sources. See "- Balance Sheet Analysis - *Deposits*" for additional information and detail of our core deposits.

Our deposit balances may decrease if customers withdraw funds from the Bank. In order to address the Bank's liquidity risk from fluctuating deposit balances, the Bank maintains adequate levels of available liquidity on and off the balance sheet.

We use brokered deposits, the availability of which is uncertain and subject to competitive market forces and regulation, for liquidity management purposes. At December 31, 2021, brokered deposits totaled $1.1 billion, consisting primarily of $890.0 million of non-maturity brokered accounts and $195.7 million of brokered time deposits. At December 31, 2020, brokered deposits totaled $1.3 billion, consisting mainly of $1.1 billion of non-maturity brokered accounts and $195.7 million of brokered time deposits.

Our liquidity policy includes guidelines for On-Balance Sheet Liquidity (a measurement of primary liquidity to total deposits plus borrowings), Liquidity Buffer Coverage Ratio (the ratio of cash and unpledged securities to the estimated 30 day cash outflow in a defined stress scenario), Liquidity Stress Test Survival Horizon (the number of days that the Bank's liquidity buffer plus available secured borrowing capacity is sufficient to offset cumulative cash outflow in a defined stress scenario), Loan to Funding Ratio (measurement of gross loans net of fees divided by deposits plus borrowings), Wholesale Funding Ratio (measurement of wholesale funding divided by interest-earning assets), and other guidelines developed for measuring and maintaining liquidity. At December 31, 2021, the Bank was in compliance with all established liquidity guidelines.

### *Holding Company Liquidity*

PacWest acts a source of financial strength for the Bank which can also include being a source of liquidity. The primary sources of liquidity for the holding company include dividends from the Bank, intercompany tax payments from the Bank, and PacWest's ability to raise capital, issue subordinated debt, and secure outside borrowings. PacWest's ability to obtain funds for the payment of dividends to our stockholders, the repurchase of shares of common stock, and other cash requirements is largely dependent upon the Bank's earnings. The Bank is subject to restrictions under certain federal and state laws and regulations that limit its ability to transfer funds to the holding company through intercompany loans, advances, or cash dividends. PacWest's ability to pay dividends is also subject to the restrictions set forth in Delaware law, by the FRB, and by certain covenants contained in our subordinated debt. Approval by the FRB is required prior to our declaring and paying a cash dividend during any period in which our quarterly and/or cumulative twelve-month net earnings are insufficient to fund the dividend amount, among other requirements. PacWest may not pay a dividend if the FRB objects or until such time as we receive approval from the FRB or we no longer need to provide notice under applicable regulations. In addition, we may be restricted by applicable law or regulation or actions taken by our regulators, now or in the future, from paying dividends. Due to the impact of the goodwill impairment charge on net earnings in the first quarter of 2020, we were required to receive approval from the FRB, as described above, prior to declaring a dividend, for the period of March 31, 2020 to March 31, 2021, but are no longer required to obtain such approval.

Dividends paid by California state-chartered banks are regulated by the FDIC for non-member banks and the DFPI under their general supervisory authority. The Bank may declare a dividend without the approval of the DFPI and FDIC as long as the total dividends declared in a calendar year do not exceed either the retained earnings or the total of net earnings for the three previous fiscal years less any dividends paid during such period. The Bank had a cumulative net loss of $155.3 million during the three fiscal years of 2021, 2020, and 2019, compared to dividends of $776.0 million paid by the Bank during that same period. During the year ended December 31, 2021, PacWest received $182.0 million in dividends from the Bank. Since the Bank had an accumulated deficit of $1.5 billion at December 31, 2021, for the foreseeable future any dividends from the Bank to PacWest will continue to require DFPI and FDIC approval consistent with what has been required since 2008 when the Bank first had an accumulated deficit triggered by goodwill impairment write-downs during the financial crisis of 2007-2008.

At December 31, 2021, PacWest had $176.9 million in cash and cash equivalents, of which substantially all is on deposit at the Bank. We believe this amount of cash, along with anticipated future dividends from the Bank, will be sufficient to fund the holding company's cash flow needs over the next 12 months.

Exhibit 1

37

**ITEM 7A. QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK**

**Market Risk - Foreign Currency Exchange**

We enter into foreign exchange contracts with our clients and counterparty banks primarily for the purpose of offsetting or hedging clients' foreign currency exposures arising out of commercial transactions, and we enter into cross currency swaps and foreign exchange forward contracts to hedge exposures to debt instruments denominated in foreign currencies. We have experienced and will continue to experience fluctuations in our net earnings as a result of transaction gains or losses related to revaluing certain asset and liability balances that are denominated in currencies other than the U.S. Dollar, and the derivatives that hedge those exposures. As of December 31, 2021, the U.S. Dollar notional amounts of subordinated debt payable denominated in foreign currencies was $29.3 million, and the U.S. Dollar notional amounts of derivatives outstanding to hedge these foreign currency exposures was $28.5 million. We recognized foreign currency translation net gains of $296,000, $3,000, and $150,000 for the years ended December 31, 2021, 2020, and 2019, respectively.

**Asset/Liability Management and Interest Rate Sensitivity**

*Interest Rate Risk*

We measure our IRR position on a monthly basis using two methods: (i) NII simulation analysis; and (ii) MVE modeling. The Executive ALM Committee and the Board Asset/Liability Management Committee review the results of these analyses quarterly. If hypothetical changes to interest rates cause changes to our simulated net present value of equity and/or net interest income outside our pre-established limits, we may adjust our asset and liability mix in an effort to bring our interest rate risk exposure within our established limits.

We evaluated the results of our NII simulation model and MVE model prepared as of December 31, 2021, the results of which are presented below. Our NII simulation and MVE model indicate that our balance sheet is asset-sensitive. An asset-sensitive profile would suggest that a sudden sustained increase in rates would result in an increase in our estimated NII and MVE, while a liability-sensitive profile would suggest that these amounts would decrease.

*Net Interest Income Simulation*

We used a NII simulation model to measure the estimated changes in NII that would result over the next 12 months from immediate and sustained changes in interest rates as of December 31, 2021. This model is an interest rate risk management tool and the results are not necessarily an indication of our future net interest income. This model has inherent limitations and these results are based on a given set of rate changes and assumptions at one point in time. We have assumed no growth or changes in the product mix of either our total interest-sensitive assets or liabilities over the next 12 months, therefore the results reflect an interest rate shock to a static balance sheet.

This analysis calculates the difference between NII forecasted using both increasing and decreasing interest rate scenarios using the forward yield curve at December 31, 2021. In order to arrive at the base case, we extend our balance sheet at December 31, 2021 one year and reprice any assets and liabilities that would contractually reprice or mature during that period using the products' pricing as of December 31, 2021. Based on such repricing, we calculate an estimated NII and NIM for each rate scenario.

91

Exhibit 1

38

The NII simulation model is dependent upon numerous assumptions. For example, the majority of our loans are variable rate that are assumed to reprice in accordance with their contractual terms. Some loans and investment securities include the opportunity of prepayment (embedded options) and the simulation model uses prepayment assumptions to estimate these accelerated cash flows and reinvest these proceeds at current simulated yields. Our interest-bearing deposits reprice at our discretion and are assumed to reprice at a rate less than the change in market rates. The 12 month NII simulation model as of December 31, 2021 assumes interest-bearing deposits reprice at 31% of the change in market rates in a rising interest rate scenario, depending on the amount of the rate change (this is commonly referred to as the "deposit beta"). The effects of certain balance sheet attributes, such as fixed-rate loans, variable-rate loans that have reached their floors, and the volume of noninterest-bearing deposits as a percentage of earning assets, impact our assumptions and consequently the results of our NII simulation model. Additionally, we assume that all market interest rates have an interest rate floor of 0%. Changes that could vary significantly from our assumptions include loan and deposit growth or contraction, loan and deposit pricing, changes in the mix of earning assets or funding sources, and future asset/liability management decisions, all of which may have significant effects on our net interest income.

The following table presents forecasted net interest income and net interest margin for the next 12 months using the static balance sheet as of December 31, 2021 and forward yield curve as of December 31, 2021 (which presumes three interest rate hikes in 2022) as the base scenario, with immediate and sustained parallel upward movements in interest rates of 100, 200, and 300 basis points and sustained parallel downward movements in interest rates of 25, 50, and 100 basis points as of the date indicated:

| December 31, 2021 | Forecasted Net Interest Income (Tax Equivalent) | Percentage Change From Base | Forecasted Net Interest Margin (Tax Equivalent) | Forecasted Net Interest Margin Change From Base |
|---|---|---|---|---|
| | *(Dollars in millions)* | | | |
| **Interest Rate Scenario:** | | | | |
| Up 300 basis points | $ 1,404.6 | 18.7% | 3.76% | 0.59% |
| Up 200 basis points | $ 1,328.9 | 12.3% | 3.56% | 0.39% |
| Up 100 basis points | $ 1,251.3 | 5.7% | 3.35% | 0.18% |
| BASE CASE | $ 1,183.4 | — | 3.17% | |
| Down 25 basis points | $ 1,180.6 | (0.2)% | 3.16% | (0.01)% |
| Down 50 basis points | $ 1,156.3 | (2.3)% | 3.10% | (0.07)% |
| Down 100 basis points | $ 1,136.4 | (4.0)% | 3.04% | (0.13)% |

During 2021, total base case year 1 tax equivalent NII increased by $159.2 million to $1.2 billion at December 31, 2021 and the base case tax equivalent NIM decreased to 3.17% from 3.87%. The increase in year 1 NII compared to December 31, 2020 was due mainly to a $184.8 million increase in interest income attributable to higher average balances of loans and leases and investment securities, offset partially by a $25.6 million increase in interest expense due to a higher average balance of deposits and a higher average balance of subordinated debt attributable to the $400 million of subordinated notes issued by the Bank on April 30, 2021. The decrease in the NIM was due mostly to the change in the mix of interest-earning assets to lower yielding interest-earnings deposits in financial institutions and investment securities from higher yielding loans and leases, as well as to lower yields on investment securities and loans and leases.

In addition to parallel interest rate shock scenarios, we also model various alternative rate vectors. The most favorable alternate rate vector that we model is the "Bear Flattener Severe" scenario, when short-term rates increase faster than long-term rates. In the "Bear Flattener Severe" scenario, Year 1 tax equivalent NII increases by 2.3%. Because of the low level of market interest rates and the assumption that market rates contain a 0% floor, the ad hoc scenarios that assume decreasing interest rates do not differ materially from the base case scenario.

Exhibit 1

39

At December 31, 2021, we had $23.0 billion of total gross loans that included $10.9 billion with variable interest rate terms (excluding hybrid loans discussed below). Of the variable interest rate loans, $9.2 billion, or 84%, contained interest rate floor provisions, which included $8.5 billion of loans with "in-the-money" floors, meaning the loan coupon will not adjust down if there are future decreases to the index interest rate. The following table summarizes the estimated balance of loans with "in-the-money" floors for the indicated increases in interest rates:

| | December 31, 2021 |
|---|---|
| Basis Points of Rate Increases | Total Amount of Loans With "In-the-Money" Loan Floors |
| | *(Dollars in millions)* |
| 50 bps | $4,746 |
| 100 bps | $3,166 |
| 150 bps | $2,376 |
| 200 bps | $1,466 |
| 250 bps | $815 |

At December 31, 2021, we also had $4.2 billion of variable-rate hybrid loans that do not immediately reprice because the loans contain an initial fixed rate period before they become variable. The cumulative amounts of hybrid loans that would switch from being fixed rate to variable rate because the initial fixed-rate term would expire were approximately $0.6 billion, $0.9 billion, and $1.2 billion in the next one, two, and three years.

LIBOR is expected to be phased out in 2023, as such the Company stopped originations of LIBOR-indexed loans effective December 31, 2021. The business processes impacted relate primarily to our variable-rate loans and our subordinated debt, both of which are indexed to LIBOR. For further information see Item 1A. Risk Factors.

***Market Value of Equity***

We measure the impact of market interest rate changes on the net present value of estimated cash flows from our assets, liabilities, and off-balance sheet items, defined as the market value of equity, using our MVE model. This simulation model assesses the changes in the market value of our interest-sensitive financial instruments that would occur in response to an instantaneous and sustained increase in market interest rates of 100, 200, and 300 basis points and sustained decrease in market interest rates of 25, 50, and 100 basis points. This analysis assigns significant value to our noninterest-bearing deposit balances. The projections include various assumptions regarding cash flows and interest rates and are by their nature forward-looking and inherently uncertain.

The MVE model is an interest rate risk management tool and the results are not necessarily an indication of our actual future results. Actual results may vary significantly from the results suggested by the market value of equity table. Loan prepayments and deposit attrition, changes in the mix of our earning assets or funding sources, and future asset/liability management decisions, among others, may vary significantly from our assumptions. The base case is determined by applying various current market discount rates to the estimated cash flows from the different types of assets, liabilities, and off-balance sheet items existing at December 31, 2021.

93

Exhibit 1

40

The following table shows the projected change in the market value of equity for the rate scenarios presented as of the date indicated:

| December 31, 2021 | | Projected Market Value of Equity | | Dollar Change From Base | Percentage Change From Base | Percentage of Total Assets | Ratio of Projected Market Value to Book Value |
|---|---|---|---|---|---|---|---|
| | | | | *(Dollars in millions)* | | | |
| **Interest Rate Scenario:** | | | | | | | |
| Up 300 basis points | $ | 10,121.7 | $ | 1,449.8 | 16.7% | 25.0% | 253.1% |
| Up 200 basis points | $ | 9,788.9 | $ | 1,117.0 | 12.9% | 24.2% | 244.7% |
| Up 100 basis points | $ | 9,325.1 | $ | 653.2 | 7.5% | 23.1% | 233.1% |
| BASE CASE | $ | 8,671.8 | $ | — | — | 21.4% | 216.8% |
| Down 25 basis points | $ | 8,474.3 | $ | (197.6) | (2.3)% | 21.0% | 211.9% |
| Down 50 basis points | $ | 8,278.9 | $ | (392.9) | (4.5)% | 20.5% | 207.0% |
| Down 100 basis points | $ | 7,898.6 | $ | (773.2) | (8.9)% | 19.5% | 197.5% |

During 2021, total base case projected market value of equity increased by $2.9 billion to $8.7 billion at December 31, 2021. This increase in base case projected MVE was due primarily to: (1) a $2.4 billion decrease in the mark-to-market adjustment for total deposits, borrowings, and subordinated debt; and (2) a $404.7 million increase in the book value of stockholders' equity due mainly to $607.0 million in net earnings, offset partially by $119.4 million of cash dividends paid and a $106.6 million decrease in accumulated other comprehensive income; offset partially by (3) a $149.4 million increase in the mark-to-market adjustment for loans and leases.

Exhibit 1

41

## ITEM 8. FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA

**Contents**

| | |
|---|---|
| Management's Report on Internal Control Over Financial Reporting | 96 |
| Report of Independent Registered Public Accounting Firm | 97 |
| Consolidated Balance Sheets as of December 31, 2021 and 2020 | 101 |
| Consolidated Statements of Earnings (Loss) for the Years Ended December 31, 2021, 2020, and 2019 | 102 |
| Consolidated Statements of Comprehensive Income (Loss) for the Years Ended December 31, 2021, 2020, and 2019 | 103 |
| Consolidated Statements of Changes in Stockholders' Equity for the Years Ended December 31, 2021, 2020, and 2019 | 104 |
| Consolidated Statements of Cash Flows for the Years Ended December 31, 2021, 2020, and 2019 | 105 |
| Notes to Consolidated Financial Statements | 107 |

Exhibit 1

42

**PACWEST BANCORP AND SUBSIDIARIES**
**Notes to Consolidated Financial Statements**

### (e) Cash and Cash Equivalents

For purposes of the consolidated statements of cash flows, cash and cash equivalents consist of: (1) cash and due from banks, (2) interest-earning deposits in financial institutions, and (3) securities purchased under resale agreements. Interest-earning deposits in financial institutions represent mostly cash held at the FRBSF, the majority of which is immediately available.

### (f) Investment in Debt Securities

We determine the classification of securities at the time of purchase. If we have the intent and the ability at the time of purchase to hold securities until maturity, they are classified as held-to-maturity and stated at amortized cost. We do not classify any securities as held-to-maturity. Securities to be held for indefinite periods of time, but not necessarily to be held-to-maturity or on a long-term basis, are classified as available-for-sale and carried at estimated fair value, with unrealized gains or losses reported as a separate component of stockholders' equity in accumulated other comprehensive income (loss), net of applicable income taxes. Securities available-for-sale include securities that management intends to use as part of its asset/liability management strategy and that may be sold in response to changes in interest rates, prepayment risk, and other related factors. Securities are individually evaluated for appropriate classification when acquired. As a result, similar types of securities may be classified differently depending on factors existing at the time of purchase.

The carrying values of all securities are adjusted for amortization of premiums and accretion of discounts using the interest method. Premiums on callable securities are amortized to the earliest call date. Realized gains or losses on the sale of securities, if any, are determined using the amortized cost of the specific securities sold. Such gains or losses are included in "Gain on sale of securities" on the consolidated statements of earnings (loss).

Prior to January 1, 2020, debt securities available-for-sale were measured at fair value and declines in the fair value were reviewed to determine whether the impairment was other-than-temporary. If the decline in fair value was considered temporary, the decline in fair value below the amortized cost basis of a security was recognized in other comprehensive income (loss). If we did not expect to recover the entire amortized cost basis of the security, then an other-than-temporary impairment was considered to have occurred. The cost basis of the security was written down to its estimated fair value and the amount of the write-down was recognized through a charge to earnings. If the amount of the amortized cost basis expected to be recovered increased in a future period, the cost basis of the security was not increased but rather recognized prospectively through interest income.

Effective January 1, 2020, upon the adoption of ASU 2016-13, "*Financial Instruments - Credit Losses (ASC 326): Measurement of Credit Losses on Financial Instruments*," debt securities available-for-sale are measured at fair value and are subject to impairment testing. A security is impaired if the fair value of the security is less than its amortized cost basis. When an available-for-sale debt security is considered impaired, the Company must determine if the decline in fair value has resulted from a credit-related loss or other factors and then, (1) recognize an allowance for credit losses by a charge to earnings for the credit-related component (if any) of the decline in fair value, and (2) recognize in other comprehensive income (loss) any non-credit related components (if any) of the fair value decline. If the amount of the amortized cost basis expected to be recovered increases in a future period, the valuation allowance would be reduced, but not more than the amount of the current existing allowance for that security.

### (g) Equity and Other Investments

Investments in equity securities are classified into one of the following two categories and accounted as follows:

- Securities with a readily determinable fair value are reported at fair value, with changes in fair value recorded in earnings.

- Securities without a readily determinable fair value for which we have elected the "measurement alternative" are reported at cost less impairment (if any) plus or minus adjustments resulting from observable price changes in orderly transactions for the identical or similar investment of the same issuer.

109

Exhibit 1

43

**PACWEST BANCORP AND SUBSIDIARIES**
**Notes to Consolidated Financial Statements**

### (p) Derivative Instruments

The Company uses derivatives to manage exposure to market risk, primarily foreign currency risk and interest rate risk, and to assist customers with their risk management objectives. The Company uses foreign exchange contracts to manage the foreign exchange rate risk associated with certain foreign currency-denominated assets and liabilities. As of December 31, 2021, all of our derivatives were held for risk management purposes and none were designated as accounting hedges. The objective is to manage the uncertainty of future foreign exchange rate fluctuations. These derivatives provide for a fixed exchange rate which has the effect of reducing or eliminating changes to anticipated cash flows to be received on assets and liabilities denominated in foreign currencies as the result of changes to exchange rates. Our foreign currency derivatives are carried at fair value and recorded in other assets or other liabilities, as appropriate. The changes in fair value of our derivatives and the related interest are recognized in "Noninterest income - other" in the consolidated statements of earnings (loss).

The Bank offers interest rate swap products to certain loan customers to allow them to hedge the risk of rising interest rates on their variable-rate loans. When such products are issued, we also enter into an offsetting swap with institutional counterparties to eliminate the interest rate risk to us. These back-to-back swap agreements, which generate fee income for us, are intended to offset each other. We retain the credit risk of the original loan. The net cash flow for us is equal to the interest income received from a variable rate loan originated with the client plus a fee. These swaps are not designated as accounting hedges and are recorded at fair value in "Other assets" and "Accrued interest payable and other liabilities" in the consolidated balance sheets. The changes in fair value are recorded in "Noninterest income - other" in the consolidated statements of earnings (loss).

In connection with negotiated credit facilities and certain other services, we may obtain equity warrant assets giving us the right to acquire stock in primarily private, venture-backed companies. We account for equity warrant assets as derivatives when they contain net settlement terms and other qualifying criteria under ASC 815. These equity warrant assets are measured at estimated fair value on a monthly basis and are classified as "Other assets" in the consolidated balance sheets at the time they are obtained.

Derivative instruments expose us to credit risk in the event of nonperformance by counterparties. This risk exposure consists primarily of the termination value of agreements where we are in a favorable position. We manage the credit risk associated with various derivative agreements through counterparty credit review and monitoring procedures.

### (q) Comprehensive Income (Loss)

Comprehensive income (loss) consists of net earnings and net unrealized gains (losses) on debt securities available-for-sale, net, and is presented in the consolidated statements of comprehensive income (loss).

### (r) Earnings (Loss) Per Share

In accordance with ASC Topic 260, "*Earnings Per Share*," all outstanding unvested share-based payment awards that contain rights to nonforfeitable dividends are considered participating securities and are included in the two-class method of determining basic and diluted earnings (loss) per share. All of our unvested restricted stock participates with our common stockholders in dividends. Accordingly, earnings allocated to unvested restricted stock are deducted from net earnings (loss) to determine that amount of earnings (loss) available to common stockholders. In the two-class method, the amount of our earnings (loss) available to common stockholders is divided by the weighted average shares outstanding, excluding any unvested restricted stock, for both the basic and diluted earnings (loss) per share.

119

Exhibit 1

44

**PACWEST BANCORP AND SUBSIDIARIES**
**Notes to Consolidated Financial Statements**

## NOTE 4.  INVESTMENT SECURITIES

### Securities Available-for-Sale

The following table presents amortized cost, gross unrealized gains and losses, and fair values of securities available-for-sale as of the dates indicated:

| | | | December 31, | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | **2021** | | | | **2020** | | | |
| **Security Type** | **Amortized Cost** | **Gross Unrealized Gains** | **Gross Unrealized Losses** | **Fair Value** | **Amortized Cost** | **Gross Unrealized Gains** | **Gross Unrealized Losses** | **Fair Value** |
| | | | *(In thousands)* | | | | | |
| Agency residential MBS | $ 2,921,993 | $ 8,866 | $ (32,649) | $ 2,898,210 | $ 329,488 | $ 12,483 | $ (897) | $ 341,074 |
| Municipal securities | 2,248,749 | 75,192 | (7,973) | 2,315,968 | 1,438,004 | 93,631 | (18) | 1,531,617 |
| Agency commercial MBS | 1,660,516 | 37,664 | (9,213) | 1,688,967 | 1,207,676 | 74,238 | (37) | 1,281,877 |
| Agency residential CMOs | 1,021,716 | 22,288 | (5,870) | 1,038,134 | 1,172,166 | 47,994 | (280) | 1,219,880 |
| U.S. Treasury securities | 973,555 | 1,641 | (8,298) | 966,898 | 4,989 | 313 | — | 5,302 |
| Corporate debt securities | 514,077 | 13,774 | (757) | 527,094 | 308,803 | 3,490 | (404) | 311,889 |
| Private label commercial MBS | 453,314 | 147 | (3,244) | 450,217 | 81,878 | 1,089 | (10) | 82,957 |
| Collateralized loan obligations | 385,410 | 396 | (444) | 385,362 | 136,777 | 23 | (924) | 135,876 |
| Private label residential CMOs | 265,851 | 1,857 | (3,291) | 264,417 | 110,891 | 6,076 | (21) | 116,946 |
| Asset-backed securities | 129,387 | 484 | (324) | 129,547 | 166,861 | 445 | (760) | 166,546 |
| SBA securities | 28,950 | 726 | (32) | 29,644 | 39,437 | 2,217 | (27) | 41,627 |
| Total | $ 10,603,518 | $ 163,035 | $ (72,095) | $ 10,694,458 | $ 4,996,970 | $ 241,999 | $ (3,378) | $ 5,235,591 |

See Note 15. *Fair Value Measurements* for information on fair value measurements and methodology.

As of December 31, 2021, securities available-for-sale with a fair value of $532.4 million were pledged as collateral for borrowings, public deposits and other purposes as required by various statutes and agreements.

### Realized Gains and Losses on Securities Available-for-Sale

The following table presents the amortized cost of securities sold with related gross realized gains, gross realized losses, and net realized gains for the years indicated:

| | | Year Ended December 31, | |
|---|---|---|---|
| **Sales of Securities Available-for-Sale** | **2021** | **2020** | **2019** |
| | | *(In thousands)* | |
| Amortized cost of securities sold | $ 365,733 | $ 160,254 | $ 1,559,415 |
| | | | |
| Gross realized gains | $ 1,680 | $ 13,222 | $ 29,584 |
| Gross realized losses | (65) | (51) | (4,139) |
| Net realized gains | $ 1,615 | $ 13,171 | $ 25,445 |

125

Exhibit 1

45

**PACWEST BANCORP AND SUBSIDIARIES**
**Notes to Consolidated Financial Statements**

*Unrealized Losses on Securities Available-for-Sale*

The following tables present the gross unrealized losses and fair values of securities available-for-sale that were in unrealized loss positions as of the dates indicated:

| | December 31, 2021 | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Less Than 12 Months | | 12 Months or More | | Total | |
| Security Type | Fair Value | Gross Unrealized Losses | Fair Value | Gross Unrealized Losses | Fair Value | Gross Unrealized Losses |
| | *(In thousands)* | | | | | |
| Agency residential MBS | $ 2,502,536 | $ (31,670) | $ 57,329 | $ (979) | $ 2,559,865 | $ (32,649) |
| Municipal securities | 505,080 | (6,965) | 29,726 | (1,008) | 534,806 | (7,973) |
| Agency commercial MBS | 440,938 | (5,066) | 106,745 | (4,147) | 547,683 | (9,213) |
| Agency residential CMOs | 216,445 | (3,757) | 67,340 | (2,113) | 283,785 | (5,870) |
| U.S. Treasury securities | 628,767 | (8,298) | — | — | 628,767 | (8,298) |
| Corporate debt securities | 32,761 | (757) | — | — | 32,761 | (757) |
| Private label commercial MBS | 397,619 | (3,244) | — | — | 397,619 | (3,244) |
| Collateralized loan obligations | 137,619 | (374) | 43,730 | (70) | 181,349 | (444) |
| Private label residential CMOs | 201,988 | (3,291) | — | — | 201,988 | (3,291) |
| Asset-backed securities | 38,742 | (137) | 15,762 | (187) | 54,504 | (324) |
| SBA securities | — | — | 1,864 | (31) | 1,864 | (32) |
| Total | $ 5,102,495 | $ (63,559) | $ 322,496 | $ (8,535) | $ 5,424,991 | $ (72,095) |

| | December 31, 2020 | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Less Than 12 Months | | 12 Months or More | | Total | |
| Security Type | Fair Value | Gross Unrealized Losses | Fair Value | Gross Unrealized Losses | Fair Value | Gross Unrealized Losses |
| | *(In thousands)* | | | | | |
| Agency residential MBS | $ 90,722 | $ (897) | $ — | $ — | $ 90,722 | $ (897) |
| Municipal securities | 5,919 | (18) | — | — | 5,919 | (18) |
| Agency commercial MBS | 58,408 | (37) | — | — | 58,408 | (37) |
| Agency residential CMOs | 97,863 | (280) | — | — | 97,863 | (280) |
| Corporate debt securities | 87,596 | (404) | — | — | 87,596 | (404) |
| Private label commercial MBS | 3,058 | (10) | — | — | 3,058 | (10) |
| Collateralized loan obligations | 96,442 | (729) | 28,972 | (195) | 125,414 | (924) |
| Private label residential CMOs | 788 | (19) | 74 | (2) | 862 | (21) |
| Asset-backed securities | 14,636 | (53) | 61,031 | (707) | 75,667 | (760) |
| SBA securities | 2,127 | (27) | — | — | 2,127 | (27) |
| Total | $ 457,559 | $ (2,474) | $ 90,077 | $ (904) | $ 547,636 | $ (3,378) |

The securities that were in an unrealized loss position at December 31, 2021, were considered impaired and required further review to determine if the unrealized losses were credit-related. We concluded their unrealized losses were a result of the level of market interest rates relative to the types of securities and pricing changes caused by shifting supply and demand dynamics and not a result of downgraded credit ratings or other indicators of deterioration of the underlying issuers' ability to repay. We also considered the seniority of the tranches and U.S. government agency guarantees, if any, to assess whether an unrealized loss was credit-related. Accordingly, we determined the unrealized losses were not credit-related and recognized the unrealized losses in "other comprehensive income" in stockholders' equity. Although we periodically sell securities for portfolio management purposes, we do not foresee having to sell any impaired securities strictly for liquidity needs and believe that it is more likely than not we would not be required to sell any impaired securities before recovery of their amortized cost.

126

Exhibit 1

46

**PACWEST BANCORP AND SUBSIDIARIES**
**Notes to Consolidated Financial Statements**

### *Contractual Maturities of Securities Available-for-Sale*

The following table presents the contractual maturities of our available-for-sale securities portfolio based on amortized cost and carrying value as of the date indicated.

| | December 31, 2021 | |
| | Amortized Cost | Fair Value |
|---|---|---|
| Maturity | *(In thousands)* | |
| Due in one year or less | $ 54,301 | $ 54,685 |
| Due after one year through five years | 635,456 | 662,377 |
| Due after five years through ten years | 3,526,824 | 3,544,687 |
| Due after ten years | 6,386,937 | 6,432,709 |
| Total securities available-for-sale | $ 10,603,518 | $ 10,694,458 |

MBS and CMOs have contractual maturity dates, but require periodic payments based upon scheduled amortization terms. Actual principal collections on these securities usually occur more rapidly than the scheduled amortization terms because of prepayments made by obligors of the underlying loan collateral.

### *FHLB Stock*

In connection with outstanding FHLB advances, the Bank owned FHLB stock carried at cost of $17.3 million at December 31, 2021 and 2020. At December 31, 2021 and 2020, the Bank was required to own FHLB stock equal to a percentage of outstanding FHLB advances. We evaluated the carrying value of our FHLB stock investment at December 31, 2021 and determined that it was not impaired. Our evaluation considered the long-term nature of the investment, the current financial and liquidity position of the FHLB, repurchase activity of excess stock by the FHLB at its carrying value, the return on the investment from recurring dividends, and our intent and ability to hold this investment for a period of time sufficient to recover our recorded investment.

### *Interest Income on Investment Securities*

The following table presents the composition of our interest income on investment securities for the years indicated:

| | Year Ended December 31, | | |
| | 2021 | 2020 | 2019 |
|---|---|---|---|
| | *(In thousands)* | | |
| Taxable interest | $ 118,561 | $ 80,426 | $ 85,968 |
| Non-taxable interest | 33,916 | 24,771 | 27,955 |
| Dividend income | 991 | 1,573 | 1,646 |
| Total interest income on investment securities | $ 153,468 | $ 106,770 | $ 115,569 |

127

Exhibit 1

**47**

**PACWEST BANCORP AND SUBSIDIARIES**
**Notes to Consolidated Financial Statements**

## NOTE 13.  DERIVATIVES

The Company uses derivatives to manage exposure to market risk, primarily foreign currency risk and interest rate risk, and to assist customers with their risk management objectives. Our derivatives are carried at fair value and recorded in "Other assets" or "Accrued interest payable and other liabilities," as appropriate, in the consolidated balance sheets. The changes in fair value of our derivatives and the related fees are recognized in "Noninterest income - other" in the consolidated statements of earnings (loss). For the year ended December 31, 2021, changes in fair value and fees recorded to noninterest income in the consolidated statements of earnings (loss) were immaterial. See Note 9. *Other Assets* for additional information regarding equity warrant assets.

The following table presents the U.S. dollar notional amounts and fair values of our derivative instruments included in the consolidated balance sheets as of the dates indicated:

| | December 31, 2021 | | December 31, 2020 | |
| --- | --- | --- | --- | --- |
| **Derivatives Not Designated As Hedging Instruments** | **Notional Amount** | **Fair Value** | **Notional Amount** | **Fair Value** |
| | *(In thousands)* | | | |
| **Derivative Assets:** | | | | |
| Interest rate contracts | $ 87,470 | $ 992 | $ 59,867 | $ 1,028 |
| Foreign exchange contracts | 28,463 | 1,517 | 73,108 | 3,202 |
| Interest rate and economic contracts | 115,933 | 2,509 | 132,975 | 4,230 |
| Equity warrant assets | 18,539 | 3,555 | 24,081 | 4,520 |
| Total | $ 134,472 | $ 6,064 | $ 157,056 | $ 8,750 |
| | | | | |
| **Derivative Liabilities:** | | | | |
| Interest rate contracts | $ 87,470 | $ 931 | $ 59,867 | $ 1,004 |
| Foreign exchange contracts | 28,463 | — | 73,108 | 146 |
| Total | $ 115,933 | $ 931 | $ 132,975 | $ 1,150 |

## NOTE 14.  COMMITMENTS AND CONTINGENCIES

The following table presents a summary of commitments described below as of the dates indicated:

| | December 31, | |
| --- | --- | --- |
| | **2021** | **2020** |
| | *(In thousands)* | |
| Loan commitments to extend credit | $ 9,006,350 | $ 7,601,390 |
| Standby letters of credit | 345,769 | 337,336 |
| Total | $ 9,352,119 | $ 7,938,726 |

The Company is a party to financial instruments with off-balance sheet risk in the normal course of business to meet the financing needs of its customers. These financial instruments include commitments to extend credit and standby letters of credit. Those instruments involve, to varying degrees, elements of credit risk in excess of the amount recognized in the consolidated balance sheets. The contract or notional amounts of those instruments reflect the extent of involvement that the Company has in particular classes of financial instruments.

Exhibit 1

48

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

PACWEST BANCORP

<u>/s/ Matthew P. Wagner</u>
Matthew P. Wagner

| Dated: | February 28, 2022 | By: | *(Chief Executive Officer)* |

**POWERS OF ATTORNEY**

KNOW ALL PERSONS BY THESE PRESENTS, that each person whose signature appears below constitutes and appoints John M. Eggemeyer, Matthew P. Wagner, Bart R. Olson, and Angela M. W. Kelley, and each of them severally, his or her true and lawful attorney-in-fact with power of substitution and resubstitution to sign in his or her name, place and stead, in any and all capacities, to do any and all things and execute any and all instruments that such attorney may deem necessary or advisable under the Securities Exchange Act of 1934 and any rules, regulations and requirements of the U.S. Securities and Exchange Commission in connection with this Annual Report on Form 10-K and any and all amendments hereto, as fully for all intents and purposes as he or she might or could do in person, and hereby ratifies and confirms all said attorneys-in-fact and agents, each acting alone, and his or her substitute or substitutes, may lawfully do or cause to be done by virtue hereof.

182

Exhibit 1

49

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /s/ JOHN M. EGGEMEYER<br>John M. Eggemeyer | Chairman of the Board of Directors | February 28, 2022 |
| /s/ MATTHEW P. WAGNER<br>Matthew P. Wagner | Chief Executive Officer and Director (Principal Executive Officer) | February 28, 2022 |
| /s/ BART R. OLSON<br>Bart R. Olson | Executive Vice President and Chief Financial Officer (Principal Financial Officer) | February 28, 2022 |
| /s/ MONICA L. SPARKS<br>Monica L. Sparks | Executive Vice President and Chief Accounting Officer (Principal Accounting Officer) | February 28, 2022 |
| /s/ TANYA M. ACKER<br>Tanya M. Acker | Director | February 28, 2022 |
| /s/ PAUL R. BURKE<br>Paul R. Burke | Director | February 28, 2022 |
| /s/ CRAIG A. CARLSON<br>Craig A. Carlson | Director | February 28, 2022 |
| /s/ C. WILLIAM HOSLER<br>C. William Hosler | Director | February 28, 2022 |
| /s/ POLLY B. JENSEN<br>Polly B. Jensen | Director | February 28, 2022 |
| /s/ SUSAN E. LESTER<br>Susan E. Lester | Director | February 28, 2022 |
| /s/ ROGER H. MOLVAR<br>Roger H. Molvar | Director | February 28, 2022 |
| /s/ DANIEL B. PLATT<br>Daniel B. Platt | Director | February 28, 2022 |
| /s/ ROBERT A. STINE<br>Robert A. Stine | Director | February 28, 2022 |
| /s/ PAUL W. TAYLOR<br>Paul W. Taylor | Director | February 28, 2022 |

183

Exhibit 1

50