# EXHIBIT 2

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# Form 10-Q

**QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

☑

or

**TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

☐

For the quarterly period ended March 31, 2022
Commission File No. 001-36408

# PACWEST BANCORP

*(Exact name of registrant as specified in its charter)*

| **Delaware** | **33-0885320** |
|---|---|
| *(State of Incorporation)* | *(I.R.S. Employer Identification No.)* |

**9701 Wilshire Blvd., Suite 700**
**Beverly Hills, CA 90212**
*(Address of Principal Executive Offices, Including Zip Code)*

**(310) 887-8500**
*(Registrant's Telephone Number, Including Area Code)*

Securities registered pursuant to Section 12(b) of the Act:

| **Common Stock, par value $0.01 per share** | **PACW** | **The Nasdaq Stock Market LLC** |
|---|---|---|
| *(Title of Each Class)* | *(Trading Symbol)* | *(Name of Exchange on Which Registered)* |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes  ☑ No  ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes  ☑      No  ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

☑  Large accelerated filer ☐  Accelerated filer ☐  Non-accelerated filer
☐  Smaller reporting company ☐  Emerging growth company
☐  If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).    Yes ☐ No ☑

As of April 28, 2022, there were 117,447,120 shares of the registrant's common stock outstanding, excluding 2,151,411 shares of unvested restricted stock.

Exhibit 2

51

**PACWEST BANCORP**

**MARCH 31, 2022 QUARTERLY REPORT ON FORM 10-Q**

**TABLE OF CONTENTS**

**Page**

**PART I. FINANCIAL INFORMATION**

| | | |
|---|---|---|
| Item 1. | Condensed Consolidated Financial Statements (Unaudited) | |
| | Condensed Consolidated Balance Sheets (Unaudited) | 4 |
| | Condensed Consolidated Statements of Earnings (Unaudited) | 5 |
| | Condensed Consolidated Statements of Comprehensive Income (Loss) (Unaudited) | 6 |
| | Condensed Consolidated Statements of Changes in Stockholders' Equity (Unaudited) | 7 |
| | Condensed Consolidated Statements of Cash Flows (Unaudited) | 8 |
| | Notes to Condensed Consolidated Financial Statements (Unaudited) | 10 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 49 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | 78 |
| Item 4. | Controls and Procedures | 82 |

**PART II. OTHER INFORMATION**

| | | |
|---|---|---|
| Item 1. | Legal Proceedings | 82 |
| Item 1A. | Risk Factors | 82 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 82 |
| Item 6. | Index to Exhibits | 83 |
| Signatures | | 84 |

2

Exhibit 2

52

**PART I**

**Glossary of Acronyms, Abbreviations, and Terms**

The acronyms, abbreviations, and terms listed below are used in various sections of this Form 10-Q, including "Item 1. Financial Statements" and "Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations."

| | | | |
|---|---|---|---|
| ACL | Allowance for Credit Losses | FRB | Board of Governors of the Federal Reserve System |
| AFX | American Financial Exchange | FRBSF | Federal Reserve Bank of San Francisco |
| ALLL | Allowance for Loan and Lease Losses | GDP | Gross Domestic Product |
| ALM | Asset Liability Management | HOA Business | Homeowners Association Services Division of MUFG Union Bank, N.A. (a business acquired on October 8, 2021) |
| ASC | Accounting Standards Codification | IPO | Initial Public Offering |
| ASU | Accounting Standards Update | IRR | Interest Rate Risk |
| Basel III | A comprehensive capital framework and rules for U.S. banking organizations approved by the FRB and the FDIC in 2013 | LIBOR | London Inter-bank Offered Rate |
| BHCA | Bank Holding Company Act of 1956, as amended | LIHTC | Low Income Housing Tax Credit |
| BOLI | Bank Owned Life Insurance | MBS | Mortgage-Backed Securities |
| CARES Act | Coronavirus Aid, Relief, and Economic Security Act | MVE | Market Value of Equity |
| CDI | Core Deposit Intangible Assets | NAV | Net Asset Value |
| CECL | Current Expected Credit Loss | NII | Net Interest Income |
| CET1 | Common Equity Tier 1 | NIM | Net Interest Margin |
| Civic | Civic Financial Services, LLC (a company acquired on February 1, 2021) | NSF | Non-Sufficient Funds |
| CMBS | Commercial Mortgage-Backed Securities | OREO | Other Real Estate Owned |
| CMOs | Collateralized Mortgage Obligations | PPP | Paycheck Protection Program |
| Core Deposits | Includes noninterest-bearing checking accounts, interest checking accounts, money market accounts, and savings accounts | PRSUs | Performance-Based Restricted Stock Units |
| COVID-19 | Coronavirus Disease | PWAM | Pacific Western Asset Management Inc. |
| CPI | Consumer Price Index | ROU | Right-of-use |
| CRA | Community Reinvestment Act | SBA | Small Business Administration |
| CRE | Commercial Real Estate | SBIC | Small Business Investment Company |
| CRI | Customer Relationship Intangible Assets | SEC | Securities and Exchange Commission |
| DFPI | California Department of Financial Protection and Innovation | SOFR | Secured Overnight Financing Rate |
| DTAs | Deferred Tax Assets | Tax Equivalent Net Interest Income | Net interest income reflecting adjustments related to tax-exempt interest on certain loans and investment securities |
| Dodd-Frank Act | Dodd-Frank Wall Street Reform and Consumer Protection Act | Tax Equivalent NIM | NIM reflecting adjustments related to tax-exempt interest on certain loans and investment securities |
| Efficiency Ratio | Noninterest expense (less intangible asset amortization, net foreclosed assets expense (income), goodwill impairment, and acquisition, integration and reorganization costs) divided by net revenues (the sum of tax equivalent net interest income plus noninterest income, less gain/loss on sale of securities and gain/loss on sales of assets other than loans and leases) | TDRs | Troubled Debt Restructurings |
| FASB | Financial Accounting Standards Board | TRSAs | Time-Based Restricted Stock Awards |
| FDIC | Federal Deposit Insurance Corporation | U.S. GAAP | U.S. Generally Accepted Accounting Principles |
| FHLB | Federal Home Loan Bank of San Francisco | VIE | Variable Interest Entity |

Exhibit 2

53

**ITEM 1. CONDENSED CONSOLIDATED FINANCIAL STATEMENTS (UNAUDITED)**

**PACWEST BANCORP AND SUBSIDIARIES**

**CONDENSED CONSOLIDATED BALANCE SHEETS**

| | March 31, 2022 | December 31, 2021 |
|---|---|---|
| | (Unaudited) | |
| | *(Dollars in thousands, except par value amounts)* | |
| **ASSETS:** | | |
| Cash and due from banks | $ 205,446 | $ 112,548 |
| Interest-earning deposits in financial institutions | 1,865,235 | 3,944,686 |
| Total cash, cash equivalents, and restricted cash | 2,070,681 | 4,057,234 |
| Securities available-for-sale, at fair value | 9,975,109 | 10,694,458 |
| Federal Home Loan Bank stock, at cost | 17,250 | 17,250 |
| Total investment securities | 9,992,359 | 10,711,708 |
| Gross loans and leases held for investment | 24,439,749 | 23,026,308 |
| Deferred fees, net | (87,677) | (84,760) |
| Allowance for loan and lease losses | (197,398) | (200,564) |
| Total loans and leases held for investment, net | 24,154,674 | 22,740,984 |
| Equipment leased to others under operating leases | 325,305 | 339,150 |
| Premises and equipment, net | 51,011 | 46,740 |
| Foreclosed assets, net | 304 | 12,843 |
| Goodwill | 1,405,736 | 1,405,736 |
| Core deposit and customer relationship intangibles, net | 41,308 | 44,957 |
| Other assets | 1,208,261 | 1,083,992 |
| Total assets | $ 39,249,639 | $ 40,443,344 |
| **LIABILITIES:** | | |
| Noninterest-bearing deposits | $ 14,057,051 | $ 14,543,133 |
| Interest-bearing deposits | 19,167,844 | 20,454,624 |
| Total deposits | 33,224,895 | 34,997,757 |
| Borrowings | 991,000 | — |
| Subordinated debt | 863,880 | 863,283 |
| Accrued interest payable and other liabilities | 519,269 | 582,674 |
| Total liabilities | 35,599,044 | 36,443,714 |
| Commitments and contingencies | | |
| **STOCKHOLDERS' EQUITY:** | | |
| Preferred stock ($0.01 par value; 5,000,000 shares authorized; none issued and outstanding) | — | — |
| Common stock ($0.01 par value, 200,000,000 shares authorized at March 31, 2022 and December 31, 2021; 122,215,319 and 122,105,853 shares issued, respectively, includes 2,154,646 and 2,312,080 shares of unvested restricted stock, respectively) | 1,222 | 1,221 |
| Additional paid-in capital | 2,991,159 | 3,013,399 |
| Retained earnings | 1,136,478 | 1,016,350 |
| Treasury stock, at cost (2,613,553 and 2,520,999 shares at March 31, 2022 and December 31, 2021) | (101,789) | (97,308) |
| Accumulated other comprehensive (loss) income, net | (376,475) | 65,968 |
| Total stockholders' equity | 3,650,595 | 3,999,630 |
| Total liabilities and stockholders' equity | $ 39,249,639 | $ 40,443,344 |

See Notes to Condensed Consolidated Financial Statements.

4

Exhibit 2

54

**PACWEST BANCORP AND SUBSIDIARIES**

**CONDENSED CONSOLIDATED STATEMENTS OF EARNINGS**

| | Three Months Ended March 31, | |
|---|---|---|
| | 2022 | 2021 |
| | (Unaudited) *(In thousands, except per share amounts)* | |
| **Interest income:** | | |
| Loans and leases | $ 267,759 | $ 241,544 |
| Investment securities | 53,422 | 30,265 |
| Deposits in financial institutions | 1,723 | 1,528 |
| Total interest income | 322,904 | 273,337 |
| **Interest expense:** | | |
| Deposits | 6,208 | 7,500 |
| Borrowings | 161 | 193 |
| Subordinated debt | 7,818 | 4,375 |
| Total interest expense | 14,187 | 12,068 |
| Net interest income | 308,717 | 261,269 |
| **Provision for credit losses** | — | (48,000) |
| Net interest income after provision for credit losses | 308,717 | 309,269 |
| **Noninterest income:** | | |
| Leased equipment income | 13,094 | 11,354 |
| Other commissions and fees | 11,580 | 9,158 |
| Service charges on deposit accounts | 3,571 | 2,934 |
| Gain on sale of loans and leases | 60 | 139 |
| Gain on sale of securities | 104 | 101 |
| Dividends and (losses) gains on equity investments | (11,375) | 10,904 |
| Warrant income | 629 | 6,123 |
| Other income | 3,155 | 4,116 |
| Total noninterest income | 20,818 | 44,829 |
| **Noninterest expense:** | | |
| Compensation | 92,240 | 79,882 |
| Occupancy | 15,200 | 14,054 |
| Leased equipment depreciation | 9,189 | 8,969 |
| Data processing | 9,629 | 6,957 |
| Other professional services | 5,954 | 5,126 |
| Insurance and assessments | 5,490 | 4,903 |
| Customer related expense | 12,655 | 4,818 |
| Loan expense | 5,157 | 3,193 |
| Intangible asset amortization | 3,649 | 3,079 |
| Acquisition, integration and reorganization costs | — | 3,425 |
| Foreclosed assets (income) expense, net | (3,353) | 1 |
| Other expense | 11,616 | 15,729 |
| Total noninterest expense | 167,426 | 150,136 |
| Earnings before income taxes | 162,109 | 203,962 |
| Income tax expense | 41,981 | 53,556 |
| **Net earnings** | $ 120,128 | $ 150,406 |
| **Earnings per share:** | | |
| Basic | $ 1.01 | $ 1.27 |
| Diluted | $ 1.01 | $ 1.27 |

See Notes to Condensed Consolidated Financial Statements.

Exhibit 2

55

**PACWEST BANCORP AND SUBSIDIARIES**
**Notes to Condensed Consolidated Financial Statements (Unaudited)**

## NOTE 3. INVESTMENT SECURITIES

### *Securities Available-for-Sale*

The following table presents amortized cost, gross unrealized gains and losses, and fair values of securities available-for-sale as of the dates indicated:

| | March 31, 2022 | | | | December 31, 2021 | | | |
|---|---|---|---|---|---|---|---|---|
| Security Type | Amortized Cost | Gross Unrealized Gains | Gross Unrealized Losses | Fair Value | Amortized Cost | Gross Unrealized Gains | Gross Unrealized Losses | Fair Value |
| | *(In thousands)* | | | | | | | |
| Agency residential MBS | $ 2,982,056 | $ 3,461 | $ (196,703) | $ 2,788,814 | $ 2,921,993 | $ 8,866 | $ (32,649) | $ 2,898,210 |
| Municipal securities | 2,234,457 | 15,158 | (124,454) | 2,125,161 | 2,248,749 | 75,192 | (7,973) | 2,315,968 |
| Agency commercial MBS | 1,627,516 | 3,968 | (69,147) | 1,562,337 | 1,660,516 | 37,664 | (9,213) | 1,688,967 |
| Agency residential CMOs | 962,218 | 2,181 | (23,685) | 940,714 | 1,021,716 | 22,288 | (5,870) | 1,038,134 |
| U.S. Treasury securities | 973,803 | 57 | (66,117) | 907,743 | 973,555 | 1,641 | (8,298) | 966,898 |
| Corporate debt securities | 513,981 | 2,619 | (7,444) | 509,156 | 514,077 | 13,774 | (757) | 527,094 |
| Private label commercial MBS | 439,909 | — | (38,617) | 401,292 | 453,314 | 147 | (3,244) | 450,217 |
| Collateralized loan obligations | 365,355 | 236 | (1,785) | 363,806 | 385,410 | 396 | (444) | 385,362 |
| Private label residential CMOs | 256,274 | 88 | (18,202) | 238,160 | 265,851 | 1,857 | (3,291) | 264,417 |
| Asset-backed securities | 112,875 | 375 | (373) | 112,877 | 129,387 | 484 | (324) | 129,547 |
| SBA securities | 25,655 | — | (606) | 25,049 | 28,950 | 726 | (32) | 29,644 |
| Total | $ 10,494,099 | $ 28,143 | $ (547,133) | $ 9,975,109 | $ 10,603,518 | $ 163,035 | $ (72,095) | $ 10,694,458 |

As of March 31, 2022, the Company had not recorded an allowance for credit losses on securities available-for-sale. The Company does not consider unrealized losses on such securities to be attributable to credit-related factors, as the unrealized losses have occurred as a result of changes in non-credit related factors such as interest rates, market spreads, and market conditions subsequent to purchase.

As of March 31, 2022, securities available-for-sale with a fair value of $558.0 million were pledged as collateral for public deposits and other purposes as required by various statutes and agreements.

### *Realized Gains and Losses on Securities Available-for-Sale*

The following table presents the amortized cost of securities sold with related gross realized gains, gross realized losses, and net realized gains for the years indicated:

| | Three Months Ended March 31, | |
|---|---|---|
| Sales of Securities Available-for-Sale | 2022 | 2021 |
| | *(In thousands)* | |
| Amortized cost of securities sold | $ 206,088 | $ 44,551 |
| | | |
| Gross realized gains | $ 1,190 | $ 101 |
| Gross realized losses | (1,086) | — |
| Net realized gains | $ 104 | $ 101 |

12

Exhibit 2

56

**PACWEST BANCORP AND SUBSIDIARIES**
**Notes to Condensed Consolidated Financial Statements (Unaudited)**

### *Unrealized Losses on Securities Available-for-Sale*

The following tables present the gross unrealized losses and fair values of securities available-for-sale that were in unrealized loss positions as of the dates indicated:

| | March 31, 2022 | | | | | | | | | | |
| | Less Than 12 Months | | 12 Months or More | | Total | | | | | | |
| Security Type | Fair Value | | Gross Unrealized Losses | | Fair Value | | Gross Unrealized Losses | | Fair Value | | Gross Unrealized Losses | |
| | *(In thousands)* | | | | | | | | | | |
| Agency residential MBS | $ | 2,559,148 | $ | (189,302) | $ | 98,722 | $ | (7,401) | $ | 2,657,870 | $ | (196,703) |
| Municipal securities | | 1,584,374 | | (120,665) | | 31,483 | | (3,789) | | 1,615,857 | | (124,454) |
| Agency commercial MBS | | 993,615 | | (57,209) | | 102,398 | | (11,938) | | 1,096,013 | | (69,147) |
| Agency residential CMOs | | 441,966 | | (14,558) | | 96,639 | | (9,127) | | 538,605 | | (23,685) |
| U.S. Treasury securities | | 902,691 | | (66,117) | | — | | — | | 902,691 | | (66,117) |
| Corporate debt securities | | 276,481 | | (7,444) | | — | | — | | 276,481 | | (7,444) |
| Private label commercial MBS | | 390,858 | | (38,033) | | 10,433 | | (584) | | 401,291 | | (38,617) |
| Collateralized loan obligations | | 189,361 | | (1,036) | | 78,503 | | (749) | | 267,864 | | (1,785) |
| Private label residential CMOs | | 214,766 | | (18,202) | | — | | — | | 214,766 | | (18,202) |
| Asset-backed securities | | 51,934 | | (373) | | — | | — | | 51,934 | | (373) |
| SBA securities | | 23,249 | | (531) | | 1,800 | | (75) | | 25,049 | | (606) |
| Total | $ | 7,628,443 | $ | (513,470) | $ | 419,978 | $ | (33,663) | $ | 8,048,421 | $ | (547,133) |

| | December 31, 2021 | | | | | | | | | | |
| | Less Than 12 Months | | 12 Months or More | | Total | | | | | | |
| Security Type | Fair Value | | Gross Unrealized Losses | | Fair Value | | Gross Unrealized Losses | | Fair Value | | Gross Unrealized Losses | |
| | *(In thousands)* | | | | | | | | | | |
| Agency residential MBS | $ | 2,502,536 | $ | (31,670) | $ | 57,329 | $ | (979) | $ | 2,559,865 | $ | (32,649) |
| Municipal securities | | 505,080 | | (6,965) | | 29,726 | | (1,008) | | 534,806 | | (7,973) |
| Agency commercial MBS | | 440,938 | | (5,066) | | 106,745 | | (4,147) | | 547,683 | | (9,213) |
| Agency residential CMOs | | 216,445 | | (3,757) | | 67,340 | | (2,113) | | 283,785 | | (5,870) |
| U.S. Treasury securities | | 628,767 | | (8,298) | | — | | — | | 628,767 | | (8,298) |
| Corporate debt securities | | 32,761 | | (757) | | — | | — | | 32,761 | | (757) |
| Private label commercial MBS | | 397,619 | | (3,244) | | — | | — | | 397,619 | | (3,244) |
| Collateralized loan obligations | | 137,619 | | (374) | | 43,730 | | (70) | | 181,349 | | (444) |
| Private label residential CMOs | | 201,988 | | (3,291) | | — | | — | | 201,988 | | (3,291) |
| Asset-backed securities | | 38,742 | | (137) | | 15,762 | | (187) | | 54,504 | | (324) |
| SBA securities | | — | | — | | 1,864 | | (32) | | 1,864 | | (32) |
| Total | $ | 5,102,495 | $ | (63,559) | $ | 322,496 | $ | (8,536) | $ | 5,424,991 | $ | (72,095) |

The securities that were in an unrealized loss position at March 31, 2022, were considered impaired and required further review to determine if the unrealized losses were credit-related. We concluded the unrealized losses were a result of the level of market interest rates relative to the types of securities and pricing changes caused by shifting supply and demand dynamics and not a result of downgraded credit ratings or other indicators of deterioration of the underlying issuers' ability to repay. We also considered the seniority of the tranches and U.S. government agency guarantees, if any, to assess whether an unrealized loss was credit-related. Accordingly, we determined the unrealized losses were not credit-related and recognized the unrealized losses in "other comprehensive income (loss)" in stockholders' equity. Although we periodically sell securities for portfolio management purposes, we do not foresee having to sell any impaired securities strictly for liquidity needs and believe that it is more likely than not we would not be required to sell any impaired securities before recovery of their amortized cost.

Exhibit 2

57

**PACWEST BANCORP AND SUBSIDIARIES**
**Notes to Condensed Consolidated Financial Statements (Unaudited)**

### *Contractual Maturities of Securities Available-for-Sale*

The following table presents the contractual maturities of our securities available-for-sale portfolio based on amortized cost and carrying value as of the date indicated:

| | March 31, 2022 | | |
|---|---|---|---|
| **Maturities** | **Amortized Cost** | | **Fair Value** |
| | *(In thousands)* | | |
| Due in one year or less | $ | 43,600 | $ | 43,705 |
| Due after one year through five years | | 667,668 | | 670,477 |
| Due after five years through ten years | | 3,547,627 | | 3,354,275 |
| Due after ten years | | 6,235,204 | | 5,906,652 |
| Total securities available-for-sale | $ | 10,494,099 | $ | 9,975,109 |

CMBS, CMOs, and MBS have contractual maturity dates, but require periodic payments based upon scheduled amortization terms. Actual principal collections on these securities usually occur more rapidly than the scheduled amortization terms because of prepayments made by obligors of the underlying loan collateral.

### *Interest Income on Investment Securities*

The following table presents the composition of our interest income on investment securities for the periods indicated:

| | Three Months Ended March 31, | | | |
|---|---|---|---|---|
| | **2022** | | **2021** | |
| | *(In thousands)* | | | |
| Taxable interest | $ | 44,642 | $ | 21,970 |
| Non-taxable interest | | 8,519 | | 8,078 |
| Dividend income | | 261 | | 217 |
| Total interest income on investment securities | $ | 53,422 | $ | 30,265 |

14

Exhibit 2

58

**PACWEST BANCORP AND SUBSIDIARIES**
**Notes to Condensed Consolidated Financial Statements (Unaudited)**

### NOTE 10.  DERIVATIVES

The following table presents the U.S. dollar notional amounts and fair values of our derivative instruments included in the condensed consolidated balance sheets as of the dates indicated:

| | March 31, 2022 | | December 31, 2021 | |
| | Notional Amount | Fair Value | Notional Amount | Fair Value |
|---|---|---|---|---|
| **Derivatives Not Designated As Hedging Instruments** | | *(In thousands)* | | |
| **Derivative Assets:** | | | | |
| Interest rate contracts | $ 87,003 | $ 2,620 | $ 87,470 | $ 992 |
| Foreign exchange contracts | 28,463 | 1,936 | 28,463 | 1,517 |
| Interest rate and economic contracts | 115,466 | 4,556 | 115,933 | 2,509 |
| Equity warrant assets | 18,602 | 3,771 | 18,539 | 3,555 |
| Total | $ 134,068 | $ 8,327 | $ 134,472 | $ 6,064 |
| | | | | |
| **Derivative Liabilities:** | | | | |
| Interest rate contracts | $ 87,003 | $ 2,500 | $ 87,470 | $ 931 |
| Foreign exchange contracts | 28,463 | — | 28,463 | — |
| Total | $ 115,466 | $ 2,500 | $ 115,933 | $ 931 |

For further information regarding our derivatives, see Note 1. *Nature of Operations and Summary of Significant Accounting Policies* of the Notes to Consolidated Financial Statements contained in "Item 8. Financial Statements and Supplementary Data" of the Form 10-K.

### NOTE 11.  COMMITMENTS AND CONTINGENCIES

The following table presents a summary of commitments described below as of the dates indicated:

| | March 31, 2022 | December 31, 2021 |
|---|---|---|
| | *(In thousands)* | |
| Loan commitments to extend credit | $ 9,899,345 | $ 9,006,350 |
| Standby letters of credit | 321,742 | 345,769 |
| Total | $ 10,221,087 | $ 9,352,119 |

The Company is a party to financial instruments with off-balance sheet risk in the normal course of business to meet the financing needs of its customers. These financial instruments include commitments to extend credit and standby letters of credit. Those instruments involve, to varying degrees, elements of credit risk in excess of the amount recognized in the condensed consolidated balance sheets. The contract or notional amounts of those instruments reflect the extent of involvement that the Company has in particular classes of financial instruments.

Commitments to extend credit are contractual agreements to lend to our customers when customers are in compliance with their contractual credit agreements and when customers have contractual availability to borrow under such agreements. Commitments generally have fixed expiration dates or other termination clauses and may require payment of a fee. Since many of the commitments are expected to expire without being drawn upon, the total commitment amounts do not necessarily represent future cash requirements. The estimated exposure to loss from these commitments is included in the reserve for unfunded loan commitments, which amounted to $75.1 million at March 31, 2022 and $73.1 million at December 31, 2021.

Exhibit 2

59

**ITEM 2. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**Forward-Looking Information**

This Form 10-Q contains certain "forward-looking statements" about the Company and its subsidiaries within the meaning of the Private Securities Litigation Reform Act of 1995, including certain plans, strategies, goals, and projections and including statements about our expectations regarding our operating expenses, profitability, allowance for loan and lease losses, net interest margin, net interest income, deposit growth, loan and lease portfolio growth and production, acquisitions, maintaining capital adequacy, liquidity, goodwill, and interest rate risk management. All statements contained in this Form 10-Q that are not clearly historical in nature are forward-looking, and the words "anticipate," "assume," "intend," "believe," "forecast," "expect," "estimate," "plan," "continue," "will," "should," "look forward" and similar expressions are generally intended to identify forward-looking statements. All forward-looking statements (including statements regarding future financial and operating results and future transactions and their results) involve risks, uncertainties and contingencies, many of which are beyond our control, which may cause actual results, performance, or achievements to differ materially from anticipated results, performance or achievements. Actual results could differ materially from those contained or implied by such forward-looking statements for a variety of factors, including without limitation:

- the ongoing COVID-19 pandemic continues to affect the Company, its employees, customers and third-party service providers, and the ultimate extent of the impacts of the pandemic and related government stimulus programs on its business, financial position, results of operations, liquidity and prospects is still uncertain, due in part to the new variants of COVID-19;
- weaker than expected general business and economic conditions could adversely affect the Company's revenues, the values of its assets and liabilities and negatively impact loan growth;
- our ability to compete effectively against other financial service providers in our markets;
- the impact of changes in interest rates or levels of market activity, especially on the fair value of our loan and investment portfolios;
- deterioration, weaker than expected improvement, or other changes in the state of the economy or the markets in which we conduct business (including the levels of initial public offerings and mergers and acquisitions), which may affect the ability of borrowers to repay their loans and the value of real property or other property held as collateral for such loans;
- changes in credit quality and the effect of credit quality and the current expected credit loss accounting standard on our provision for credit losses and allowance for credit losses;
- our ability to attract deposits and other sources of funding or liquidity;
- our ability to efficiently deploy excess liquidity;
- the need to retain capital for strategic or regulatory reasons;
- compression of the net interest margin due to changes in the interest rate environment, forward yield curves, loan products offered, spreads on newly originated loans and leases, changes in our asset or liability mix, and/or changes to the cost of deposits and borrowings;
- impact of the benchmark interest rate reform in the U.S. including the transition away from the U.S. dollar London Inter-bank Offering Rate ("LIBOR") to alternative reference rates;
- reduced demand for our services due to strategic or regulatory reasons or reduced demand for our products due to legislative changes such as new rent control laws;
- our ability to successfully execute on initiatives relating to enhancements of our technology infrastructure, including client-facing systems and applications;
- legislative or regulatory requirements or changes, including an increase of capital requirements, and increased political and regulatory uncertainty;
- the impact on our reputation and business from our interactions with business partners, counterparties, service providers and other third parties;
- the impact of climate change, public health issues, natural or man-made disasters such as wildfires, droughts and earthquakes, all of which are particularly common in California;
- higher than anticipated increases in operating expenses;

Exhibit 2

**60**

- lower than expected dividends paid from the Bank to the holding company;
- the amount and exact timing of any common stock repurchases will depend upon market conditions and other factors;
- a deterioration in the overall macroeconomic conditions or the state of the banking industry that could warrant further analysis of the carrying value of goodwill and could result in an adjustment to its carrying value resulting in a non-cash charge;
- the effectiveness of our risk management framework and quantitative models;
- the costs and effects of legal, compliance, and regulatory actions, changes and developments, including the impact of adverse judgments or settlements in litigation, the initiation and resolution of regulatory or other governmental inquiries or investigations, and/or the results of regulatory examinations or reviews;
- the impact of changes made to tax laws or regulations affecting our business, including the disallowance of tax benefits by tax authorities and/or changes in tax filing jurisdictions or entity classifications; and
- our success at managing risks involved in the foregoing items and all other risk factors described in our audited consolidated financial statements, and other risk factors described in this Form 10-Q and other documents filed or furnished by PacWest with the SEC.

All forward-looking statements included in this Form 10-Q are based on information available at the time the statement is made. We are under no obligation to (and expressly disclaim any such obligation to) update or alter our forward-looking statements, whether as a result of new information, future events or otherwise except as required by law.

**Overview**

PacWest Bancorp, a Delaware corporation, is a bank holding company registered under the BHCA, with our corporate headquarters located in Beverly Hills, California. Our principal business is to serve as the holding company for our wholly-owned subsidiary, Pacific Western Bank. References to "Pacific Western" or the "Bank" refer to Pacific Western Bank together with its wholly-owned subsidiaries. References to "we," "us," or the "Company" refer to PacWest Bancorp together with its subsidiaries on a consolidated basis. When we refer to "PacWest" or to the "holding company," we are referring to PacWest Bancorp, the parent company, on a stand-alone basis.

In managing the top line of our business, we focus on loan growth, loan yield, deposit cost, and net interest margin. Net interest income, on a year-to-date basis in 2022, accounted for 93.7% of net revenue (net interest income plus noninterest income).

At March 31, 2022, the Company had total assets of $39.2 billion, including $24.4 billion of total loans and leases, net of deferred fees, $10.0 billion of securities available-for-sale, and $1.9 billion of interest-earning deposits in financial institutions compared to $40.4 billion of total assets, including $22.9 billion of total loans and leases, net of deferred fees, $10.7 billion of securities available-for-sale, and $3.9 billion of interest-earning deposits in financial institutions at December 31, 2021. The $1.2 billion decrease in total assets since year-end was due primarily to a $2.1 billion decrease in interest-earning deposits in financial institutions and a $719.3 million decrease in securities available-for-sale, offset partially by a $1.4 billion increase in loans and leases, net of deferred fees. The decrease in investment securities was due primarily to a decline in fair value as the portfolio had a net pre-tax unrealized gain of $90.9 million at December 31, 2021 that decreased to a net pre-tax unrealized loss of $519.0 million at March 31, 2022.

At March 31, 2022, the Company had total liabilities of $35.6 billion, including total deposits of $33.2 billion and borrowings of $991.0 million, compared to $36.4 billion of total liabilities, including $35.0 billion of total deposits and no borrowings at December 31, 2021. The $844.7 million decrease in total liabilities since year-end was due mainly to decreases of $1.1 billion in core deposits and $567.2 million in non-core non-maturity deposits, offset partially by an increase in overnight borrowings of $991.0 million. The decrease in core deposits was due primarily to a decline in balances from our venture banking clients of $1.5 billion, offset partially by an increase in community banking and national lending deposits of $415 million. At March 31, 2022, core deposits totaled $31.7 billion, or 95% of total deposits, including $14.1 billion of noninterest-bearing demand deposits, or 42% of total deposits.

Exhibit 2

61

At March 31, 2022, the Company had total stockholders' equity of $3.7 billion compared to $4.0 billion at December 31, 2021. The $349.0 million decrease in stockholders' equity since year-end was due mainly to a $442.4 million decrease in accumulated other comprehensive income (loss) due to the investment securities portfolio going from a net unrealized gain of $66.0 million to a net unrealized loss of $376.5 million, and $29.8 million of cash dividends paid, offset partially by $120.1 million in net earnings. Consolidated capital ratios decreased given the increase in risk-weighted assets of $1.8 billion, primarily from loan growth, resulting in common equity Tier 1 capital, Tier 1 capital, and total capital ratios of 8.64%, 9.07%, and 12.27% at March 31, 2022.

**Recent Events**

*Stock Repurchase Program*

On February 15, 2022, PacWest's Board of Directors authorized a new Stock Repurchase Program, effective March 1, 2022, to repurchase shares of its common stock for an aggregate purchase price not to exceed $100 million with a program maturity date of February 28, 2023.

**Key Performance Indicators**

Among other factors, our operating results generally depend on the following key performance indicators:

*The Level of Net Interest Income*

Net interest income is the excess of interest earned on our interest-earning assets over the interest paid on our interest-bearing liabilities. Net interest margin is net interest income (annualized if related to a quarterly period) expressed as a percentage of average interest-earning assets. Tax equivalent net interest income is net interest income increased by an adjustment for tax-exempt interest on certain loans and investment securities based on a 21% federal statutory tax rate. Tax equivalent net interest margin is calculated as tax equivalent net interest income divided by average interest-earning assets.

Net interest income is affected by changes in both interest rates and the volume of average interest-earning assets and interest-bearing liabilities. Our primary interest-earning assets are loans and investment securities, and our primary interest-bearing liabilities are deposits and borrowings. Contributing to our strong net interest margin is our strong yield on loans and leases and competitive cost of deposits. While our deposit balances will fluctuate depending on deposit holders' perceptions of alternative yields available in the market, we seek to minimize the impact of these variances by attracting a high percentage of noninterest-bearing deposits.

*Loan and Lease Growth*

We actively seek new lending opportunities under an array of lending products. Our lending activities include real estate mortgage loans, real estate construction and land loans, commercial loans and leases, and a small amount of consumer lending. Our commercial real estate loans and real estate construction loans are secured by a range of property types. Our commercial loans and leases portfolio is diverse and generally includes various asset-secured loans, equipment-secured loans and leases, venture capital loans to support venture capital firms' operations and the operations of entrepreneurial and venture-backed companies during the various phases of their early life cycles, and secured business loans.

Our loan origination process emphasizes credit quality. To augment our internal loan production, we have historically purchased loans such as multi-family loans from other banks, private student loans from third-party lenders, and, most recently, single-family residential mortgage loans. Prior to our acquisition of Civic, we also purchased loans from Civic. These loan purchases help us manage the concentrations in our portfolio as they diversify the geographic, interest-rate risk, credit risk, and product composition of our loan portfolio. Achieving net loan growth is subject to many factors, including maintaining strict credit standards, competition from other lenders, and borrowers that opt to prepay loans.

51

Exhibit 2

62

**Results of Operations**

*Earnings Performance*

The following table presents performance metrics for the periods indicated:

| | Three Months Ended March 31, | |
|---|---|---|
| | **2022** | **2021** |
| | *(Dollars in thousands, except per share data)* | |
| **Earnings Summary:** | | |
| Interest income | $ 322,904 | $ 273,337 |
| Interest expense | (14,187) | (12,068) |
| Net interest income | 308,717 | 261,269 |
| Provision for credit losses | — | 48,000 |
| Noninterest income | 20,818 | 44,829 |
| Noninterest expense | (167,426) | (150,136) |
| Earnings before income taxes | 162,109 | 203,962 |
| Income tax expense | (41,981) | (53,556) |
| Net earnings | $ 120,128 | $ 150,406 |
| | | |
| **Per Common Share Data:** | | |
| Diluted earnings per share | $ 1.01 | $ 1.27 |
| Book value per share | $ 30.52 | $ 30.68 |
| Tangible book value per share [1] | $ 18.42 | $ 20.39 |
| | | |
| **Performance Ratios:** | | |
| Return on average assets | 1.22 % | 1.94 % |
| Return on average tangible equity [1] | 20.93 % | 25.67 % |
| Net interest margin (tax equivalent) | 3.43 % | 3.69 % |
| Yield on average loans and leases (tax equivalent) | 4.66 % | 5.20 % |
| Cost of average total deposits | 0.07 % | 0.11 % |
| Efficiency ratio | 50.1 % | 46.4 % |
| | | |
| **Capital Ratios (consolidated):** | | |
| Common equity tier 1 capital ratio | 8.64 % | 10.39 % |
| Tier 1 capital ratio | 9.07 % | 10.39 % |
| Total capital ratio | 12.27 % | 13.60 % |

---

(1) See "- Non-GAAP Measurements."

Exhibit 2

63

### Net Interest Income

The following tables summarize the distribution of average assets, liabilities, and stockholders' equity, as well as interest income and yields earned on average interest-earning assets and interest expense and rates paid on average interest-bearing liabilities, presented on a tax equivalent basis, for the periods indicated:

| | Three Months Ended | | | | | |
|---|---|---|---|---|---|---|
| | March 31, 2022 | | | March 31, 2021 | | |
| | Average Balance | Interest Income/ Expense | Yields and Rates | Average Balance | Interest Income/ Expense | Yields and Rates |
| | *(Dollars in thousands)* | | | | | |
| **ASSETS:** | | | | | | |
| Loans and leases [1][2][3] | $ 23,433,019 | $ 269,521 | 4.66 % | $ 18,927,314 | $ 242,846 | 5.20 % |
| Investment securities [2][4] | 10,397,709 | 55,594 | 2.17 % | 5,383,140 | 32,329 | 2.44 % |
| Deposits in financial institutions | 3,083,159 | 1,723 | 0.23 % | 4,790,231 | 1,528 | 0.13 % |
| Total interest-earning assets [2] | 36,913,887 | 326,838 | 3.59 % | 29,100,685 | 276,703 | 3.86 % |
| Other assets | 2,969,417 | | | 2,315,197 | | |
| Total assets | $ 39,883,304 | | | $ 31,415,882 | | |
| | | | | | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY:** | | | | | | |
| Interest checking | $ 7,094,623 | 1,776 | 0.10 % | $ 6,401,869 | 2,232 | 0.14 % |
| Money market | 10,852,454 | 3,461 | 0.13 % | 7,975,996 | 3,278 | 0.17 % |
| Savings | 642,709 | 39 | 0.02 % | 572,959 | 35 | 0.02 % |
| Time | 1,278,609 | 932 | 0.30 % | 1,493,267 | 1,955 | 0.53 % |
| Total interest-bearing deposits | 19,868,395 | 6,208 | 0.13 % | 16,444,091 | 7,500 | 0.18 % |
| Borrowings | 298,444 | 161 | 0.22 % | 226,053 | 193 | 0.35 % |
| Subordinated debt | 863,572 | 7,818 | 3.67 % | 466,101 | 4,375 | 3.81 % |
| Total interest-bearing liabilities | 21,030,411 | 14,187 | 0.27 % | 17,136,245 | 12,068 | 0.29 % |
| Noninterest-bearing demand deposits | 14,463,667 | | | 10,173,459 | | |
| Other liabilities | 541,745 | | | 488,930 | | |
| Total liabilities | 36,035,823 | | | 27,798,634 | | |
| Stockholders' equity | 3,847,481 | | | 3,617,248 | | |
| Total liabilities and stockholders' equity | $ 39,883,304 | | | $ 31,415,882 | | |
| Net interest income [2] | | $ 312,651 | | | $ 264,635 | |
| Net interest rate spread [2] | | | 3.32 % | | | 3.57 % |
| Net interest margin [2] | | | 3.43 % | | | 3.69 % |
| | | | | | | |
| Total deposits [5] | $ 34,332,062 | $ 6,208 | 0.07 % | $ 26,617,550 | $ 7,500 | 0.11 % |

(1) Includes nonaccrual loans and leases and loan fees. Includes tax-equivalent adjustments related to tax-exempt interest on loans.
(2) Tax equivalent.
(3) Includes net loan premium amortization of $5.7 million and $1.2 million for the three months ended March 31, 2022 and 2021, respectively.
(4) Includes tax-equivalent adjustments of $2.2 million and $2.1 million for the three months ended March 31, 2022 and 2021, respectively, related to tax-exempt interest on investment securities. The federal statutory rate utilized was 21%.
(5) Total deposits is the sum of interest-bearing deposits and noninterest-bearing demand deposits. The cost of total deposits is calculated as annualized interest expense on total deposits divided by average total deposits.

Exhibit 2

64

57

*First Quarter of 2022 Compared to First Quarter of 2021*

Net interest income increased by $47.4 million to $308.7 million for the first quarter of 2022 compared to $261.3 million for the first quarter of 2021 due mainly to higher income on loans and leases and investment securities attributable to higher average balances, offset partially by lower yields on average loans and leases and average investment securities. The tax-equivalent yield on investment securities was 2.17% for the first quarter of 2022, compared to 2.44% for the same quarter of 2021. The tax equivalent yield on average loans and leases was 4.66% for the first quarter of 2022, compared to 5.20% for the same quarter of 2021.

The tax equivalent NIM was 3.43% for the first quarter of 2022 compared to 3.69% for the comparable quarter last year. The decrease in the tax equivalent NIM was due mostly to the lower yields on average loans and leases and average investment securities, offset partially by the change in the mix of average interest-earning assets driven by the increase in the balance of average loans and leases and investment securities as a percentage of average interest-earning assets from 84% to 92% and the decrease in the balance of average deposits in financial institutions as a percentage of average interest-earning assets from 16% to 8%. The balance of average loans and leases increased by $4.5 billion, the balance of average investment securities increased by $5.0 billion, and the balance of average deposits in financial institutions declined by $1.7 billion.

The cost of average total deposits decreased to 0.07% for the first quarter of 2022 from 0.11% for the first quarter of 2021 due mainly to lower rates paid on deposits in conjunction with decreased market rates.

### Provision for Credit Losses

The following table sets forth the details of the provision for credit losses on loans and leases held for investment and information regarding credit quality metrics for the periods indicated:

|  | Three Months Ended March 31, | | | |
|---|---|---|---|---|
|  | 2022 | | 2021 | |
|  | *(Dollars in thousands)* | | | |
| **Provision For Credit Losses:** | | | | |
| (Reduction in) addition to allowance for loan and lease losses | $ | (2,000) | $ | (53,000) |
| Addition to (reduction in) reserve for unfunded loan commitments | | 2,000 | | 5,000 |
| Total provision for credit losses | $ | — | $ | (48,000) |
| | | | | |
| **Credit Quality Metrics:** | | | | |
| Net charge-offs on loans and leases held for investment [1] | $ | 1,166 | $ | 2,736 |
| Annualized net charge-offs to average loans and leases | | 0.02 % | | 0.06 % |
| At quarter-end: | | | | |
| Allowance for credit losses | $ | 272,469 | $ | 383,016 |
| Allowance for credit losses to loans and leases held for investment | | 1.12 % | | 2.02 % |
| Allowance for credit losses to nonaccrual loans and leases held for investment | | 409.5 % | | 566.2 % |
| Nonaccrual loans and leases held for investment | $ | 66,538 | $ | 67,652 |
| Performing TDRs held for investment | $ | 16,781 | $ | 27,999 |
| Classified loans and leases held for investment | $ | 82,068 | $ | 163,117 |
| Special mention loans and leases held for investment | $ | 377,315 | $ | 632,997 |

_____

(1)    See "- Balance Sheet Analysis - *Allowance for Credit Losses on Loans and Leases Held for Investment*" for detail of charge-offs and recoveries by loan portfolio segment, class, and subclass for the periods presented.

Exhibit 2

65

*Deposits*

The following table presents the balance of each major category of deposits as of the dates indicated:

| Deposit Composition | | March 31, 2022 | | December 31, 2021 | |
|---|---|---|---|---|---|
| | | Balance | % of Total | Balance | % of Total |
| | | *(Dollars in thousands)* | | | |
| Noninterest-bearing demand | $ | 14,057,051 | 42 % | $ 14,543,133 | 41 % |
| Interest checking | | 6,673,696 | 20 % | 7,319,898 | 21 % |
| Money market | | 10,301,996 | 31 % | 10,241,265 | 29 % |
| Savings | | 643,661 | 2 % | 630,653 | 2 % |
| Total core deposits | | 31,676,404 | 95 % | 32,734,949 | 93 % |
| Non-core non-maturity deposits | | 322,732 | 1 % | 889,976 | 3 % |
| Total non-maturity deposits | | 31,999,136 | 96 % | 33,624,925 | 96 % |
| Time deposits $250,000 and under | | 878,383 | 3 % | 885,938 | 3 % |
| Time deposits over $250,000 | | 347,376 | 1 % | 486,894 | 1 % |
| Total time deposits | | 1,225,759 | 4 % | 1,372,832 | 4 % |
| Total deposits | $ | 33,224,895 | 100 % | $ 34,997,757 | 100 % |

During the first quarter of 2022, total deposits decreased by $1.8 billion to $33.2 billion, due primarily to declines of $1.1 billion in core deposits and $567.2 million in non-core non-maturity deposits. The decrease in core deposits in the first quarter of 2022 was driven primarily by a decrease in balances from our venture banking clients of $1.5 billion, offset partially by an increase in deposits from our community banking and national lending clients of $415 million. The decrease in non-core non-maturity deposits of $0.6 billion included the planned maturity of a $0.5 billion wholesale deposit. At March 31, 2022, core deposits totaled $31.7 billion, or 95% of total deposits, including $14.1 billion of noninterest-bearing demand deposits, or 42% of total deposits.

The following table summarizes the maturities of time deposits as of the date indicated:

| March 31, 2022 | | Time Deposits | | | | | |
|---|---|---|---|---|---|---|---|
| | | $250,000 and Under | | Over $250,000 | | Total | |
| | | *(In thousands)* | | | | | |
| Maturities: | | | | | | | |
| Due in three months or less | $ | 314,591 | $ | 208,715 | $ | 523,306 | |
| Due in over three months through six months | | 163,021 | | 52,110 | | 215,131 | |
| Due in over six months through twelve months | | 198,549 | | 79,906 | | 278,455 | |
| Total due within twelve months | | 676,161 | | 340,731 | | 1,016,892 | |
| Due in over 12 months through 24 months | | 89,638 | | 4,161 | | 93,799 | |
| Due in over 24 months | | 112,584 | | 2,484 | | 115,068 | |
| Total due over twelve months | | 202,222 | | 6,645 | | 208,867 | |
| Total | $ | 878,383 | $ | 347,376 | $ | 1,225,759 | |

*Client Investment Funds*

In addition to deposit products, we also offer select clients non-depository cash investment options through PWAM, our registered investment adviser subsidiary, and third-party money market sweep products. PWAM provides customized investment advisory and asset management solutions. At March 31, 2022, total off-balance sheet client investment funds were $1.7 billion, of which $1.0 billion was managed by PWAM. At December 31, 2021, total off-balance sheet client investment funds were $1.4 billion, of which $0.9 billion was managed by PWAM.

Exhibit 2

66

| | | Minimum Required | | |
| | Actual | For Capital Adequacy Purposes | For Capital Conservation Buffer | For Well Capitalized Classification |
|---|---|---|---|---|
| **December 31, 2021** | | | | |
| *PacWest Bancorp Consolidated* | | | | |
| Tier 1 leverage capital ratio | 6.84% | 4.00% | N/A | N/A |
| CET1 capital ratio | 8.86% | 4.50% | 7.00% | N/A |
| Tier 1 capital ratio | 9.32% | 6.00% | 8.50% | N/A |
| Total capital ratio | 12.69% | 8.00% | 10.50% | N/A |
| | | | | |
| *Pacific Western Bank* | | | | |
| Tier 1 leverage capital ratio | 7.00% | 4.00% | N/A | 5.00% |
| CET1 capital ratio | 9.56% | 4.50% | 7.00% | 6.50% |
| Tier 1 capital ratio | 9.56% | 6.00% | 8.50% | 8.00% |
| Total capital ratio | 11.80% | 8.00% | 10.50% | 10.00% |

### Subordinated Debt

We issued or assumed through mergers subordinated debt to trusts that were established by us or entities we acquired, which, in turn, issued trust preferred securities. As of March 31, 2022, the carrying value of subordinated debt totaled $863.9 million. At March 31, 2022, $131.0 million of the trust preferred securities were included in the Company's Tier I capital and $718.8 million were included in Tier II capital.

### Dividends on Common Stock and Interest on Subordinated Debt

As a bank holding company, PacWest is required to notify and receive approval from the FRB prior to declaring and paying a dividend to stockholders during any period in which quarterly and/or cumulative twelve-month net earnings are insufficient to fund the dividend amount, among other requirements. Interest payments made on subordinated debt are considered dividend payments under FRB regulations. We may not pay a dividend if the FRB objects or until such time as we receive approval from the FRB or we no longer need to provide notice under applicable regulations.

## Liquidity

### Liquidity Management

The goals of our liquidity management are to ensure the ability of the Company to meet its financial commitments when contractually due and to respond to other demands for funds such as the ability to meet the cash flow requirements of customers who may be either depositors wanting to withdraw funds or borrowers who have unfunded commitments. We have an Executive Management Asset/Liability Management Committee ("Executive ALM Committee") that is comprised of members of senior management and is responsible for managing commitments to meet the needs of customers while achieving our financial objectives. Our Executive ALM Committee meets regularly to review funding capacities, current and forecasted loan demand, and investment opportunities.

We manage our liquidity by maintaining pools of liquid assets on-balance sheet, consisting of cash and due from banks, interest-earning deposits in other financial institutions, and unpledged securities available-for-sale, which we refer to as our primary liquidity. We also maintain available borrowing capacity under secured credit lines with the FHLB and the FRBSF, which we refer to as our secondary liquidity.

74

Exhibit 2

67

As a member of the FHLB, the Bank had secured borrowing capacity with the FHLB of $3.6 billion at March 31, 2022, of which all but $629.0 million was available on that date. The FHLB secured credit line was collateralized by a blanket lien on $5.6 billion of certain qualifying loans. The Bank also had secured borrowing capacity with the FRBSF of $2.4 billion at March 31, 2022, all of which was available on that date. The FRBSF secured credit line was collateralized by liens on $2.9 billion of qualifying loans.

In addition to its secured lines of credit, the Bank also maintains unsecured lines of credit for the purpose of borrowing overnight funds, subject to availability, of $112.0 million with the FHLB and $180.0 million in the aggregate with several correspondent banks. As of March 31, 2022, there was a $112.0 million balance outstanding related to the FHLB unsecured line of credit. The Bank is a member of the AFX, through which it may either borrow or lend funds on an overnight or short-term basis with a group of pre-approved commercial banks. The availability of funds changes daily. As of March 31, 2022, the Bank had borrowed $250.0 million through the AFX.

The following tables provide a summary of the Bank's primary and secondary liquidity levels at the dates indicated:

| **Primary Liquidity - On-Balance Sheet** | | **March 31, 2022** | | **December 31, 2021** |
|---|---|---|---|---|
| | | *(Dollars in thousands)* | | |
| Cash and due from banks | $ | 205,446 | $ | 112,548 |
| Interest-earning deposits in financial institutions | | 1,865,235 | | 3,944,686 |
| Securities available-for-sale | | 9,975,109 | | 10,694,458 |
| Less: pledged securities | | (558,004) | | (532,418) |
| Total primary liquidity | $ | 11,487,786 | $ | 14,219,274 |
| | | | | |
| Ratio of primary liquidity to total deposits | | 34.6 % | | 40.6 % |

| **Secondary Liquidity - Off-Balance Sheet** **Available Secured Borrowing Capacity** | | **March 31, 2022** | | **December 31, 2021** |
|---|---|---|---|---|
| | | *(In thousands)* | | |
| Secured borrowing capacity with the FHLB | $ | 3,573,555 | $ | 3,976,465 |
| Less: secured advances outstanding | | (629,000) | | — |
| Available secured borrowing capacity with the FHLB | | 2,944,555 | | 3,976,465 |
| Available secured borrowing capacity with the FRBSF | | 2,410,630 | | 1,380,191 |
| Total secondary liquidity | $ | 5,355,185 | $ | 5,356,656 |

During the three months ended March 31, 2022, the Company's primary liquidity decreased by $2.7 billion to $11.5 billion at March 31, 2022 due mainly to a $2.1 billion decrease in interest-earning deposits in financial institutions and a $719.3 million decrease in securities available-for-sale. The Company's secondary liquidity was $5.4 billion at both March 31, 2022 and December 31, 2021.

In addition to our primary liquidity, we generate liquidity from cash flows from our loan and securities portfolios and from our large base of core deposits, defined as noninterest-bearing demand, interest checking, savings, and non-brokered money market accounts. At March 31, 2022, core deposits totaled $31.7 billion and represented 95% of the Company's total deposits. Core deposits are normally less volatile, often with customer relationships tied to other products offered by the Bank promoting long-standing relationships and stable funding sources. See "- Balance Sheet Analysis - *Deposits*" for additional information and detail of our core deposits.

Exhibit 2

68

Our deposit balances may decrease if customers withdraw funds from the Bank. In order to address the Bank's liquidity risk from fluctuating deposit balances, the Bank maintains adequate levels of available liquidity on and off the balance sheet.

We use brokered deposits, the availability of which is uncertain and subject to competitive market forces and regulation, for liquidity management purposes. At March 31, 2022, brokered deposits totaled $518.4 million, consisting primarily of $322.7 million of non-maturity brokered accounts and $195.6 million of brokered time deposits. At December 31, 2021, brokered deposits totaled $1.1 billion, consisting mainly of $890.0 million of non-maturity brokered accounts and $195.7 million of brokered time deposits.

Our liquidity policy includes guidelines for On-Balance Sheet Liquidity (a measurement of primary liquidity to total deposits plus borrowings), Liquidity Buffer Coverage Ratio (the ratio of cash and unpledged securities to the estimated 30 day cash outflow in a defined stress scenario), Liquidity Stress Test Survival Horizon (the number of days that the Bank's liquidity buffer plus available secured borrowing capacity is sufficient to offset cumulative cash outflow in a defined stress scenario), Loan to Funding Ratio (measurement of gross loans net of fees divided by deposits plus borrowings), Wholesale Funding Ratio (measurement of wholesale funding divided by interest-earning assets), and other guidelines developed for measuring and maintaining liquidity. At March 31, 2022, the Bank was in compliance with all established liquidity guidelines.

### Holding Company Liquidity

PacWest acts a source of financial strength for the Bank which can also include being a source of liquidity. The primary sources of liquidity for the holding company include dividends from the Bank, intercompany tax payments from the Bank, and PacWest's ability to raise capital, issue subordinated debt, and secure outside borrowings. PacWest's ability to obtain funds for the payment of dividends to our stockholders, the repurchase of shares of common stock, and other cash requirements is largely dependent upon the Bank's earnings. The Bank is subject to restrictions under certain federal and state laws and regulations that limit its ability to transfer funds to the holding company through intercompany loans, advances, or cash dividends. PacWest's ability to pay dividends is also subject to the restrictions set forth in Delaware law, by the FRB, and by certain covenants contained in our subordinated debt. Approval by the FRB is required prior to our declaring and paying a cash dividend during any period in which our quarterly and/or cumulative twelve-month net earnings are insufficient to fund the dividend amount, among other requirements. PacWest may not pay a dividend if the FRB objects or until such time as we receive approval from the FRB or we no longer need to provide notice under applicable regulations. In addition, we may be restricted by applicable law or regulation or actions taken by our regulators, now or in the future, from paying dividends.

Dividends paid by California state-chartered banks are regulated by the FDIC for non-member banks and the DFPI under their general supervisory authority. The Bank may declare a dividend without the approval of the DFPI and FDIC as long as the total dividends declared in a calendar year do not exceed either the retained earnings or the total of net earnings for the three previous fiscal years less any dividends paid during such period. The Bank had a net loss of $155.3 million during the three fiscal years of 2021, 2020, and 2019, compared to dividends of $776.0 million paid by the Bank during that same period. During the three months ended March 31, 2022, PacWest received $33.0 million in dividends from the Bank. Since the Bank had an accumulated deficit of $1.4 billion at March 31, 2022, for the foreseeable future any dividends from the Bank to PacWest will continue to require DFPI and FDIC approval consistent with what has been required since 2008 when Bank first had an accumulated deficit triggered by goodwill impairment write-downs during the financial crisis of 2007-2008.

At March 31, 2022, PacWest had $173.7 million in cash and cash equivalents, of which substantially all was on deposit at the Bank. We believe this amount of cash, along with anticipated future dividends from the Bank, will be sufficient to fund the holding company's cash flow needs over the next 12 months.

### Stock Repurchase Program

On February 15, 2022, PacWest's Board of Directors authorized a new Stock Repurchase Program, effective March 1, 2022, to repurchase shares of its common stock for an aggregate purchase price not to exceed $100 million with a program maturity date of February 28, 2023.

Exhibit 2

69

**ITEM 3. QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK**

This analysis should be read in conjunction with text under the caption "*Quantitative and Qualitative Disclosures About Market Risk*" in our Form 10-K, which text is incorporated herein by reference. Our analysis of market risk and market-sensitive financial information contains forward-looking statements and is subject to the disclosure at the beginning of Item 2 regarding such forward-looking information.

**Market Risk - Foreign Currency Exposure**

We enter into foreign exchange contracts with our clients and counterparty banks primarily for the purpose of offsetting or hedging clients' foreign currency exposures arising out of commercial transactions, and we enter into cross currency swaps to hedge exposures to debt instruments denominated in foreign currencies. We have experienced and will continue to experience fluctuations in our net earnings as a result of transaction gains or losses related to revaluing certain asset and liability balances that are denominated in currencies other than the U.S. Dollar, and the derivatives that hedge those exposures. As of March 31, 2022, the U.S. Dollar notional amounts of subordinated debt payable denominated in foreign currencies was $28.5 million, and the U.S. Dollar notional amounts of derivatives outstanding to hedge these foreign currency exposures was $28.5 million. We recognized a foreign currency translation net gain of $1.2 million for the three months ended March 31, 2022 and a foreign currency translation net gain of $358,000 for the three months ended March 31, 2021.

**Asset/Liability Management and Interest Rate Sensitivity**

*Interest Rate Risk*

We measure our IRR position on a monthly basis using two methods: (i) NII simulation analysis; and (ii) MVE modeling. The Executive ALM Committee and the Board Asset/Liability Management Committee review the results of these analyses quarterly. If hypothetical changes to interest rates cause changes to our simulated net present value of equity and/or net interest income outside our pre-established limits, we may adjust our asset and liability mix in an effort to bring our interest rate risk exposure within our established limits.

We evaluated the results of our NII simulation model and MVE model prepared as of March 31, 2022, the results of which are presented below. Our NII simulation and MVE model indicate that our balance sheet is asset-sensitive. An asset-sensitive profile would suggest that a sudden sustained increase in rates would result in an increase in our estimated NII and MVE, while a liability-sensitive profile would suggest that these amounts would decrease.

*Net Interest Income Simulation*

We used a NII simulation model to measure the estimated changes in NII that would result over the next 12 months from immediate and sustained changes in interest rates as of March 31, 2022. This model is an interest rate risk management tool and the results are not necessarily an indication of our future net interest income. This model has inherent limitations and these results are based on a given set of rate changes and assumptions at one point in time. We have assumed no growth or changes in the product mix of either our total interest-sensitive assets or liabilities over the next 12 months, therefore the results reflect an interest rate shock to a static balance sheet.

This analysis calculates the difference between NII forecasted using both increasing and decreasing interest rate scenarios using the forward yield curve at March 31, 2022. In order to arrive at the base case, we extend our balance sheet at March 31, 2022 one year and reprice any assets and liabilities that would contractually reprice or mature during that period using the products' pricing as of March 31, 2022. Based on such repricing, we calculate an estimated NII and NIM for each rate scenario.

Exhibit 2

70

The NII simulation model is dependent upon numerous assumptions. For example, almost half of our loans are variable rate (excluding hybrid loans), which are assumed to reprice in accordance with their contractual terms. Some loans and investment securities include the opportunity of prepayment (embedded options) and the simulation model uses prepayment assumptions to estimate these accelerated cash flows and reinvest these proceeds at current simulated yields. Our interest-bearing deposits reprice at our discretion and are assumed to reprice at a rate less than the change in market rates. The 12-month NII simulation model as of March 31, 2022 assumes interest-bearing deposits reprice at 30% of the change in market rates in a rising interest rate scenario, depending on the amount of the rate change (this is commonly referred to as the "deposit beta"). The effects of certain balance sheet attributes, such as fixed-rate loans, variable-rate loans that have reached their floors, and the volume of noninterest-bearing deposits as a percentage of earning assets, impact our assumptions and consequently the results of our NII simulation model. Additionally, we assume that all market interest rates have an interest rate floor of 0%. Changes that could vary significantly from our assumptions include loan and deposit growth or contraction, loan and deposit pricing, changes in the mix of earning assets or funding sources, and future asset/liability management decisions, all of which may have significant effects on our net interest income.

The following table presents forecasted net interest income and net interest margin for the next 12 months using the static balance sheet and forward yield curve as the base scenario, with immediate and sustained parallel upward movements in interest rates of 100, 200, and 300 basis points and sustained parallel downward movements in interest rates of 25, 50, and 100 basis points as of the date indicated:

| March 31, 2022 | | Forecasted Net Interest Income (Tax Equivalent) | Percentage Change From Base | Forecasted Net Interest Margin (Tax Equivalent) | Forecasted Net Interest Margin Change From Base |
|---|---|---|---|---|---|
| | | | *(Dollars in millions)* | | |
| **Interest Rate Scenario:** | | | | | |
| Up 300 basis points | $ | 1,465.4 | 10.4% | 3.98% | 0.37% |
| Up 200 basis points | $ | 1,418.4 | 6.8% | 3.86% | 0.25% |
| Up 100 basis points | $ | 1,375.3 | 3.6% | 3.74% | 0.13% |
| BASE CASE | $ | 1,327.5 | — | 3.61% | |
| Down 25 basis points | $ | 1,321.9 | (0.4)% | 3.59% | (0.02)% |
| Down 50 basis points | $ | 1,315.6 | (0.9)% | 3.58% | (0.03)% |
| Down 100 basis points | $ | 1,293.8 | (2.5)% | 3.52% | (0.09)% |

During the first quarter of 2022, total base case year 1 tax equivalent NII increased by $144.1 million to $1.3 billion at March 31, 2022, and the base case tax equivalent NIM increased to 3.61% at March 31, 2022 from 3.17% at December 31, 2021. The increase in year 1 NII and tax equivalent NIM compared to the December 31, 2021 forecasted NII and NIM was attributable to the shift in the mix of interest-earning assets resulting from the increase in loans and leases and the decrease in interest-earning deposits in financial institutions, and the impact of the increase in the implied forward yield curve. The implied forward yield curve for December 31, 2021 included three 25 basis points rate hikes, while the implied forward yield curve for March 31, 2022 included nine 25 basis points rate hikes.

In addition to parallel interest rate shock scenarios, we also model various alternative rate vectors. The most favorable alternate rate vector that we model is the "Bear Flattener Severe" scenario, when short-term rates increase faster than long-term rates. In the "Bear Flattener Severe" scenario, Year 1 tax equivalent NII increases by 4.5%. Because of the low level of market interest rates and the assumption that market rates contain a 0% floor, the ad hoc scenarios that assume decreasing interest rates do not differ materially from the base case scenario.

Exhibit 2

71

At March 31, 2022, we had $24.4 billion of total loans that included $11.1 billion with variable interest rate terms (excluding hybrid loans discussed below). Of the variable interest rate loans, $9.8 billion, or 88%, contained interest rate floor provisions, which included $6.5 billion of loans at or below their floors and $3.3 billion of loans that are above their floors and will reprice with future rate increases. The following table summarizes the amount of loans at or below their floors that will reprice based on the indicated increases in interest rates:

| | March 31, 2022 |
| --- | --- |
| Basis Points of Rate Increases | Variable Rate Loans At or Below Their Floors That Will Reprice As Rates Increase |
| | *(In millions)* |
| 50 bps | $ 2,598 |
| 100 bps | 1,972 |
| 150 bps | 910 |
| 200 bps | 872 |
| 250 bps | 177 |
| 300 bps | 4 |
| 400 bps | 2 |
| Total | $ 6,535 |

At March 31, 2022, we also had $4.5 billion of variable-rate hybrid loans that do not immediately reprice because the loans contain an initial fixed-rate period before they become variable. The cumulative amounts of hybrid loans that would switch from being fixed-rate to variable-rate because the initial fixed-rate term would expire were approximately $146.6 million, $508.2 million, and $945.6 million in the next one, two, and three years.

LIBOR is expected to be phased out in 2023, as such the Company stopped originations of LIBOR-indexed loans effective December 31, 2021. The business processes impacted relate primarily to our variable-rate loans and our subordinated debt, both of which are indexed to LIBOR. For further information, see Item 7A. "*Risk Factors*" of our Annual Report on Form 10-K for the year ended December 31, 2021.

### *Market Value of Equity*

We measure the impact of market interest rate changes on the net present value of estimated cash flows from our assets, liabilities, and off-balance sheet items, defined as the market value of equity, using our MVE model. This simulation model assesses the changes in the market value of our interest-sensitive financial instruments that would occur in response to an instantaneous and sustained increase in market interest rates of 100, 200, and 300 basis points and sustained decrease in market interest rates of 50 and 100 basis points. This analysis assigns significant value to our noninterest-bearing deposit balances. The projections include various assumptions regarding cash flows and interest rates and are by their nature forward-looking and inherently uncertain.

The MVE model is an interest rate risk management tool and the results are not necessarily an indication of our actual future results. Actual results may vary significantly from the results suggested by the market value of equity table. Loan prepayments and deposit attrition, changes in the mix of our earning assets or funding sources, and future asset/liability management decisions, among others, may vary significantly from our assumptions. The base case is determined by applying various current market discount rates to the estimated cash flows from the different types of assets, liabilities, and off-balance sheet items existing at March 31, 2022.

Exhibit 2

72

The following table shows the projected change in the market value of equity for the rate scenarios presented as of the date indicated:

| March 31, 2022 | Projected Market Value of Equity | | Dollar Change From Base | | Percentage Change From Base | Percentage of Total Assets | Ratio of Projected Market Value to Book Value |
|---|---|---|---|---|---|---|---|
| | | | *(Dollars in millions)* | | | | |
| **Interest Rate Scenario:** | | | | | | | |
| Up 300 basis points | $ | 9,968.7 | $ | 1,034.8 | 11.6 % | 25.4 % | 273.1 % |
| Up 200 basis points | $ | 9,715.8 | $ | 781.9 | 8.8 % | 24.8 % | 266.1 % |
| Up 100 basis points | $ | 9,372.1 | $ | 438.2 | 4.9 % | 23.9 % | 256.7 % |
| BASE CASE | $ | 8,933.9 | $ | — | — % | 22.8 % | 244.7 % |
| Down 50 basis points | $ | 8,670.3 | $ | (263.6) | (3.0)% | 22.1 % | 237.5 % |
| Down 100 basis points | $ | 8,329.7 | $ | (604.2) | (6.8)% | 21.2 % | 228.2 % |

During the first quarter of 2022, total base case projected market value of equity increased from December 31, 2021 by $262.1 million to $8.9 billion at March 31, 2022. This increase in base case projected MVE was due mostly to: (1) a $1.6 billion decrease in the mark-to-market adjustment for total deposits, borrowings, and subordinated debt; offset partially by (2) a $952.4 million decrease in the mark-to-market adjustment for loans and leases; and (3) a $349.0 million decrease in the book value of stockholders' equity due mainly to a $442.4 million decline in accumulated other comprehensive income and $29.8 million of cash dividends paid, offset partially by $120.1 million of net earnings.

Exhibit 2

73

**ITEM 4. CONTROLS AND PROCEDURES**

As of the end of the period covered by this report, an evaluation was carried out by the Company's management, with the participation of the Chief Executive Officer and the Chief Financial Officer, of the effectiveness of the Company's disclosure controls and procedures (as defined in Rule 13a-15(e) under the Securities Exchange Act of 1934). Based upon that evaluation, the Chief Executive Officer and Chief Financial Officer concluded that, as of the end of the period covered by this report, these disclosure controls and procedures were effective.

There have been no changes in the Company's internal control over financial reporting (as defined in Rule 13a-15(f) under the Securities Exchange Act of 1934) during our most recent fiscal quarter that have materially affected, or are reasonably likely to materially affect, the Company's internal control over financial reporting.

## PART II. OTHER INFORMATION

### ITEM 1. LEGAL PROCEEDINGS

The information set forth in Note 11. *Commitments and Contingencies* in the Notes to Condensed Consolidated Financial Statements (Unaudited) is incorporated herein by reference.

In addition, in the ordinary course of our business, we are party to various legal actions, which we believe are incidental to the operation of our business. The outcome of such legal actions and the timing of ultimate resolution are inherently difficult to predict. In the opinion of management, based upon information currently available to us, any resulting liability, in addition to amounts already accrued, and taking into consideration insurance which may be applicable, would not have a material adverse effect on the Company's financial statements or operations.

### ITEM 1A. RISK FACTORS

For information regarding factors that could affect the Company's results of operations, financial condition and liquidity, see the risk factors disclosed in the "*Risk Factors*" section of our Annual Report on Form 10-K for the year ended December 31, 2021. See also "Forward-Looking Information" disclosed in Part I, Item 2 of this quarterly report on Form 10-Q.

### ITEM 2. UNREGISTERED SALES OF EQUITY SECURITIES AND USE OF PROCEEDS

The following table presents stock purchases made during the first quarter of 2022:

| Purchase Dates | Total Number of Shares Purchased [1] | Average Price Paid Per Share | Total Number of Shares Purchased as Part of Publicly Announced Program [2] | Maximum Dollar Value of Shares That May Yet Be Purchased Under the Program [2] |
|---|---|---|---|---|
| | *(Dollars in thousands, except per share amounts)* | | | |
| January 1 - January 31, 2022 | 31,081 | $ 46.43 | — | $ — |
| February 1 - February 28, 2022 | 61,473 | $ 49.42 | — | $ — |
| March 1 - March 31, 2022 | — | $ — | — | $ 100,000 |
| Total | 92,554 | $ 48.42 | — | |

---

(1)  Shares repurchased pursuant to net settlement by employees in satisfaction of income tax withholding obligations incurred through the vesting of Company stock awards.

(2)  On February 15, 2022, PacWest's Board authorized a new Stock Repurchase Program, effective March 1, 2022, to repurchase shares of its common stock for an aggregate purchase price not to exceed $100 million with a program maturity date of February 28, 2023. No shares have been repurchased under the new Stock Repurchase Program since its March 1, 2022 start date.

Exhibit 2

74

**Signatures**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

PACWEST BANCORP

Date:   May 6, 2022

/s/ Bart R. Olson

Bart R. Olson

*Chief Financial Officer and Principal Financial Officer*

84

Exhibit 2