# EXHIBIT 3

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**
**pursuant to section 13 or 15(d) of the securities exchange act of 1934**

Date of Report (Date of earliest event reported) **July 20, 2022**

# PacWest Bancorp

(Exact name of registrant as specified in its charter)

| **Delaware** | **001-36408** | **33-0885320** |
|:---:|:---:|:---:|
| (State of Incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**9701 Wilshire Blvd., Suite 700, Beverly Hills, California 90212**
(Address of principal executive offices and zip code)

**(310) 887-8500**
(Registrant's telephone number, including area code)

N/A
(Former name or former address, if changed since last report)

Securities registered pursuant to
Section 12(b) of the Act:

| **Common Stock, par value $0.01 per share**<br>**Depositary Shares, each representing a**<br>**1/40th interest in a share of 7.75% fixed**<br>**rate reset non-cumulative perpetual**<br>**preferred stock, Series A** | **PACW**<br><br><br><br>**PACWP** | **The Nasdaq Stock Market, LLC**<br><br><br><br>**The Nasdaq Stock Market, LLC** |
|:---:|:---:|:---:|
| (Title of Each Class) | (Trading Symbol) | (Name of Exchange on Which Registered) |

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230-425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securitie (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transitio complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.

Exhibit 3

76

**Item 2.02 Results of Operations and Financial Condition.***

      On July 20, 2022, PacWest Bancorp (the "Company") announced its results of operations and financial condition for the three and six months ended June 30, 2022. The press release announcing the financial results for the three and six months ended June 30, 2022 is furnished as Exhibit 99.1 and incorporated herein by reference. A presentation regarding the Company's financial results for the three and six months ended June 30, 2022 is furnished as Exhibit 99.2 and incorporated herein by reference.

**Item 9.01 Financial Statements and Exhibits.***

(d) Exhibits.

Exhibit
Number                                    Description

| Exhibit Number | Description |
|---|---|
| 99.1 | Press release dated July 20, 2022 announcing PacWest's results of operations and financial condition for the three and six months ended June 30, 2022. |
| 99.2 | Earnings Release Presentation |
| 104 | Cover page interactive data file (embedded within the Inline XBRL document) |

*The information furnished under Item 2.02 and Item 9.01 of this Current Report on Form 8-K, including the exhibit, shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended, or otherwise subject to the liabilities under that Section, nor shall it be deemed incorporated by reference in any registration statement or other filings of PacWest Bancorp under the Securities Act of 1933, as amended, except as shall be set forth by specific reference in such filing.

Exhibit 3

77

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

PacWest Bancorp

By:  /s/ Bart R. Olson

Name: Bart R. Olson

Title:  Executive Vice President
      Chief Financial Officer

Date: July 20, 2022

Exhibit 3

78

EX-99.2 3 tm2221454d1_ex99-2.htm EXHIBIT 99.2

**Exhibit 99.2**

Exhibit 3

79



# Second Quarter 2022 Results

**Earnings Release Presentation**

**July 20, 2022**

Exhibit 3

80

# Key Second Quarter Takeaways

➢ We are focused on optimizing the balance sheet and rebuilding our capital ratios

➢ 2Q had exceptional loan growth which had four material impacts on 2Q22:

- drove $15mm of net interest income growth vs. 1Q22

- led to the first loan loss provision since 4Q20 due to unfunded commitment growth

- higher expenses due to elevated bonus accruals/commissions as well as loan related expenses which accounted for ~$7mm of the quarterly increase

- was a factor in upsizing our preferred capital raise

➢ Higher rates, slower economic growth and greater uncertainty are expected to slow loan growth in the second half of the year

➢ Higher interest rates should benefit earnings and show up more in the second half of 2022

➢ Continued deposit headwinds in our Venture business – with deposit outflows of $1.9bn in the quarter ($500mm moved to PWAM) which was offset by increases in wholesale deposits

➢ Credit quality metrics remain near historic lows

➢ Raised $513mm in preferred equity advancing our capital plan, capital ratios should benefit from increasing profitability and slower balance sheet growth



PacWest Bancorp

Exhibit 3

81

# Forward-Looking Statements

This communication contains certain forward-looking information about PacWest Bancorp (the "Company") that is intended to be covered by the safe harbor for "forward-looking statements" provided by the Private Securities Litigation Reform Act of 1995. Statements that are not historical or current facts, including statements about future financial and operational results, expectations, or intentions are forward-looking statements. Such statements often use words such as "anticipates," "targets," "expects," "estimates," "intends," "plans," "believes," "continue" and other similar expressions or future or conditional verbs such as "will," "may," "might," "should," "would" and "could." Such statements are based on information available at the time of the communication and are based on current beliefs and expectations of the Company's management and are subject to significant risks, uncertainties and contingencies, many of which are beyond our control, which may cause actual results, performance, or achievements to differ materially from those expressed in them. The ongoing COVID-19 pandemic continues to affect PacWest Bancorp, its employees, customers and third-party service providers, and the ultimate extent of the impacts on its business, financial position, results of operations, liquidity and prospects is uncertain, due in part to new variants of COVID-19. The risks from the COVID-19 pandemic have decreased as the pandemic subsides, however, new variants may continue to impact key macro-economic indicators such as unemployment and GDP and may have a material impact on our allowance for credit losses and related provision for credit losses. Continued deterioration in general business and economic conditions could adversely affect PacWest Bancorp's revenues and the values of its assets and liabilities, including goodwill, lead to a tightening of credit and increase stock price volatility. In addition, PacWest Bancorp's results could be adversely affected by changes in interest rates, inflation, sustained high unemployment rates, deterioration in the credit quality of its loan portfolio or in the value of the collateral securing those loans, deterioration in the value of its investment securities, and legal and regulatory developments. Actual results may differ materially from those set forth or implied in the forward-looking statements due to a variety of factors, including the risk factors described in documents filed by the Company with the U.S. Securities and Exchange Commission.

We are under no obligation (and expressly disclaim any such obligation) to update or alter our forward-looking statements, whether as a result of new information, future events or otherwise, except as required by law.


PacWest Bancorp

Exhibit 3

82