# EXHIBIT 4



21-Jul-2022

# PacWest Bancorp (PACW)

## Q2 2022 Earnings Call

Exhibit 4

83



Copyright © 2001-2022 FactSet CallStreet, LLC

**PacWest Bancorp** *(PACW)*
Q2 2022 Earnings Call

Corrected Transcript
21-Jul-2022

# CORPORATE PARTICIPANTS

**William James Black**
*Executive Vice President-Strategy & Corporate Development, PacWest Bancorp*

**Matthew P. Wagner**
*Chief Executive Officer & Director, PacWest Bancorp*

**Paul W. Taylor**
*President, PacWest Bancorp*

**Bart R. Olson**
*Chief Financial Officer & Executive Vice President, PacWest Bancorp*

**Mark T. Yung**
*Chief Operating Officer & Executive Vice President, PacWest Bancorp*

# OTHER PARTICIPANTS

**Jared Shaw**
*Analyst, Wells Fargo Securities LLC*

**Andrew Terrell**
*Analyst, Stephens, Inc.*

**Brandon King**
*Analyst, Truist Securities, Inc.*

**Matthew T. Clark**
*Analyst, Piper Sandler & Co.*

**Gary Peter Tenner**
*Analyst, D. A. Davidson & Co.*

**Christopher Marinac**
*Analyst, Janney Montgomery Scott LLC*

**Christopher McGratty**
*Analyst, Keefe, Bruyette & Woods, Inc.*

Exhibit 4

84


Copyright © 2001-2022 FactSet CallStreet, LLC

**PacWest Bancorp** *(PACW)*
Q2 2022 Earnings Call

Corrected Transcript
21-Jul-2022

# MANAGEMENT DISCUSSION SECTION

**Operator**: Good day and welcome to the PacWest Bancorp Second Quarter Earnings Conference Call. This conference is being recorded. At this time, I'd like to turn the conference over to Mr. Bill Black. Please go ahead, sir.

### William James Black
*Executive Vice President-Strategy & Corporate Development, PacWest Bancorp*

Thank you. Good morning and welcome to PacWest's second quarter 2022 earnings conference call. Investors have been eager for us to do a call for some time, and we're excited to add this to our ongoing investor relations activities. With me and speaking today will be CEO, Matt Wagner; CFO, Bart Olson; COO and leader of our Venture Banking Business, Mark Yung; and our newly appointed President, Paul Taylor.

Beforehand I hand the call over to Matt, please note that we may make forward-looking statements during today's call that are subject to risks, uncertainties and assumptions. For more complete discussion of the risks and uncertainties that could cause actual results to differ materially from any forward-looking statements, see our company's SEC filings, including 8-K filed yesterday afternoon, which is available on the company's website.

I'd now like to turn the call over to Matt.

### Matthew P. Wagner
*Chief Executive Officer & Director, PacWest Bancorp*

Okay. Thank you, Bill. And good morning, everybody. I just wanted to make one comment before we get into the results for the second quarter. I'd like to welcome Paul Taylor to the PacWest team. Of course, Paul has been on the board since May of 2021. So he's not new to the PacWest story. As announced on June 13, Paul joined PacWest as President and will succeed me as CEO upon my previously announced planned retirement at the end of 2023.

Paul and I have known each other for many years and many of you probably know Paul from his days as CEO of Guaranty Bancorp here in Denver from 2011 to 2018 and then Opus Bank from 2019 to 2020. We're very excited to have completed the search for my successor earlier than planned and I look forward to working closely with Paul during the transition over the next 18 months.

Paul, would you like to say a few words?

### Paul W. Taylor
*President, PacWest Bancorp*

Thanks, Matt, and good morning, everyone. Like Matt, I'm very excited about the new opportunity. My time on the board has provided me with the opportunity to get to know both the board and the management team which has allowed me to hit the ground running. I'm looking forward to building on the success of the company and leading it into the future.

### Matthew P. Wagner
*Chief Executive Officer & Director, PacWest Bancorp*

Exhibit 4

85



Copyright © 2001-2022 FactSet CallStreet, LLC

# PacWest Bancorp *(PACW)*
Q2 2022 Earnings Call

 Corrected Transcript
21-Jul-2022

Thanks, Paul. With that, let me turn it back over to Bill for a summary of the key highlights for the second quarter. Thanks.

---

## William James Black
*Executive Vice President-Strategy & Corporate Development, PacWest Bancorp*

Thanks, Matt. We continue to focus on two strategic priorities, optimizing the balance sheet through remixing earning assets and rebuilding our capital ratios. The second quarter was marked by exceptional loan growth which has been a culmination of our colleagues' hard work over the last 12 to 18 months. That growth has had four material impacts on our second quarter. First and foremost, the loan growth helped drive the $15 million of net interest income growth quarter-to-quarter. Second, the $2 billion increase in unfunded commitments led to a loan loss provision for the first time since the fourth quarter of 2020. Third, expenses were elevated due to higher bonus accruals and commissions as well as higher loan-related expenses. These items accounted for about $7 million of the Q-to-Q increase.

Finally, the strong loan growth was a factor in upsizing our preferred capital raise. The second quarter saw an incredibly volatile rate environment and significantly more economic uncertainty which has caused us to tap the brakes with the expectation of slower loan growth in the second half of the year. We expect the higher interest rates to benefit our earnings over time and will start to show up in the second half of 2022. We saw continued deposit headwinds in our venture business with deposit outflows of $1.9 billion in the quarter which was offset by increases in wholesale deposits.

Our credit quality metrics remained near historic lows with net recoveries in the second quarter. We added to the ACL to be prepared for whatever the economic environment and greater uncertainty deliver. We strengthened our capital position with the $513 million preferred equity raise advancing our capital plan. We will continue to grow our capital ratios from here with increasing profitability and slower balance sheet growth.

And with that, I'd like to hand it over to Bart for some specific commentary on the financial results before we go into Q&A.

---

## Bart R. Olson
*Chief Financial Officer & Executive Vice President, PacWest Bancorp*

Thanks, Bill, and good morning, everyone. Hopefully, you've all had a chance to review the press release and the earnings release deck. So, I thought I'd just touch on a couple items before we go into the Q&A portion of the call.

As Bill mentioned, we booked a provision for credit losses of $11.5 million in the second quarter, $10 million related to loans and $1.5 million related to our held-to-maturity investment portfolio, which I'll talk about in a few minutes. The loan loss provision was due primarily to the significant increase in unfunded commitments of $2 billion. The ACL remains at robust 1.07%, down slightly from the 1.12% as of the end of the first quarter and above our CECL adoption date ACL of 97 basis points.

Looking at non-interest income, there was really nothing unusual here in the second quarter. Warrant income was $1.6 million, in line with the historical quarterly averages when excluding the significant record gains from the fourth quarter of 2020 to the fourth quarter of 2021. Non-interest expenses were higher than the prior quarter, but keep in mind that the first quarter included $3.4 million in OREO gain and a lower commission expense of $2.4 million related to the significant valuation write-downs of equity investments during Q1.

Exhibit 4

86

---



Copyright © 2001-2022 FactSet CallStreet, LLC

## PacWest Bancorp *(PACW)*
Q2 2022 Earnings Call

Corrected Transcript
21-Jul-2022

### Bart R. Olson
*Chief Financial Officer & Executive Vice President, PacWest Bancorp*

A

Yeah, yeah.

### Matthew P. Wagner
*Chief Executive Officer & Director, PacWest Bancorp*

A

Yeah.

### Bart R. Olson
*Chief Financial Officer & Executive Vice President, PacWest Bancorp*

A

Yeah, within Civic and the community bank.

### Christopher Marinac
*Analyst, Janney Montgomery Scott LLC*

Q

Great. Thanks for all the information this morning.

### Matthew P. Wagner
*Chief Executive Officer & Director, PacWest Bancorp*

A

Thanks, Chris.

**Operator**: [Operator Instructions] Our next question will come from Chris McGratty with KBW.

### Christopher McGratty
*Analyst, Keefe, Bruyette & Woods, Inc.*

Q

Hey. Good morning.

### Matthew P. Wagner
*Chief Executive Officer & Director, PacWest Bancorp*

A

Hey, Chris.

### Christopher McGratty
*Analyst, Keefe, Bruyette & Woods, Inc.*

Q

Maybe, Bart, a question for you. I know you guys don't like to talk about margin, given [ph] them distant optics (28:22) of just balance sheet size. But you mentioned in your prepared remarks NII was up $15 million this quarter. Just given what you're doing with the balance sheet and also what the Fed is doing, should we think about that quarter-on-quarter growth accelerating from the second quarter levels in the back half of the year?

### Bart R. Olson
*Chief Financial Officer & Executive Vice President, PacWest Bancorp*

A

Yes, I think so. And if you think about the timing of the different rate hikes, I mean the last big hike was in mid-June. So what we've said all along is you're really going to see more of the real benefits from the hikes and the growth in net interest income in the second half of the year and in 2023.

Exhibit 4

87