# EXHIBIT 6

C Corrected Transcript

20-Oct-2022

# PacWest Bancorp (PACW)

**Q3 2022 Earnings Call**

Exhibit 6

114



1-877-FACTSET   www.callstreet.com

Copyright © 2001-2022 FactSet CallStreet, LLC

**PacWest Bancorp** *(PACW)*
Q3 2022 Earnings Call

 Corrected Transcript
20-Oct-2022

# CORPORATE PARTICIPANTS

**William James Black**
*Executive Vice President-Strategy & Corporate Development, PacWest Bancorp*

**Matthew P. Wagner**
*Chief Executive Officer & Director, PacWest Bancorp*

**Bart R. Olson**
*Chief Financial Officer & Executive Vice President, PacWest Bancorp*

**Mark T. Yung**
*Chief Operating Officer & Executive Vice President, PacWest Bancorp*

**Paul W. Taylor**
*President, PacWest Bancorp*

# OTHER PARTICIPANTS

**Jared Shaw**
*Analyst, Wells Fargo Securities LLC*

**Christopher Marinac**
*Analyst, Janney Montgomery Scott LLC*

**Matthew T. Clark**
*Analyst, Piper Sandler & Co.*

**Gary Peter Tenner**
*Analyst, D. A. Davidson & Co.*

**Brandon King**
*Analyst, Truist Securities, Inc.*

**Christopher McGratty**
*Analyst, Keefe, Bruyette & Woods, Inc.*

**David J. Long**
*Analyst, Raymond James & Associates, Inc.*

**Jon Arfstrom**
*Analyst, RBC Capital Markets LLC*

Exhibit 6
115



**PacWest Bancorp** *(PACW)*
Q3 2022 Earnings Call

**C** Corrected Transcript
20-Oct-2022

# MANAGEMENT DISCUSSION SECTION

**Operator**: Good day, and welcome to the PacWest Bancorp Third Quarter Earnings Call. Today's conference is being recorded.

At this time, I'd like to turn the conference over to Bill Black. Please go ahead, sir.

---

### William James Black
*Executive Vice President-Strategy & Corporate Development, PacWest Bancorp*

Thank you. Good morning and welcome to PacWest's third quarter 2022 earnings conference call. With me today are Matt Wagner, CEO; Paul Taylor, our President; Bart Olson, CFO; and Mark Yung, COO and the leader of our Venture Banking Business.

Before I hand the call over to Matt, please note that we may make forward-looking statements during today's call that are subject to risks, uncertainties and assumptions. For a more complete discussion of the risks and uncertainties that could cause actual results to differ materially from any forward-looking statements, see our company's SEC filings, including the 8-K filed yesterday afternoon, which is also available on the company's website.

Now I'd like to turn the call over to our CEO, Matt Wagner.

---

### Matthew P. Wagner
*Chief Executive Officer & Director, PacWest Bancorp*

Thank you, Bill. Good morning, everyone, and thank you for joining our call today. I want to start off by making a few comments about the overall business and the operating environment. Overall business activity remains strong, but we are proceeding cautiously as we are thinking about and planning for weaker economic environments ahead. We continue to focus our time and attention on our customers, making sure we are there to serve them throughout the cycle. We slowed some of our winning businesses, given the economic environment and our desire to grow capital more rapidly while optimizing our balance sheet. Given the current economic backdrop, we believe this is a prudent thing to do.

Credit remains strong, and currently, we do not see any negative credit trends and we continue to monitor the loan portfolio closely as part of our conservative approach to credit. Finally, but most importantly building capital, as we did in the third quarter, remains our primary focus and this will continue to be a key component of decisions we make each day.

With that, let me turn it over to Bill to cover the key highlights of the quarter.

---

### William James Black
*Executive Vice President-Strategy & Corporate Development, PacWest Bancorp*

Yeah. Thanks, Matt. The third quarter was marked by a couple of key events. First and foremost, all of our regulatory capital ratios increased during the quarter, including CET1, which increased from 8.24% to 8.55% as we marched towards our CET1 target of 10% by the end of 2023. Second, our total deposits grew $228 million.

Exhibit 6

116



Copyright © 2001-2022 FactSet CallStreet, LLC

## PacWest Bancorp *(PACW)*
Q3 2022 Earnings Call

**Corrected Transcript**
20-Oct-2022

### Mark T. Yung
*Chief Operating Officer & Executive Vice President, PacWest Bancorp*

A

2021. 2021 we were as well yeah.

### Matthew P. Wagner
*Chief Executive Officer & Director, PacWest Bancorp*

A

Yeah, it's pretty remarkable. And that's a business that as you know in tech and life sciences, if something goes wrong, that's a doughnut. I mean it goes to zero. Now, we often can recover money, but you are not recovering at a high level. But I think our people have done a great job and we've been able to keep the customers and most importantly, keep that $12.5 billion, $12.2 billion in deposits.

### Brandon King
*Analyst, Truist Securities, Inc.*

Q

Got it, got it. Thanks for all the color and thanks for taking my questions.

### Matthew P. Wagner
*Chief Executive Officer & Director, PacWest Bancorp*

A

You bet.

**Operator**: And our next question comes from Chris McGratty.

### Christopher McGratty
*Analyst, Keefe, Bruyette & Woods, Inc.*

Q

Hey, good morning. On the NII guide, the slow growth or modest growth in Q4. If I put the pieces together for next year down-ish, flattish balance sheet. I heard your comments on margins. Do you think NII can grow from that fourth quarter number into 2023 or is there going to be some pressure on that?

### Bart R. Olson
*Chief Financial Officer & Executive Vice President, PacWest Bancorp*

A

We think it will grow in 2023.

### Christopher McGratty
*Analyst, Keefe, Bruyette & Woods, Inc.*

Q

Okay. So, grow after Q4. Great. And then second within the venture book, I think you said it was $12.2 billion, where is the composition of that in your deposit portfolio? How much is interest bearing versus non-interest bearing.

### Matthew P. Wagner
*Chief Executive Officer & Director, PacWest Bancorp*

A

Do you have that breakdown?

### Bart R. Olson
*Chief Financial Officer & Executive Vice President, PacWest Bancorp*

A

I don't know if I have that breakdown handy. Mark, do you happen to have that?

Exhibit 6