# EXHIBIT 8



27-Jan-2023

# PacWest Bancorp (PACW)

**Q4 2022 Earnings Call**

Exhibit 8

143



**PacWest Bancorp** *(PACW)*
Q4 2022 Earnings Call

**C** Corrected Transcript
27-Jan-2023

# CORPORATE PARTICIPANTS

**William James Black**
*Executive Vice President-Strategy & Corporate Development, PacWest Bancorp*

**Paul W. Taylor**
*President, Chief Executive Officer & Director, PacWest Bancorp*

**Kevin L. Thompson**
*Chief Financial Officer & Executive Vice President, PacWest Bancorp*

**Mark T. Yung**
*Chief Operating Officer & Executive Vice President, PacWest Bancorp*

# OTHER PARTICIPANTS

**Brandon King**
*Analyst, Truist Securities, Inc.*

**Matthew T. Clark**
*Analyst, Piper Sandler & Co.*

**Christopher McGratty**
*Analyst, Keefe, Bruyette & Woods, Inc.*

**Gary Peter Tenner**
*Analyst, D.A. Davidson & Co.*

**David John Chiaverini**
*Analyst, Wedbush Securities, Inc.*

**Andrew Terrell**
*Analyst, Stephens, Inc.*

**David J. Long**
*Analyst, Raymond James & Associates, Inc.*

**Christopher Marinac**
*Analyst, Janney Montgomery Scott LLC*

**Jon Arfstrom**
*Analyst, RBC Capital Markets LLC*

Exhibit 8

144


1-877-FACTSET   www.callstreet.com

Copyright © 2001-2023 FactSet CallStreet, LLC

**PacWest Bancorp** *(PACW)*
Q4 2022 Earnings Call

**C** Corrected Transcript
27-Jan-2023

# MANAGEMENT DISCUSSION SECTION

**Operator:** Please stand by. Good day and welcome to the PacWest Bancorp Fourth Quarter 2022 Earnings Call. Today's conference is being recorded. At this time, I'd like to turn the conference over to Bill Black, PacWest Bancorp.

---

### William James Black
*Executive Vice President-Strategy & Corporate Development, PacWest Bancorp*

Thank you. Good morning and welcome to PacWest's fourth quarter 2022 earnings conference call. With me today are Paul Taylor, our President and CEO; Kevin Thompson, CFO; and Mark Yung, our COO and the leader of our Venture Banking Business.

Before I hand the call over to Paul, please note that we may make forward-looking statements during today's call that are risks, uncertainties and assumptions. For a more complete discussion of the risks and uncertainties that could cause actual results to differ materially from any forward-looking statements, see our SEC filings, including the 8-K filed yesterday afternoon, which is also available on the company's website.

I'd like to turn the call over to our President and CEO, Paul Taylor.

---

### Paul W. Taylor
*President, Chief Executive Officer & Director, PacWest Bancorp*

Thank you, Bill. Good morning, everyone, and thank you for joining our call today. We've made several significant leadership changes in the fourth quarter that will set the stage for the future. Specifically, I assumed the role of President and CEO replacing our longtime CEO, Matt Wagner, who became the Executive Chairman, John Eggemeyer has become our Lead Director and Kevin Thompson has joined us as new Chief Financial Officer.

We announced a sharpened strategic vision and plan to build on the strengths of the company's deposit focused community bank business, operating as one team with a mission to maximize shareholder returns by exceeding customer expectations. PacWest has a long history of acquisitions that brought us great customers and talented employees, but also varied processes and different cultures. Now the time is right to focus on coming together to function even more uniformly and efficiently as one company, regardless of a business line or corporate function. We will simplify and improve our processes to deliver an even higher level of service to our customers and more valuable to our shareholders while meeting or exceeding our regulators' requirements for safety and soundness.

This plan is the result of the past six months of work since I joined PacWest, assessing and building a detailed strategic vision and tactical plan to maximize shareholder value. We are operating with a sense of urgency. Specifically in the fourth quarter, the company made the decision to wind down its operations in Premium Finance and Multi-Family lending. In addition, the company is restructuring our subsidiary to realign its operations to improve profitability and reduce risk. These actions will help us refocus our efforts on our core businesses, accelerate our capital growth and improve operational efficiencies over time.

In addition to the strategic decisions above, the company opportunistically sold $1 billion in bonds at a loss in the quarter, which was used to pay down higher cost funding and better position the balance sheet going forward. The management team has also initiated an operational efficiency strategy to control costs, reduce processing systems and define [audio gap] (00:03:48) across the company.

Exhibit 8
145

---



1-877-FACTSET    www.callstreet.com                    Copyright © 2001-2023 FactSet CallStreet, LLC



We see opportunity for growth in earnings through focusing on our core business and customers and have created the list of financial performance metrics that we believe are achievable and where the banks should perform over time. These include building our CET1 ratio to 10-plus percent, low cost core deposits equal to 40% or greater, return on assets of 150% or better, efficiency ratio of 45% or less. Nonperforming assets ratio of less than 50 basis points and top quartile earnings per share growth.

We believe that the actions taken in the fourth quarter are meaningful first steps towards our goals, but it comes at a cost. While our capital goals remain 10% CET1, our actions in the fourth quarter will delay the timing a little, and as such we would expect our CET1 ratio to hit 9.75% by the end of 2023 and achieve our target of 10% early in 2024.

This minor delay enables us to accelerate the balance sheet transformation. There are real challenges ahead with rising interest rates and a slowing economy, but there is a [Audio Gap (00:05:22) significant opportunity for PacWest to improve our performance and return to shareholders given our strong team, a great customer base and a plan to unlock additional value for our shareholders and employees. Thank you.

## William James Black
*Executive Vice President-Strategy & Corporate Development, PacWest Bancorp*

Thanks, Paul. Strategically, the fourth quarter marks the beginning of the next chapter for PacWest. We want to highlight four main points. First and foremost, we announced a clear strategic vision around the community bank with an operational focus on unifying our businesses and eliminating silos to improve performance.

Second, we are acting with a real sense of urgency, as you can see, in the fourth quarter, [indiscernible] (00:06:05) sale and the exiting of two business lines and significant restructuring of another. Third, we announced an aggressive operating target list to hold ourselves accountable and to set the bar where we believe this company should perform over time. Lastly, we, like the industry, are facing challenges in the current economic environment. We are 100% committed to managing the business through the cycle, preparing for whatever gets thrown at us.

And now I'd like to turn things over to Kevin, our CFO, for some specific commentary on the financial results before we go into the Q&A session.

## Kevin L. Thompson
*Chief Financial Officer & Executive Vice President, PacWest Bancorp*

Thank you, Bill. It's a pleasure to join the talented team at PacWest, and I look forward to working with all of you. The fourth quarter was characterized by various strategic actions to improve our profitability and capital position going forward. As Paul mentioned, our sale of $1 billion of available-for-sale securities resulted in a $49 million loss. We used the proceeds to pay down FHLB borrowings. As part of the efforts to restructure our Civic lending subsidiary, we recorded a goodwill impairment of $29 million. As a reminder, goodwill is a noncash charge and has no impact on our regulatory capital ratios, cash flows or liquidity position.

Finally, we are working to dramatically improve the overall operational efficiency of the bank. As a first step in this initiative, we recorded early retirement benefits and a severance expense of $5.7 million. Adjusting for these unusual items, in the fourth quarter, our earnings per share would have been $0.93 and our return on average assets would have been 1.15%. Loans and leases increased by $949 million in the quarter or by 3.4%, mostly

Exhibit 8
146



Copyright © 2001-2023 FactSet CallStreet, LLC