# EXHIBIT 13

This document is a Work prepared for the exclusive use of MADELINE SULLIVAN. Not for redistribution.

# Bloomberg

# News Story

05/03/2023    17:33:39 [BN] Bloomberg News

## Regional Banks Sink as PacWest Said to Weigh Strategic Options

- Western Alliance sinks by as much as 32% in postmarket trading
- Sector has been under pressure amid lenders' collapses

By Bre Bradham

(Bloomberg) –– Western Alliance Bancorp and other US regional bank stocks sank in afterhours trading as PacWest Bancorp plunged following a report that it's said to weigh strategic options including a sale.

PacWest dropped as much as 60% in the postmarket session, while Western Alliance fell as much as 32%. The SPDR S&P Regional Banking ETF is lower by over 5%, following the report. Comerica Inc. and Zions Bancorp fell more than 10% each while the NJ–based lender Valley National Bancorp sank as much as 26%.

Read More: PacWest Said to Weigh Strategic Options, Including a Sale



The sector has been under pressure amid the collapse of a few regional lenders, including First Republic Bank and Silicon Valley Bank. The tumult has deepened this week, with the KBW Regional Banking Index sinking 8.9% through Wednesday's close.

Read More: Regional Banks Extend Slide as Investors Weigh Risks After Rout

To contact the reporter on this story:

Exhibit 13

213

This report may not be modified or altered in any way. The BLOOMBERG PROFESSIONAL service and BLOOMBERG Data are owned and distributed locally by Bloomberg Finance LP ("BFLP") and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BFLP Countries"). BFLP is a wholly–owned subsidiary of Bloomberg LP ("BLP"). BLP provides BFLP with all the global marketing and operational support and service for the Services and distributes the Services either directly or through a non–BFLP subsidiary in the BLP Countries. BFLP, BLP and their affiliates do not provide investment advice, and nothing herein shall constitute an offer of financial instruments by BFLP, BLP or their affiliates.