# EXHIBIT 15

## PacWest Bancorp Historical Stock Prices
### March 1, 2023 - May 10, 2023

| Date | Closing Stock Price | Volume |
|---|---|---|
| 03/01/23 | $27.99 | 1,100,767 |
| 03/02/23 | $27.29 | 1,334,145 |
| 03/03/23 | $27.64 | 1,054,840 |
| 03/06/23 | $27.40 | 2,008,366 |
| 03/07/23 | $26.74 | 1,605,973 |
| 03/08/23 | $26.68 | 1,110,048 |
| 03/09/23 | $19.89 | 11,425,146 |
| 03/10/23 | $12.35 | 38,207,790 |
| 03/13/23 | $9.75 | 70,812,646 |
| 03/14/23 | $13.05 | 68,955,677 |
| 03/15/23 | $11.37 | 62,341,849 |
| 03/16/23 | $11.45 | 82,584,025 |
| 03/17/23 | $9.28 | 39,359,833 |
| 03/20/23 | $10.28 | 41,287,678 |
| 03/21/23 | $12.21 | 39,866,711 |
| 03/22/23 | $10.12 | 47,297,420 |
| 03/23/23 | $9.26 | 30,384,902 |
| 03/24/23 | $9.55 | 18,868,757 |
| 03/27/23 | $9.88 | 21,815,369 |
| 03/28/23 | $9.39 | 14,711,494 |
| 03/29/23 | $9.86 | 17,645,412 |
| 03/30/23 | $9.43 | 16,136,226 |
| 03/31/23 | $9.73 | 10,932,856 |
| 04/03/23 | $10.11 | 11,671,210 |
| 04/04/23 | $9.84 | 33,144,903 |
| 04/05/23 | $9.38 | 15,633,775 |
| 04/06/23 | $9.71 | 8,859,061 |
| 04/10/23 | $10.02 | 6,366,829 |
| 04/11/23 | $10.29 | 5,861,462 |
| 04/12/23 | $10.04 | 6,996,291 |
| 04/13/23 | $10.16 | 3,748,392 |
| 04/14/23 | $9.98 | 7,285,008 |
| 04/17/23 | $10.29 | 7,503,027 |
| 04/18/23 | $10.09 | 6,680,540 |
| 04/19/23 | $11.42 | 19,389,236 |
| 04/20/23 | $11.15 | 8,243,528 |
| 04/21/23 | $11.29 | 7,047,019 |
| 04/24/23 | $11.32 | 13,568,219 |
| 04/25/23 | $10.31 | 23,832,493 |
| 04/26/23 | $11.08 | 30,469,357 |
| 04/27/23 | $10.85 | 13,877,619 |
| 04/28/23 | $10.15 | 13,215,425 |
| 05/01/23 | $9.07 | 24,422,262 |

Exhibit 15

**PacWest Bancorp Historical Stock Prices**
**March 1, 2023 - May 10, 2023**

| | | | |
|---|---|---|---|
| 05/02/23 | | $6.55 | 74,742,758 |
| 05/03/23 | | $6.42 | 61,618,569 |
| 05/04/23 | | $3.17 | 107,672,647 |
| 05/05/23 | | $5.76 | 135,651,381 |
| 05/08/23 | | $5.97 | 101,964,620 |
| 05/09/23 | | $6.11 | 39,310,681 |
| 05/10/23 | | $6.08 | 25,774,155 |

Exhibit 15
241