# EXHIBIT 16

# First Republic Bank Historical Stock Prices
## March 1, 2023 - May 10, 2023

| Date | Closing Stock Price | Volume |
|------|---------------------|--------|
| 03/01/23 | $122.50 | 1,850,992 |
| 03/02/23 | $119.74 | 1,690,886 |
| 03/03/23 | $123.22 | 1,477,200 |
| 03/06/23 | $122.07 | 1,493,717 |
| 03/07/23 | $115.60 | 2,340,520 |
| 03/08/23 | $115.00 | 1,443,529 |
| 03/09/23 | $96.01 | 9,321,819 |
| 03/10/23 | $81.76 | 51,420,574 |
| 03/13/23 | $31.21 | 134,939,530 |
| 03/14/23 | $39.63 | 119,002,054 |
| 03/15/23 | $31.16 | 98,232,799 |
| 03/16/23 | $34.27 | 196,079,956 |
| 03/17/23 | $23.03 | 149,193,892 |
| 03/20/23 | $12.18 | 189,943,649 |
| 03/21/23 | $15.77 | 228,499,812 |
| 03/22/23 | $13.33 | 134,711,538 |
| 03/23/23 | $12.53 | 98,571,896 |
| 03/24/23 | $12.36 | 72,829,501 |
| 03/27/23 | $13.82 | 117,259,066 |
| 03/28/23 | $13.50 | 56,775,742 |
| 03/29/23 | $14.26 | 64,159,790 |
| 03/30/23 | $13.69 | 45,300,959 |
| 03/31/23 | $13.99 | 39,130,808 |
| 04/03/23 | $14.60 | 31,223,863 |
| 04/04/23 | $13.79 | 31,194,955 |
| 04/05/23 | $13.44 | 29,751,248 |
| 04/06/23 | $14.03 | 23,145,785 |
| 04/10/23 | $14.16 | 24,267,369 |
| 04/11/23 | $14.13 | 15,404,484 |
| 04/12/23 | $13.82 | 19,982,296 |
| 04/13/23 | $13.61 | 23,484,366 |
| 04/14/23 | $13.12 | 23,484,230 |
| 04/17/23 | $13.14 | 17,674,567 |
| 04/18/23 | $12.58 | 18,874,562 |
| 04/19/23 | $14.14 | 45,167,689 |
| 04/20/23 | $13.88 | 18,277,147 |
| 04/21/23 | $14.26 | 23,722,565 |
| 04/24/23 | $16.00 | 90,165,118 |
| 04/25/23 | $8.10 | 193,018,273 |
| 04/26/23 | $5.69 | 190,394,283 |
| 04/27/23 | $6.19 | 83,275,567 |
| 04/28/23 | $3.51 | 176,848,332 |
| 05/01/23 | | 18,241,527 |

Exhibit 16

242

**First Republic Bank Historical Stock Prices**
**March 1, 2023 - May 10, 2023**

| | | |
|---|---|---|
| 05/02/23 | $0.33 | 220,562,286 |
| 05/03/23 | $0.32 | 54,979,640 |
| 05/04/23 | $0.35 | 37,913,710 |
| 05/05/23 | $0.39 | 23,037,024 |
| 05/08/23 | $0.44 | 23,608,653 |
| 05/09/23 | $0.47 | 18,769,831 |
| 05/10/23 | $0.42 | 10,306,347 |

Exhibit 16

243