# EXHIBIT 17

# Western Alliance Bancorporation:  Historical Stock Prices
## March 1, 2023 - May 10, 2023

| Date | Closing Stock Price | Volume |
|---|---|---|
| 03/01/23 | $75.16 | 728,636 |
| 03/02/23 | $74.03 | 860,840 |
| 03/03/23 | $75.64 | 653,723 |
| 03/06/23 | $75.39 | 544,638 |
| 03/07/23 | $71.89 | 503,287 |
| 03/08/23 | $71.56 | 353,634 |
| 03/09/23 | $62.36 | 4,589,834 |
| 03/10/23 | $49.34 | 24,666,463 |
| 03/13/23 | $26.12 | 60,550,152 |
| 03/14/23 | $29.87 | 51,458,046 |
| 03/15/23 | $32.35 | 32,590,152 |
| 03/16/23 | $36.91 | 39,112,298 |
| 03/17/23 | $31.32 | 24,311,923 |
| 03/20/23 | $29.21 | 19,740,481 |
| 03/21/23 | $33.58 | 18,719,037 |
| 03/22/23 | $31.91 | 13,243,109 |
| 03/23/23 | $31.25 | 9,354,492 |
| 03/24/23 | $33.05 | 10,422,452 |
| 03/27/23 | $34.05 | 8,970,281 |
| 03/28/23 | $33.83 | 6,732,752 |
| 03/29/23 | $36.07 | 6,716,659 |
| 03/30/23 | $35.91 | 4,986,336 |
| 03/31/23 | $35.54 | 4,555,749 |
| 04/03/23 | $34.83 | 3,273,936 |
| 04/04/23 | $33.52 | 4,504,740 |
| 04/05/23 | $29.37 | 24,683,139 |
| 04/06/23 | $30.78 | 7,654,496 |
| 04/10/23 | $30.66 | 4,108,967 |
| 04/11/23 | $31.84 | 3,308,242 |
| 04/12/23 | $31.57 | 2,787,319 |
| 04/13/23 | $32.15 | 2,352,801 |
| 04/14/23 | $31.66 | 2,877,957 |
| 04/17/23 | $32.82 | 2,680,688 |
| 04/18/23 | $32.51 | 4,944,299 |
| 04/19/23 | $40.35 | 17,805,976 |
| 04/20/23 | $39.55 | 5,840,094 |
| 04/21/23 | $40.59 | 4,957,970 |
| 04/24/23 | $39.98 | 3,642,023 |
| 04/25/23 | $37.75 | 6,785,172 |
| 04/26/23 | $37.73 | 5,303,923 |
| 04/27/23 | $37.96 | 2,422,740 |
| 04/28/23 | $37.12 | 3,504,951 |
| 05/01/23 | $36.44 | 3,464,792 |

Exhibit 17

244

**Western Alliance Bancorporation:  Historical Stock Prices**
**March 1, 2023 - May 10, 2023**

| | | | |
|---|---|---|---|
| 05/02/23 | | $30.93 | 25,889,538 |
| 05/03/23 | | $29.57 | 15,250,290 |
| 05/04/23 | | $18.20 | 60,473,467 |
| 05/05/23 | | $27.16 | 42,865,646 |
| 05/08/23 | | $27.32 | 19,265,991 |
| 05/09/23 | | $26.95 | 9,751,415 |
| 05/10/23 | | $27.48 | 5,044,747 |

Exhibit 17
245