# EXHIBIT 18

## Zions Bancorporation, N.A. Historical Stock Prices
## March 1, 2023 - May 10, 2023

| Date | Closing Stock Price | Volume |
|---|---|---|
| 03/01/23 | $50.44 | 1,128,641 |
| 03/02/23 | $48.31 | 1,529,308 |
| 03/03/23 | $49.23 | 1,499,444 |
| 03/06/23 | $48.76 | 1,644,626 |
| 03/07/23 | $46.44 | 2,200,195 |
| 03/08/23 | $46.68 | 1,725,418 |
| 03/09/23 | $41.36 | 5,340,941 |
| 03/10/23 | $40.35 | 11,346,599 |
| 03/13/23 | $29.97 | 26,129,888 |
| 03/14/23 | $31.31 | 17,256,974 |
| 03/15/23 | $30.71 | 9,338,727 |
| 03/16/23 | $32.11 | 11,466,951 |
| 03/17/23 | $29.94 | 11,221,742 |
| 03/20/23 | $30.18 | 7,680,723 |
| 03/21/23 | $32.29 | 9,474,366 |
| 03/22/23 | $30.12 | 7,014,359 |
| 03/23/23 | $27.45 | 9,700,722 |
| 03/24/23 | $28.25 | 10,735,110 |
| 03/27/23 | $29.33 | 7,964,055 |
| 03/28/23 | $29.95 | 3,636,363 |
| 03/29/23 | $31.04 | 3,195,979 |
| 03/30/23 | $30.30 | 3,683,856 |
| 03/31/23 | $29.93 | 5,143,314 |
| 04/03/23 | $29.12 | 4,615,145 |
| 04/04/23 | $27.71 | 6,001,619 |
| 04/05/23 | $28.63 | 9,830,299 |
| 04/06/23 | $29.39 | 5,852,998 |
| 04/10/23 | $29.87 | 3,738,598 |
| 04/11/23 | $30.11 | 4,394,030 |
| 04/12/23 | $30.29 | 3,252,002 |
| 04/13/23 | $31.15 | 3,178,107 |
| 04/14/23 | $29.95 | 3,963,850 |
| 04/17/23 | $30.93 | 4,398,487 |
| 04/18/23 | $30.46 | 3,864,413 |
| 04/19/23 | $32.72 | 7,933,462 |
| 04/20/23 | $31.12 | 8,219,029 |
| 04/21/23 | $29.35 | 6,261,327 |
| 04/24/23 | $28.27 | 5,176,869 |
| 04/25/23 | $26.73 | 6,228,667 |
| 04/26/23 | $26.39 | 4,083,035 |
| 04/27/23 | $26.58 | 3,760,280 |
| 04/28/23 | $27.86 | 5,653,300 |
| 05/01/23 | $26.82 | 4,104,991 |

Exhibit 18

246

**Zions Bancorporation, N.A. Historical Stock Prices**
**March 1, 2023 - May 10, 2023**

| | | | |
|---|---|---|---|
| 05/02/23 | | $23.92 | 18,557,268 |
| 05/03/23 | | $22.66 | 9,993,668 |
| 05/04/23 | | $19.93 | 25,522,973 |
| 05/05/23 | | $23.76 | 14,691,166 |
| 05/08/23 | | $24.26 | 12,038,651 |
| 05/09/23 | | $24.42 | 4,999,291 |
| 05/10/23 | | $23.75 | 5,689,083 |

Exhibit 18

247