Adam S. Paris (SBN 190693)
parisa@sullcrom.com
Diane L. McGimsey (SBN 234953)
mcgimseyd@sullcrom.com
Brenna H. Scully (SBN 341590)
scullyb@sullcrom.com
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone:   (310) 712-6600
Facsimile:   (310) 712-8800

*Attorneys for Defendants PacWest Bancorp,*
*Matthew P. Wagner, Paul W. Taylor, Bart R.*
*Olson, William J. Black and Kevin Lewis Thompson*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC TAN, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>PACWEST BANCORP, MATTHEW P. WAGNER, PAUL W. TAYLOR, BART R. OLSON, WILLIAM J. BLACK, and KEVIN LEWIS THOMPSON,<br><br>      Defendants. | Case No. 8:23-cv-01685-JWH-ADS<br><br>**DEFENDANTS' NOTICE OF INCORPORATION BY REFERENCE AND REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**<br><br>**[Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities; Declaration of Diane L. McGimsey; and [Proposed] Order Filed Concurrently]**<br><br>Judge:  Hon. John W. Holcomb<br><br>Hearing Date:  August 9, 2024<br><br>Hearing Time:  9:00 a.m. |

DEFENDANTS' NOTICE OF INCORPORATION BY REFERENCE AND REQUEST  FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

SULLIVAN & CROMWELL LLP

## I.  INTRODUCTION

Defendants PacWest Bancorp, Matthew P. Wagner, Paul W. Taylor, Bart R. Olson, William J. Black, and Kevin Lewis Thompson ("Defendants") respectfully request that this Court consider documents referenced in the Amended Class Action Complaint (the "Complaint" or "Compl.") under the incorporation by reference doctrine and otherwise take judicial notice under Rule 201 of the Federal Rules of Evidence of the following publicly available documents attached to the accompanying Declaration of Diane L. McGimsey.  This request is made in support of Defendants' Motion to Dismiss.

## II. LEGAL GROUNDS

In considering a motion to dismiss a securities action, courts "must consider . . . documents incorporated into the complaint by reference, and matters of which a court may take judicial notice." *Tellabs, Inc.* v. *Makor Issues & Rts., Ltd.*, 551 U.S. 308, 322 (2007).  Under Rule 201 of the Federal Rules of Evidence, "[t]he court may judicially notice a fact that is not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."  Fed. R. Evid. 201(b).

As detailed below, each of the documents described below is properly considered in connection with Defendants' Motion to Dismiss under (a) the incorporation by reference doctrine or (b) Federal Rule of Evidence 201.

### A. The Court Should Consider SEC Filings and the *Bloomberg* Article that are Referenced in the Complaint and Form the Basis of Plaintiffs' Claims.

On a motion to dismiss, courts may "consider documents whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the plaintiff's pleading. *In re Silicon Graphics, Inc. Sec.*

-1-

SULLIVAN & CROMWELL LLP

*Litig.*, 183 F.3d 970, 986 (9th Cir. 1999) (alterations omitted) (citation and quotation marks omitted), *abrogated on other grounds*, *S. Ferry LP No. 2* v. *Killinger*, 542 F.3d 776 (9th Cir. 2008).  A document may be deemed incorporated by reference "if the plaintiff refers extensively to the document or the document forms the basis of the plaintiff's claim." *Khoja* v. *Orexigen Therapeutics*, *Inc.*, 899 F.3d 988, 1002 (9th Cir. 2018) (citation omitted).  "The court may treat such a document as part of the complaint, and thus may assume that its contents are true for purposes of a motion to dismiss under Rule 12(b)(6)." *Marder* v. *Lopez*, 450 F.3d 445, 448 (9th Cir. 2006) (citation and quotation marks omitted).

Exhibits 1 to 14 are incorporated by reference in the Complaint.  Plaintiffs' claims are based on these SEC filings, earnings conference calls and *Bloomberg* article.  Accordingly, Defendants request that the Court consider the following documents:

1. **Exhibit 1:**  Excerpts from PacWest's 2021 Form 10-K, filed with the Securities and Exchange Commission ("SEC") on February 28, 2022. The Complaint discusses and quotes from the filing at paragraphs 121, 125, 131, 138, 147, 152, 154, 165, and 171, and it forms the basis of Plaintiffs' Section 10(b) claim.

2. **Exhibit 2:**  Excerpts from PacWest's Q1 2022 Form 10-Q, filed with the SEC on May 6, 2022. The Complaint discusses and quotes from the filing at paragraphs 147, 152, 154, 165, and 171, and it forms the basis of Plaintiffs' Section 10(b) claim.

3. **Exhibit 3:**  Excerpts from PacWest's Form 8-K and associated earnings release presentation, filed with the SEC on July 20, 2022.  The Complaint discusses and quotes from the filing at paragraph 141, and it forms the basis of Plaintiffs' Section 10(b) claim.

-2-

SULLIVAN & CROMWELL LLP

4.    **Exhibit 4:**  Excerpts from a transcript of PacWest's Q2 2022 Earnings Call held on July 21, 2022.  The Complaint discusses and quotes statements made during the Earnings Call and reflected in the transcript at paragraphs 142–43, and those statements form the basis of Plaintiffs' Section 10(b) claim.

5.    **Exhibit 5:**  Excerpts from PacWest's Q2 2022 Form 10-Q, filed with the SEC on August 8, 2022.  The Complaint discusses and quotes from the filing at paragraphs 147, 152, 154, 165, and 171, and it forms the basis of Plaintiffs' Section 10(b) claim.

6.    **Exhibit 6:**  Excerpts from PacWest's Q3 2022 Earnings Call held on October 20, 2023.  The Complaint discusses and quotes statements made during the Earnings Call and reflected in the transcript at paragraph 145, and those statements form the basis of Plaintiffs' Section 10(b) claim.

7.    **Exhibit 7:**  Excerpts from PacWest's Q3 2022 Form 10-Q, filed with the SEC on November 8, 2022.  The Complaint discusses and quotes from the filing at paragraphs 147, 152, 154, 165, and 171, and it forms the basis of Plaintiffs' Section 10(b) claim.

8.    **Exhibit 8:**  Excerpts from a transcript of PacWest's Q4 2022 Earnings Call held on January 27, 2023.  The Complaint discusses and quotes statements made during the Earnings Call and reflected in the transcript at paragraph 129, and those statements form the basis of Plaintiffs' Section 10(b) claim.

9.    **Exhibit 9:**  Excerpts from PacWest's 2022 Form 10-K, filed with the SEC on February 27, 2023.  The Complaint discusses and quotes from the filing at paragraphs 123, 127, 133, 139, 147, 152, 154, 165, and 171, and it forms the basis of Plaintiffs' Section 10(b) claim.

-3-

SULLIVAN & CROMWELL LLP

10.    **Exhibit 10:**  PacWest's Form 8-K and associated press release, filed with the SEC on March 13, 2023.  The Complaint discusses and quotes from the filing at paragraphs 135 and 171, and it forms the basis of Plaintiffs' Section 10(b) claim.

11.    **Exhibit 11:**  PacWest's Form 8-K and associated press release, filed with the SEC on March 20, 2023.  The Complaint discusses and quotes from the filing at paragraphs 135 and 171, and it forms the basis of Plaintiffs' Section 10(b) claim.

12.    **Exhibit 12:**  PacWest's Form 8-K and associated press release, filed with the SEC on March 22, 2023.  The Complaint discusses and characterizes the filing at paragraphs 12, 102, and 166, and it forms the basis of Plaintiffs' Section 10(b) claim.

13.    **Exhibit 13:** *Bloomberg* article dated May 3, 2023.  The Complaint discusses information reflected in the article, including at paragraphs 13, 107, and 167–68, and it forms the basis of Plaintiffs' Section 10(b) claim.

14.    **Exhibit 14:** Excerpts from PacWest's Q1-2023 Form 10Q, filed with the SEC on May 11, 2023.  The Complaint discusses and quotes from the filing at paragraphs 147, 152, 154, 165, and 169–71, and it forms the basis of Plaintiffs' Section 10(b) claim.

### B.    The Court May Take Judicial Notice of Stock Price History and Government Press Releases.[1]

***Historic Share Prices.***  "Because publically [sic] traded companies [sic] historical stock prices can be readily ascertained and those prices are not subject to

---

[1]    Even if the Court were to find Exhibits 1 through 14 were not incorporated by reference, the Court may take judicial notice of them.  *Metzler Inv. GMBH* v. *Corinthian Colls., Inc.*, 540 F.3d 1049, 1064 n.7 (9th Cir. 2008) (SEC filings); *Waterford Twp. Police* v. *Mattel, Inc.*, 321 F. Supp. 3d 1133, 1143 (C.D. Cal.

SULLIVAN & CROMWELL LLP

reasonable dispute," the Court may take judicial notice of such facts. *Ok. Firefighters Pension & Ret. Sys.* v. *IXIA*, 50 F. Supp. 3d 1328, 1349 (C.D. Cal. 2014); *see also Metzler Inv. GMBH* v. *Corinthian Colls., Inc.*, 540 F.3d 1049, 1064 n.7 (9th Cir. 2008) (taking judicial notice of company's stock price history); *In re Atossa Genetics Inc. Sec. Litig.*, 868 F.3d 784, 799 (9th Cir. 2017) (same). Therefore, Defendants request that the Court take judicial notice of the following documents:

1.      **Exhibit 15:**  PacWest's closing stock prices from March 1, 2023 through May 10, 2023.

2.      **Exhibit 16:**  First Republic Bank's closing stock prices from March 1, 2023 through May 10, 2023.

3.      **Exhibit 17:**  Western Alliance Bancorporation's closing stock prices from March 1, 2023 through May 10, 2023.

4.      **Exhibit 18:**  Zions Bancorporation, N.A.'s closing stock prices from March 1, 2023 through May 10, 2023.

*Government Press Releases.*  Exhibits 19 through 21 are official press releases issued by the Federal Deposit Insurance Corporation ("FDIC") and obtained through public government websites.  The press releases state the dates on which Signature Bank, Silicon Valley Bank, and First Republic Bank were closed. Courts may take judicial notice of facts provided in documents that are publicly available on government websites.  *See In re Countrywide Fin. Corp. Mortg.- Backed Sec. Litig.*, 966 F. Supp. 2d 1018, 1025 n.4 (C.D. Cal. 2013) (taking judicial notice of an "FDIC[] publication as a government document that is not subject to reasonable dispute and falls within the category of public records and

2018) (earnings call transcripts); *In re Am. Apparel, Inc. S'holder Litig.*, 855 F. Supp. 2d 1043, 1062 (C.D. Cal. 2012) (news reports).

-5-

SULLIVAN & CROMWELL LLP

government documents available from reliable sources on the Internet" (alterations omitted) (citation and quotation marks omitted)); *Jarvis* v. *JP Morgan Chase Bank, N.A.*, No. 10-cv-4184-GHK, 2010 WL 2927276, at *1 (C.D. Cal. July 23, 2010) ("Judicial notice may be taken of documents available on government websites."). Thus, the Court should take judicial notice of the dates these banks were closed as stated in the documents.

For the foregoing reasons, Defendants respectfully request that the Court take judicial notice of, and/or consider pursuant to the incorporation by reference doctrine and the legal authorities cited here, Exhibits 1 through 21 attached to the Declaration of Diane L. McGimsey

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place April 9, 2024.

-6-

SULLIVAN & CROMWELL LLP

Dated:      April 19, 2024

/s/ Adam S. Paris
Adam S. Paris (SBN 190693)
parisa@sullcrom.com
Diane L. McGimsey (SBN 234953)
mcgimseyd@sullcrom.com
Brenna H. Scully (SBN 341590)
scullyb@sullcrom.com
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone:   (310) 712-6600
Facsimile:    (310) 712-8800


*Attorneys for Defendants PacWest Bancorp, Matthew P. Wagner, Paul W. Taylor, Bart R. Olson, William J. Black and Kevin Lewis Thompson*

-7-

DEFENDANTS' NOTICE OF INCORPORATION BY REFERENCE AND REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

## CERTIFICATE OF SERVICE

I hereby certify that on this 19 day of April 2024, I electronically filed a true and correct copy of the foregoing DEFENDANTS' NOTICE OF INCORPORATION BY REFERENCE AND REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties via the CM/ECF system.

*/s/ Adam S. Paris*
Adam S. Paris (SBN 190693)

-8-

SULLIVAN & CROMWELL LLP