# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC TAN, Individually and on behalf of all others similarly situated, <br><br>           Plaintiff, <br><br>      v. <br><br> PACWEST BANCORP, MATTHEW P. WAGNER, PAUL W. TAYLOR, BART R. OLSON, WILLIAM J. BLACK, and KEVIN LEWIS THOMPSON, <br><br>           Defendants. | Case No. 8:23-cv-01685-JWH-ADS <br><br> **[PROPOSED] ORDER ON DEFENDANTS' REQUEST FOR JUDICIAL NOTICE** |

Upon consideration of Defendants' request to take judicial notice of Exhibits 15 through 21 attached to the Declaration of Diane L. McGimsey, IT IS HEREBY ORDERED THAT THE REQUEST IS GRANTED.

**IT IS SO ORDERED.**

Dated:_____          _____

Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-