**POMERANTZ LLP**
Brian Calandra (*pro hac vice*)
Jeremy Lieberman (*pro hac vice*)
600 3rd Avenue, 20th Floor
New York, NY 10016
bcalandra@pomlaw.com
jalieberman@pomlaw.com

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorneys for Plaintiff*

[additional counsel on signature page]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC TAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PACWEST BANCORP N/K/A BANC OF CALIFORNIA, INC., MATTHEW P. WAGNER, PAUL W. TAYLOR, BART R. OLSON, BILL BLACK, and KEVIN LEWIS THOMPSON,<br><br>Defendants. | Case No. 8:23-cv-01685-JWH-ADS<br><br>LEAD PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE |

Lead Plaintiffs Aleen Hosdaghian and Onurac Atak ("Lead Plaintiffs") in connection with their opposition to Defendants' motion to dismiss (Dkt. 50) the First Amended Complaint (Dkt. 30), respectfully request that the Court take judicial notice of Exhibits 1, 2, and 3 to the Declaration of Brian Calandra. These Exhibits are:

1. A true and correct copy of the Form 4 Statement of Changes in Beneficial Ownership filed by William J. Black with the U.S. Securities and Exchange Commission ("SEC") on September 2, 2022;

2. A true and correct copy of the Form 4 Statement of Changes in Beneficial Ownership filed by Matthew P. Wagner with the SEC on November 28, 2022; and

3. A true and correct copy of the Form 4 Statement of Changes in Beneficial Ownership filed by Matthew P. Wagner with the SEC on December 12, 2022.

In deciding motions to dismiss, "[g]enerally, district courts may not consider material outside the pleadings." *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 998 (9th Cir. 2018) (citation omitted). Rule 201 provides a narrow exception that permits a court to judicially notice an adjudicative fact if it is "not subject to reasonable dispute," meaning the fact is "generally known," or "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

Documents filed publicly with the U.S. Securities and Exchange Commission ("SEC") may be judicially noticed. *Metzler Inv. GMBH v. Corinthian Colleges, Inc.*, 540 F.3d 1049, 1064 n.7 (9th Cir. 2008). The accuracy of SEC filings is not subject to reasonable dispute. *Ho v. Marathon Pat. Grp., Inc.*, No. 5:21-CV-00339, 2021 WL 10862800, at *1 (C.D. Cal. June 23, 2021) (citing *Metzler*, 540 F.3d at 1604

1

n.7). Courts regularly take judicial notice of Form 4 filings under this doctrine. *Lloyd v. CVB Fin. Corp.*, No. 2:10-CV-06256, 2012 WL 12883522, at *12 (C.D. Cal. Jan. 12, 2012) (collecting cases).

The Court's consideration of the Exhibits is necessary to provide context to the allegations in the First Amended Complaint. The First Amended Complaint describes Defendants William Black and Matthew Wagner's sale of "substantial amount of shares at artificially inflated prices during the class period." Dkt. 30 at ¶ 171(a). The motion to dismiss challenges these allegations. Dkt. 50 at 33. The Exhibits, which document these sales, provide additional context to those allegations.

For these reasons, Plaintiffs respectfully request that the Court consider Exhibits 1 through 3 in connection with adjudicating Defendants' motions to dismiss.

Dated:  June 19, 2024                                        Respectfully submitted,

**POMERANTZ LLP**

*/s/ Brian Calandra*

Brian Calandra (*pro hac vice*)
Jeremy Lieberman (*pro hac vice*)
600 3rd Avenue, 20th Floor
New York, NY 10016
bcalandra@pomlaw.com
jalieberman@pomlaw.com

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

**THE ROSEN LAW FIRM, P.A.**

2

By: */s/ Brian Calandra*

Laurence M. Rosen (SBN 219683)
Jacob Goldberg (*pro hac vice*)
Gonen Haklay (*pro hac vice*)
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com
jgoldberg@rosenlegal.com
ghaklay@rosenlegal.com

**THE SCHALL FIRM**
Brian Schall
2049 Century Park East, Ste. 2460
Los Angeles, CA 90067
Telephone: 310-301-3335
brian@schallfirm.com

*Attorneys for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I, BRIAN CALANDRA, hereby declare under penalty of perjury as follows: I am a partner with Pomerantz LLP, with offices at 1100 Glendon Avenue, 15th Floor Los Angeles, California 90024, and am admitted to practice in this court *pro hac vice*. I am over the age of eighteen. On June 19, 2024, I electronically filed the above Lead Plaintiffs' Request for Judicial Notice with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on June 19, 2024.

> *s/ Brian Calandra*
> Brian Calandra

*Lead Plaintiffs' Req. for Judicial Notice*
Case No. 8:23-cv-01685-JWH-ADS