# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ERIC TAN, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

PACWEST BANCORP N/K/A BANC OF CALIFORNIA, INC., MATTHEW P. WAGNER, PAUL W. TAYLOR, BART R. OLSON, BILL BLACK, and KEVIN LEWIS THOMPSON,

Defendants.

Case No. 8:23-cv-01685-JWH-ADS

LEAD PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE

## SUPPLEMENTAL DECLARATION OF BRIAN CALANDRA IN SUPPORT OF LEAD PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE

I, Brian Calandra, declare as follows:

1.    I am a partner at Pomerantz LLP ("Pomerantz"). I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto. I make this declaration in further support of Lead Plaintiffs' Request for Judicial Notice.

2.    Attached hereto as **Exhibit 1** is a true and correct copy of the Form 4 Statement of Changes in Beneficial Ownership filed by William J. Black with the U.S. Securities and Exchange Commission ("SEC") on September 2, 2022.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of the Form 4 Statement of Changes in Beneficial Ownership filed by Matthew P. Wagner with the SEC on November 28, 2022.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of the Form 4 Statement of Changes in Beneficial Ownership filed by Matthew P. Wagner with the SEC on December 12, 2022.

I declare, under penalty of perjury under the laws of the United States, that the foregoing facts are true and correct.

Executed this June 19, 2024, at New York, New York.

*/s/ Brian Calandra*
Brian Calandra

2