UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC TAN, Individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PACWEST BANCORP N/K/A BANC OF CALIFORNIA, INC., MATTHEW P. WAGNER, PAUL W. TAYLOR, BART R. OLSON, WILLIAM J. BLACK, and KEVIN LEWIS THOMPSON,<br><br>　　　　Defendants. | Case No. 8:23-cv-01685-JWH-ADS<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING SCHEDULING CONFERENCE AND RELATED DEADLINES**<br><br>CLASS ACTION<br><br>JUDGE: John W. Holcomb |

Upon the Joint Stipulation proposed by the parties regarding the August 9, 2024, Scheduling Conference and related deadlines, and good cause being shown, the Court herby **ORDERS** that, consistent with the PSLRA's requirement that "all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss," 15 U.S.C. § 78u-4(b)(3)(B), the Scheduling Conference currently set for August 9, 2024, and all related deadlines, are **VACATED**.

**IT IS SO ORDERED.**

Dated: _____July 2_____, 2024

_____
HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE

ORDER APPOINTING CO-LEAD PLAINTIFFS AND CO-LEAD COUNSEL –
Case No. 8:23-cv-01685-JWH-ADS