Adam S. Paris (SBN 190693)
parisa@sullcrom.com
Diane L. McGimsey (SBN 234953)
mcgimseyd@sullcrom.com
Caroline M. L. Black (SBN 350453)
blackcar@sullcrom.com
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone:   (310) 712-6600
Facsimile:   (310) 712-8800

*Attorneys for Defendants PacWest Bancorp,*
*Matthew P. Wagner, Paul W. Taylor, Bart R.*
*Olson, William J. Black and Kevin Lewis Thompson*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC TAN, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PACWEST BANCORP, MATTHEW P. WAGNER, PAUL W. TAYLOR, BART R. OLSON, WILLIAM J. BLACK, and KEVIN LEWIS THOMPSON, <br><br> Defendants. | Case No. 8:23-cv-01685-JWH-ADS <br><br> **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT** <br><br> Judge:  Hon. John W. Holcomb |

SULLIVAN & CROMWELL LLP

## I.  INTRODUCTION

Defendants PacWest Bancorp, Matthew P. Wagner, Paul W. Taylor, Bart R. Olson, William J. Black, and Kevin Lewis Thompson ("Defendants") respectfully request that to the extent this Court grants Plaintiffs' Request for Judicial Notice (Dkt. No. 57) in connection with Plaintiffs' Opposition to the Motion to Dismiss (the "Opposition" or "Opp."), this also Court take judicial notice of Exhibits 22, 23, 24, 25, and 26 attached to the accompanying Declaration of Diane L. McGimsey under Rule 201 of the Federal Rules of Evidence.  Exhibits 22 - 26 are publicly available documents referenced in the Opposition.

## II. LEGAL GROUNDS

As explained in Defendants' Request for Judicial Notice in Support of Defendants' Motion to Dismiss, in considering a motion to dismiss a securities action, "courts must consider . . . documents incorporated into the complaint by reference, and matters of which a court may take judicial notice." *Tellabs, Inc.* v. *Makor Issues & Rts., Ltd.*, 551 U.S. 308, 322 (2007).  Under Rule 201 of the Federal Rules of Evidence, "[t]he court may judicially notice a fact that is not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."  Fed. R. Evid. 201(b).

As detailed below, each of the exhibits is properly considered in connection with Defendants' Reply Memorandum in Further Support of Defendants' Motion to Dismiss the Complaint under Federal Rule of Evidence 201.

-1-

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS

SULLIVAN & CROMWELL LLP

## A. The Court Should Consider SEC Filings that are Referenced in the Opposition and Form the Basis of Plaintiffs' Claims

In deciding motions to dismiss, courts may "consider documents whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the plaintiff's pleading." *In re Silicon Graphics Inc. Sec. Litig.*, 183 F.3d 970, 986 (9th Cir. 1999) (alterations omitted) (citation and quotation marks omitted), *abrogated on other grounds*, *S. Ferry LP No. 2* v. *Killinger*, 542 F.3d 776 (9th Cir. 2008). A document may be deemed judicially noticed if it is "not subject to reasonable dispute," meaning the fact is "generally known" or "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Courts regularly hold that Securities and Exchange Commission ("SEC") filings may be judicially noticed. *See*, *e.g.*, *Metzler Inv. GMBH* v. *Corinthian Colls., Inc.*, 540 F.3d 1049, 1064 n.7 (9th Cir. 2008); *Ho* v. *Marathon Pat. Grp., Inc.*, 2021 WL 10862800, at *1 n. 1 (C.D. Cal. June 23, 2021) (citing *Metzler*, 540 F.3d at 1604 n.7).

Plaintiffs' Opposition cites and requests judicial notice of three Form 4 Statements of Changes in Beneficial Ownership. (Opp. at 28-29.) As set forth in Defendants' Reply Memorandum, the Court should disregard any arguments relying on the Form 4s because Plaintiffs improperly seek to add allegations to their Complaint through their Request for Judicial Notice. If this Court granted Plaintiffs' request, however, Defendants respectfully request that this Court judicially notice three additional Form 4s reflecting stock trades by Defendant Matthew Wagner and two additional Form 4s reflecting stock trades by Defendant William Black, which Plaintiffs discuss and rely upon in their Opposition:

-2-

SULLIVAN & CROMWELL LLP

1.      **Exhibit 22:**  The Form 4 Statement of Changes in Beneficial Ownership filed by Matthew P. Wagner with the SEC on March 2, 2022.  The Opposition discusses the filing at pages 28 and 29, and it forms the basis of Plaintiffs' Section 10(b) claim in the Opposition.

2.      **Exhibit 23:**  The Form 4 Statement of Changes in Beneficial Ownership filed by Matthew P. Wagner with the SEC on February 1, 2023.  The Opposition discusses the filing at pages 28 and 29, and it forms the basis of Plaintiffs' Section 10(b) claim the Opposition.

3.      **Exhibit 24:**  The Form 4 Statement of Changes in Beneficial Ownership filed by Matthew P. Wagner with the SEC on March 2, 2023.  The Opposition discusses the filing at pages 28 and 29, and it forms the basis of Plaintiffs' Section 10(b) claim the Opposition.

4.      **Exhibit 25:**  The Form 4 Statement of Changes in Beneficial Ownership filed by William J. Black with the SEC on March 2, 2022.  The Opposition discusses the filing at pages 28 and 29, and it forms the basis of Plaintiffs' Section 10(b) claim the Opposition.

5.      **Exhibit 26:**  The Form 4 Statement of Changes in Beneficial Ownership filed by William J. Black with the SEC on March 2, 2023.  The Opposition discusses the filing at pages 28 and 29, and it forms the basis of Plaintiffs' Section 10(b) claim the Opposition.

For the foregoing reasons, Defendants respectfully request that this Court take judicial notice of, and/or consider pursuant to the incorporation by reference doctrine and the legal authorities cited here, Exhibits 22 through 26 attached to the Declaration of Diane L. McGimsey.

/ / /

/ / /

-3-

SULLIVAN & CROMWELL LLP

Dated:     July 23, 2024

/s/ Adam S. Paris
Adam S. Paris (SBN 190693)
parisa@sullcrom.com
Diane L. McGimsey (SBN 234953)
mcgimseyd@sullcrom.com
Caroline M. L. Black (SBN 350453)
blackcar@sullcrom.com
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone:   (310) 712-6600
Facsimile:    (310) 712-8800

*Attorneys for Defendants PacWest Bancorp, Matthew P. Wagner, Paul W. Taylor, Bart R. Olson, William J. Black and Kevin Lewis Thompson*

-4-

SULLIVAN & CROMWELL LLP

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 23 day of July 2024, I electronically filed a true and correct copy of the foregoing DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties via the CM/ECF system.

*/s/ Adam S. Paris*
Adam S. Paris (SBN 190693)

-5-

SULLIVAN & CROMWELL LLP