Adam S. Paris (SBN 190693)
parisa@sullcrom.com
Diane L. McGimsey (SBN 234953)
mcgimseyd@sullcrom.com
Caroline M. L. Black (SBN 350453)
blackcar@sullcrom.com
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone:  (310) 712-6600
Facsimile:   (310) 712-8800

*Attorneys for Defendants PacWest Bancorp,*
*Matthew P. Wagner, Paul W. Taylor, Bart R.*
*Olson, William J. Black, and Kevin Lewis*
*Thompson*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC TAN, Individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>                    v.<br><br>PACWEST BANCORP, MATTHEW P. WAGNER, PAUL W. TAYLOR, BART R. OLSON, WILLIAM J. BLACK, and KEVIN LEWIS THOMPSON,<br><br>                              Defendants. | Case No. 8:23-cv-01685-JWH-ADS<br><br>**DECLARATION OF DIANE L. MCGIMSEY IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**<br><br>Judge:  Hon. John W. Holcomb |

DECLARATION OF DIANE L. MCGIMSEY IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE

SULLIVAN & CROMWELL LLP

I, Diane L. McGimsey, declare as follows:

1.     I am an attorney duly licensed by the State of California and am admitted to practice before this Court.  I am a partner of Sullivan & Cromwell LLP and counsel to Defendants PacWest Bancorp ("PacWest"), Matthew P. Wagner, Paul W. Taylor, Bart R. Olson, William J. Black, and Kevin Lewis Thompson ("Defendants") in the above-captioned action.

2.     I provide this declaration in support of Defendants' Reply Memorandum In Further Support of Defendants' Motion to Dismiss the Amended Complaint, submitted concurrently herewith.  I am aware of the facts stated below based on my personal knowledge.

3.     Attached hereto as Exhibit 22 is a true and correct copy of the Form 4 Statement of Changes in Beneficial Ownership filed by Matthew P. Wagner with the Securities and Exchange Commission ("SEC") on March 2, 2022, which was downloaded at my direction from the SEC's EDGAR website, https://www.sec.gov/edgar/search.  Matthew P. Wagner's March 2, 2022 Form 4 is referred to in the Opposition, including at pages 28 and 29.

4.     Attached hereto as Exhibit 23 is a true and correct copy of the Form 4 Statement of Changes in Beneficial Ownership filed by Matthew P. Wagner with the SEC on February 1, 2023, which was downloaded at my direction from the SEC's EDGAR website, https://www.sec.gov/edgar/search.  Matthew P. Wagner's February 1, 2023 Form 4 is referred to in the Opposition, including at pages 28 and 29.

5.     Attached hereto as Exhibit 24 is a true and correct copy of the Form 4 Statement of Changes in Beneficial Ownership filed by Matthew P. Wagner with the SEC on March 2, 2023, which was downloaded at my direction from the SEC's EDGAR website, https://www.sec.gov/edgar/search.  Matthew P.

DECLARATION OF DIANE L. MCGIMSEY IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE

SULLIVAN & CROMWELL LLP

Wagner's March 2, 2023 Form 4 is referred to in the Opposition, including at pages 28 and 29.

6.      Attached hereto as Exhibit 25 is a true and correct copy of the Form 4 Statement of Changes in Beneficial Ownership filed by William J. Black with the SEC on March 2, 2022, which was downloaded at my direction from the SEC's EDGAR website, https://www.sec.gov/edgar/search.  William J. Black's March 2, 2022 Form 4 is referred to in the Opposition, including at page 29.

7.      Attached hereto as Exhibit 26 is a true and correct copy of the Form 4 Statement of Changes in Beneficial Ownership filed by William J. Black with the SEC on March 2, 2023, which was downloaded at my direction from the SEC's EDGAR website, https://www.sec.gov/edgar/search.  William J. Black's March 2, 2023 Form 4 is referred to in the Opposition, including at page 29.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-2-

DECLARATION OF DIANE L. MCGIMSEY IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS

SULLIVAN & CROMWELL LLP

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this July 23, 2024 in Los Angeles, California.

Dated:          July 23, 2024

*/s/ Diane L. McGimsey*
Diane L. McGimsey (SBN 234953)
mcgimseyd@sullcrom.com

**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone:  (310) 712-6600
Facsimile:   (310) 712-8800

*Attorney for Defendants PacWest Bancorp, Matthew P. Wagner, Paul W. Taylor, Bart R. Olson, William J. Black and Kevin Lewis Thompson*

-3-

SULLIVAN & CROMWELL LLP

CERTIFICATE OF SERVICE

I hereby certify that on this 23 July 2024, I electronically filed a true and correct copy of the foregoing DECLARATION OF DIANE L. MCGIMSEY IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties via the CM/ECF system.

/s/ Diane L. McGimsey
Diane L. McGimsey (SBN 234953)

- 4 -

DECLARATION OF DIANE L. MCGIMSEY IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS

SULLIVAN & CROMWELL LLP

# EXHIBIT 22

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| WAGNER MATTHEW P | PACWEST BANCORP [ PACW ] | X Director          10% Owner |
| (Last)      (First)      (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 02/28/2022 | X Officer (give title below)    Other (specify below) |
| 9701 WILSHIRE BOULEVARD, SUITE 700 | | CEO and President |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| BEVERLY HILLS      CA      90212 | | X Form filed by One Reporting Person |
| (City)      (State)      (Zip) | | Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 02/28/2022 | | F | | 11,851[1] | D | $49.42[2] | 1,078,756 | D | |
| Common Stock | 02/28/2022 | | F | | 9,011[3] | D | $49.42[2] | 1,069,745 | D | |
| Common Stock | | | | | | | | 52,925 | I | By IRA |
| Common Stock | | | | | | | | 17,003[4] | I | By Spouse |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. Represents the number of shares of Issuer's common stock that Reporting Person surrendered to Issuer for the satisfaction of Reporting Person's tax withholding obligations upon the vesting of 26,995 shares of restricted stock on February 28, 2022.

2. Reflects market closing price on February 28, 2022.

3. On February 6, 2019, Reporting Person was granted performance restricted stock units ("PRSUs"). Vesting of the PRSUs was conditioned upon the achievement of certain performance goals and an employment condition. On February 15, 2022, actual performance against goals for the applicable performance period was determined and the Reporting Person was awarded 20,526 shares of Issuer's common stock to vest on February 28, 2022 subject to the Reporting Person's satisfaction of the employment condition. The amount reported in column 4 represents the number of shares of Issuer's common stock that Reporting Person surrendered to Issuer for the satisfaction of Reporting Person's tax withholding obligations upon the vesting of the 20,526 shares of Issuer's common stock on February 28, 2022.

4. The Reporting Person disclaims beneficial ownership of the shares held by his spouse, and this report should not be deemed an admission that the Reporting Person is the beneficial owner of his spouse's shares for purposes of Section 16 or for any other purpose.

| | |
|---|---|
| /s/ Matthew Wagner | 03/02/2022 |

**EXHIBIT  22 - PAGE 5**

** Signature of Reporting Person                    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

EXHIBIT  22 - PAGE  6

# EXHIBIT 23

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| WAGNER MATTHEW P | PACWEST BANCORP [ PACW ] | X Director      10% Owner |
| (Last)      (First)      (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 01/31/2023 | X Officer (give title below)      Other (specify below) |
| 9701 WILSHIRE BOULEVARD | | EXECUTIVE CHAIRMAN |
| SUITE 700 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| (Street) | | X  Form filed by One Reporting Person |
| BEVERLY HILLS      CA      90212 | | Form filed by More than One Reporting Person |
| (City)      (State)      (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 01/31/2023 | | F | | 31,987[1] | D | $27.66[2] | 953,374 | D | |
| Common Stock | 01/31/2023 | | F | | 47,981[3] | D | $27.66[2] | 905,393 | D | |
| Common Stock | | | | | | | | 52,925 | I | By IRA |
| Common Stock | | | | | | | | 17,003[4] | I | By Spouse |
| Depositary Shares of Series A Preferred Stock | | | | | | | | 20,000 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. Represents the number of shares of Issuer's common stock that Reporting Person surrendered to Issuer for the satisfaction of Reporting Person's tax withholding obligations upon the vesting of 78,000 shares of restricted stock on January 31, 2023.

2. Reflects market closing price on January 31, 2023.

3. Represents the number of shares of Issuer's common stock that Reporting Person surrendered to Issuer for the satisfaction of Reporting Person's tax withholding obligations upon the vesting of 117,000 shares of restricted stock on January 31, 2023 following a determination of satisfaction of continued service, and certain succession, platform, and other conditions.

4. The Reporting Person disclaims beneficial ownership of the shares held by his spouse, and this report should not be deemed an admission that the Reporting Person is the beneficial owner of his spouse's shares for purposes of Section 16 or for any other purpose.

/s/ Angela M.W. Kelley, Attorney-in-Fact      02/01/2023
** Signature of Reporting Person      Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

EXHIBIT  23 - PAGE 7

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

EXHIBIT  23 - PAGE 8

# EXHIBIT 24

SEC Form 4

**FORM 4**

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| WAGNER MATTHEW P | PACWEST BANCORP [ PACW ] | X Director           10% Owner |
| (Last)   (First)   (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 02/28/2023 | X Officer (give title below)    Other (specify below) |
| 9701 WILSHIRE BOULEVARD | | EXECUTIVE CHAIRMAN |
| SUITE 700 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| (Street) | | X Form filed by One Reporting Person |
| BEVERLY HILLS   CA   90212 | | Form filed by More than One Reporting Person |
| (City)   (State)   (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 02/28/2023 | | F | | 8,822[1] | D | $27.75[2] | 904,997 | D | |
| Common Stock | 02/28/2023 | | F | | 3,691[3] | D | $27.75[2] | 901,306 | D | |
| Common Stock | | | | | | | | 52,925 | I | By IRA |
| Common Stock | | | | | | | | 17,003[4] | I | By Spouse |
| Depositary Shares of Series A Preferred Stock | | | | | | | | 20,000 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. Represents the number of shares of Issuer's common stock that Reporting Person surrendered to Issuer for the satisfaction of Reporting Person's tax withholding obligations upon the vesting of 20,173 shares of restricted stock on February 28, 2023.

2. Reflects market closing price on February 28, 2023.

3. On February 12, 2020, Reporting Person was granted performance restricted stock units ("PRSUs"). Vesting of the PRSUs was conditioned upon the achievement of certain performance goals and an employment condition. On February 8, 2023, actual performance against goals for the applicable performance period was determined and the Reporting Person was awarded 8,426 shares of Issuer's common stock to vest on February 28, 2023 subject to the Reporting Person's satisfaction of the employment condition. The amount reported in column 4 represents the number of shares of Issuer's common stock that Reporting Person surrendered to Issuer for the satisfaction of Reporting Person's tax withholding obligations upon the vesting of the 8,426 shares of Issuer's common stock on February 28, 2023.

4. The Reporting Person disclaims beneficial ownership of the shares held by his spouse, and this report should not be deemed an admission that the Reporting Person is the beneficial owner of his spouse's shares for purposes of Section 16 or for any other purpose.

/s/ Angela M.W. Kelley, Attorney-in-Fact          03/02/2023
** Signature of Reporting Person          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

EXHIBIT  24 - PAGE 9

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

EXHIBIT  24 - PAGE 10

# EXHIBIT 25

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Black William J | PACWEST BANCORP [ PACW ] | Director _____ 10% Owner _____ |
| (Last)    (First)    (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 02/28/2022 | X Officer (give title below) _____ Other (specify below) _____ EVP, Strategy & Corp. Dev. |
| 9701 WILSHIRE BOULEVARD, SUITE 700 (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person _____ Form filed by More than One Reporting Person |
| BEVERLY HILLS   CA   90212 (City)   (State)   (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 02/28/2022 | | F | | 1,626(1) | D | $49.42(2) | 139,758 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. Represents the number of shares of Issuer's common stock that Reporting Person surrendered to Issuer for the satisfaction of Reporting Person's tax withholding obligations upon the vesting of 4,604 shares of restricted stock on February 28, 2022.
2. Reflects market closing price on February 28, 2022.

/s/ William J. Black                                   03/02/2022
** Signature of Reporting Person                      Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

EXHIBIT  25 - PAGE 11

# EXHIBIT 26

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Black William J | PACWEST BANCORP [ PACW ] | |

1. Name and Address of Reporting Person*
Black William J

(Last)        (First)        (Middle)
9701 WILSHIRE BOULEVARD
SUITE 700

(Street)
BEVERLY HILLS        CA        90212

(City)        (State)        (Zip)

2. Issuer Name **and** Ticker or Trading Symbol
PACWEST BANCORP [ PACW ]

3. Date of Earliest Transaction (Month/Day/Year)
02/28/2023

4. If Amendment, Date of Original Filed (Month/Day/Year)

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)

|  | Director |  | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) |  | Other (specify below) |

EVP, STRATEGY & CORP. DEV.

6. Individual or Joint/Group Filing (Check Applicable Line)

X  Form filed by One Reporting Person
Form filed by More than One Reporting Person

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 02/28/2023 | | F | | 3,890[1] | D | $27.75[2] | 135,277 | D | |
| Depositary Shares of Series A Preferred Stock | | | | | | | | 16,000 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. Represents the number of shares of Issuer's common stock that Reporting Person surrendered to Issuer for the satisfaction of Reporting Person's tax withholding obligations upon the vesting of 7,708 shares of restricted stock on February 28, 2023.

2. Reflects market closing price on February 28, 2023.

/s/ Angela M.W. Kelley, Attorney-in-Fact        03/02/2023
** Signature of Reporting Person        Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

EXHIBIT  26 - PAGE 12