# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ERIC TAN, Individually and on behalf of all others similarly situated,

     Plaintiff,

   v.

PACWEST BANCORP N/K/A BANC OF CALIFORNIA, INC., MATTHEW P. WAGNER, PAUL W. TAYLOR, BART R. OLSON, WILLIAM J. BLACK, and KEVIN LEWIS THOMPSON,

     Defendants.

Case No. 8:23-cv-01685-JWH-ADS

**ORDER GRANTING PLAINTIFFS' UNOPPOSED *EX PARTE* APPLICATION FOR EXTENSION OF DEADLINE TO FILE A SECOND AMENDED COMPLAINT**

Judge: Honorable John W. Holcomb

The Court, having reviewed Plaintiff BHRS Group LLC's ("BHRS" or "Plaintiff") Unopposed *Ex Parte* Application for an Extension of the Deadline to File a Second Amended Complaint, and good cause appearing, hereby **ORDERS** as follows:

1. Plaintiffs' request for an extension of the deadline to file a Second Amended Complaint is **GRANTED**.

2. Plaintiff shall have up to, and including, September 20, 2024, to file a Second Amended Complaint.

3. Plaintiff is also **DIRECTED** to file contemporaneously therewith a Notice of Revisions to First Amended Complaint that provides the Court with a redline version that shows the amendments.

**IT IS SO ORDERED.**

DATED: August 13, 2024

Hon. John W. Holcomb
United States District Judge

-2-