# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC TAN, Individually and on behalf of all others similarly situated, | Case No. 8:23-cv-01685-JWH-ADS |
| Plaintiff, | ORDER GRANTING THE JOINT STIPULATION REGARDING SCHEDULING |
| v. | Judge:   Honorable John W. Holcomb |
| PACWEST BANCORP, MATTHEW P. WAGNER, PAUL W. TAYLOR, BART R. OLSON, WILLIAM J. BLACK, and KEVIN LEWIS THOMPSON, | Complaint Filed: September 11, 2023 |
| Defendants. | |

The Court, having the Parties' Joint Stipulation Regarding Scheduling, and good cause appearing, hereby **ORDERS** as follows:

1. Defendants will file any motion(s) to dismiss on or before October 21, 2024.

2. Lead Plaintiffs will file any opposition to Defendants' motion(s) to dismiss on or before November 18, 2024.

3. Defendants will file their reply in support of any motion to dismiss on or before December 9, 2024.

4. Any motion to dismiss shall be set for hearing on December 27, 2024, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: September 6, 2024

Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-