

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ERIC TAN, Individually and on behalf of all others similarly situated,

      Plaintiff,

      v.

PACWEST BANCORP N/K/A BANC OF CALIFORNIA, INC., MATTHEW P. WAGNER, PAUL W. TAYLOR, BART R. OLSON, WILLIAM J. BLACK, and KEVIN LEWIS THOMPSON,

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 8:23-cv-01685-JWH-ADS

**ORDER GRANTING JOINT STIPULATION REGARDING LEAD PLAINTIFFS' AMENDED COMPLAINT AND SCHEDULING CONFERENCE**

CLASS ACTION

JUDGE: John W. Holcomb

Upon the Joint Stipulation proposed by the parties regarding the August 9, 2024, scheduling conference and related deadlines, and good cause being shown, the Court herby **ORDERS** as follows:

1.     Given that Lead Plaintiffs have indicated that they will stand on their Amended Class Action Complaint (Dkt. 30, the "Amended Complaint"), Defendants' Motion to Dismiss the Amended Complaint (Dkt. 50, "Motion"), is **REINSTATED**.

2.     A hearing is **SET** on the Motion for October 25, 2024, at 9:00 a.m. The Scheduling Conference currently set for Wednesday, October 16, 2024, is **CONTINUED** to October 25, 2024, at 9:00 a.m..

**IT IS SO ORDERED**

Dated:     September 20   , 2024     _____

HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE

1