**POMERANTZ LLP**
Brian Calandra (*pro hac vice*)
Jeremy Lieberman (*pro hac vice*)
600 3rd Avenue, 20th Floor
New York, NY 10016
bcalandra@pomlaw.com
jalieberman@pomlaw.com

Jennifer Pafiti
**POMERANTZ, LLP**
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Tel: 310-405-7190

*Co-Lead Counsel for Plaintiffs*

[additional counsel on signature page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC TAN, Individually and on behalf of all others similarly situated, | Case No. 8:23-cv-01685-JWH-ADS |
| | Hon. John W. Holcomb |
| Plaintiff, | **LEAD PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** |
| v. | |
| PACWEST BANCORP, MATTHEW WAGNER, PAUL W. TAYLOR, BART R. OLSON, WILLIAM J. BLACK, AND KEVIN LEWIS THOMPSON, | |
| Defendants. | |

{00668166;1 }

*Plaintiffs' Memorandum of Law in Opposition to Defendants' Motions to Dismiss*
Case No. 8:23-cv-01685-JWH-ADS

Lead Plaintiffs Aleen Hosdaghian and Onurcan Atak submit this notice of supplemental authority in support of their opposition to Defendants'[1] pending Motion to Dismiss the Amended Complaint in this action (the "Motion"). *See* ECF Nos. 50, 55, 61.

On June 13, 2025, Judge Wise in *In re SVB Financial Group Sec. Litig.*, 2025 WL 1676800, at *1 (N.D. Cal. Jun. 13, 2025), attached hereto as Exhibit A, denied motions to dismiss that securities fraud class action. Lead Plaintiffs respectfully submit that this decision is relevant to this Court's consideration of the Motion because:

(i) *In re SVB* arose out of the failure of Silicon Valley Bank, which stemmed from a decline in the bank's "available for sale" securities portfolio in response to rising interest rates, and, similarly, Lead Plaintiffs' claims arise out of PacWest Bancorp's ("PacWest") sale to Banc of California, which was triggered in substantial part by a decline in value of PacWest's "available for sale securities" in the face of rising interest rates;

(ii) The plaintiffs in *In re SVB* and Lead Plaintiffs allege that similar statements were false and misleading, including statements regarding the respective banks' risk management and liquidity controls and potential to benefit from rising interest rates, *compare* Ex. A at *3 *with* ¶¶121-46; and

(iii)   The court in *In re SVB* rejected arguments that the alleged misstatements were forward-looking, opinion, or puffery, which are similar to arguments in the Motion. *See* Ex. A at *10-12.

Indeed, as the Court may recall, during oral argument, the Court inquired as to the status of the defendants' motion to dismiss in *In re SVB*. *See* Ex. B at 46:6-19.

---

[1] Defendants are PacWest Bancorp, n/k/a Banc of California ("PacWest" or "Bank"), Matthes P. Wagner, Paul W. Taylor, Bart R. Olson, William J. Black, and Kevin Lewis Thompson. Citations to "¶¶__" are to the Amended Complaint (ECF No. 30).

{00668166;1 }                                        1

Dated: June18, 2025                    Respectfully submitted,


**POMERANTZ LLP**
/s/ *Brian Calandra*
Brian Calandra (*pro hac vice*)
Jeremy Lieberman (*pro hac vice*)
600 3rd Avenue, 20th Floor
New York, NY 10016
bcalandra@pomlaw.com
jalieberman@pomlaw.com

Jennifer Pafiti
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
Email:       jpafiti@pomlaw.com

**THE ROSEN LAW FIRM, P.A**.
Laurence M. Rosen, Esq. (SBN 219683)
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone:  (213) 785-2610
Facsimile:   (213) 226-4684
Email:       lrosen@rosenlegal.com

and

Jacob A. Goldberg
Gonen Haklay
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone:  (215) 600-2817
Facsimile:   (212) 202-3827
Email:       jgoldberg@rosenlegal.com
              ghaklay@rosenlegal.com

{00668166;1 }                              2

# PROOF OF SERVICE BY ELECTRONIC POSTING

I, the undersigned, say:

I am not a party to the above case and am over eighteen years old. On June 18, 2025, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 18, 2025 at New York, NY.

/s/ *Brian Calandra*

{00668166;1 }                                         3